FILED
AUG 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

--New Action--

William-Frederick:Kemp,Jr #177395
     Creditor/Plaintiff,

Chippewa Correctional Facility
v. 4269 West M-80
Kincheloe, Michigan 49784

Condoleezza Rice, et.al.
     Defendant.

CASE NUMBER 1:06CV01528

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 08/30/2006

CASE RE-ASSIGNED

OCT 30 2006
TO: BATES, J.JDB

COMPLAINT

Comes now, the real party in interest William-Frederick:Kemp,Jr, One, in propria persona with express reservation of <u>all</u> rights issuing under <u>state</u>/State and/or Federal Constitutions, National and/or International Treaties, and ultimately those inherent/unalienable Rights issuing from Our Creator, by and through his son Jesus, the Christ; And by "**Special Visitation**" lex loci, lex fori, Michigan <u>state</u>/Republic *[28 U.S.C. §1652] I bring **suit against the person of CONDOLEEZZA RICE, for issuance of Certificate of Loss of U.S. nationality/U.S. citizenship** in accord United States Statutes at Large, vol. 15, ch. 249, pg. 223, Fortieth Congress (1868); *[R.S. §1999, and INA 349(a), and 8 U.S.C. §1481(a)(6)] and <u>MOVES</u> this Honorable Court to adjudicate these "**Constitutional Claims**" and <u>evidence of voluntary expatriating acts</u> as presented, and to compel the Secretary of State to perform her duty. Comes now the real party in interest, **being first duly sworn** in front of a Notary Public accord *[MCLA §600.1440(1); MSA §27A.1440(1)] under the pains and penalties of perjury as they have been enumerated in the "Holy Scriptures," the lex non-scripta, which is the jus publicum in this <u>state</u>/Republic and according the laws of the United States, in the Nature of *[28 U.S.C. §1746(1)] I hereby present, duly sworn by the following, to wit:

RECEIVED
JUL 31 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

I. I am <u>One</u>, of sound mind and over the age of twenty-one, I am <u>One</u>, of Capacity to witness and depose, and, hereby depose that this document is voluntarily made, and based upon My firsthand knowledge and informed belief, I am <u>One</u>, a Sovereign natural person *[MCR 2.002(A)(1)] acting in no de facto representative capacity and exercising no de facto agency of any kind, and if called as a witness I am <u>One</u> who can competently testify to these facts.

## JURISDICTION

The United States District Court for District of Columbia is proper venue, and has equitable jurisdiction whereas Constitutional questions are involved in this MISC./Constitutionally filed suit, which involves United States Statutes at Large and/or federal statutes *[36 Corpus Juris Secundum §220.(c)(d)] and the real party in interest (Plaintiff) demands Certificate of Loss of U.S. citizenship/U.S. nationality, for Cause *[37 Am. Jur. 2d, FRAUD, Section 8.], suit is brought pursuant to *[28 U.S.C. §1652.] where applicable and pursuant *[28 U.S.C. §1361.] to Compel Secretary of State, CONDOLEEZZA RICE et.al. to perform her duty in regards this matter.

> NOTICE: UCC §1-201(25)(26)(27), "Nothing in this or related documents shall be so construed as a renunciation of Lawful de jure American Citizenship founded in the Michigan state/Republic (U.S.C.A. Const. Art. IV, §1, §4, and Amend. IX, and X), <u>all</u> Rights therein and thereof are expressly reserved without prejudice by jure divino, and necessity again @ UCC §1-207 and its successor UCC §1-308 ab initio, ad infinitum."

2

## INDEX OF AUTHORITIES

**CASE(S)** Pg(s).

In re Merriam's Estate, 36 N.E. 505 (1973) —— 6

Olmstead v. United States, 277 U.S. 438, 478 (1928) —— 7

UNITED STATES OF AMERICA v. AUSTIN GARY COOPER, Case No. 89-109-CR-HOEVLER, U.S. Dist. Ct. S.D. Florida —— 7

U.S. v. Perkins, 163 U.S. 625 —— 6

Washington v. Harper, 494 U.S. 210 (1990) —— 7

---

**TITLES** Pg(s)

**Title 1 U.S.C.**

1 U.S.C. §204 —— 6

**Title 8 U.S.C.**

8 U.S.C. §1481(a)(6)/I.N.A. 349(a) —— 1,9

**Title 12 U.S.C.**

12 U.S.C. §95 —— 8

**Title 18 U.S.C.**

18 U.S.C. §3 —— 6

18 U.S.C. §2315 —— 6

**Title 26 U.S.C.**

26 U.S.C. §7701(a)(30)(A)(B)(C)(D) —— 5

26 U.S.C. §7701(b)(1)(B) —— 9,12

26 U.S.C. §7701(b)(2)(C)(i) —— 12

**Title 28 U.S.C.**

28 U.S.C. §1361 —— 1,2,10

28 U.S.C. §1652 —— 1,2,9

28 U.S.C. §1746(1) —— 1,9,11

28 U.S.C. §2201 —— 10,11

28 U.S.C. §2202 —— 10,11

28 U.S.C. §3002(15)(A) —— 6

**CFR's** 22 C.F.R. §50.40 —— 10

26 C.F.R. §301.6109(d)-3 —— 6

**C.J.S.'s**

19 C.J.S. §884 —— 6

36 C.J.S. §220.(c),(d) —— 2

**Am. Jur's**

37 Am. Jur. 2d, FRAUD, section 8 —— 2,5,6

**Fed. Supp's**

534 FEDERAL SUPPLEMENT 724 —— 6

**U.S. Statutes**

Index of Authorities (cont.)     pg(s)

United States Statutes at Large, volume 15, ch. 249
pg.223, Fortieth Congress (1868) —————————— 1,7.

R.S. §1999 ————————————————————————— 1.

16 Stat. 419 ——————————————————————— 6.

48 Stat. 1 —————————————————————————— 8.

H.R. 4960, Public Law 91 ———————————————— 8.

House Joint Resolution-192 (HJR-192) of 1933 ———— 9,11.

UNIFORM COMMERCIAL CODE

UCC §1-201(25)(26)(27) ———————————————— 2,6,8.
UCC §1-207 ——————————————————————————— 2,4,9.
UCC §1-308 ——————————————————————————— 2,4,9.
UCC §3-302(1) ———————————————————————— 9.
UCC §3-305 ———————————————————————————— 9.
UCC §7-201(2) ———————————————————————— 5.
UCC §7-202 ———————————————————————————— 5.
UCC §9-102(a)(30) ——————————————————— 5.
UCC §9-102(a)(39) ——————————————————— 8.
UCC §9-102(a)(40) ——————————————————— 8.
UCC §9-102(a)(41) ——————————————————— 8.
UCC §9-102(a)(80) ——————————————————— 8.
UCC §9-515(f) ———————————————————————— 8.
UCC §10-104 ——————————————————————————— 9,11.

U.S.C.A. Constitution

U.S.C.A. Const. Art. IV, §1 ————————————— 2.
U.S.C.A. Const. Art. IV, §4 ————————————— 2,6.
U.S.C.A. Const. Amend. IX —————————————— 2,7.
U.S.C.A. Const. Amend. X ——————————————— 2,7.
[14th AM] ————————————————————————————— 8,9.

FEDERAL RULE CIV.P.

F.R. Civ.P., Rule 57 —————————————————— 10,11.

MICHIGAN LAW/Stat.

MCLA 600.1440(1); MSA §27A.1440(1) ————————— 1,9,10,12.

MICHIGAN COURT RULES

MCR 2.002(A)(1) ——————————————————————— 1,2,12.

---

NOTICE: (*) Means the use of the "private" Copyrighted Laws sub and supra, are used by necissity, without prejudice *[UCC §1-207, UCC §1-308].

## ARGUMENTS

#II.     At birth the government instituted a field-warehouse arrangement, via birth records/certificate misrepresented as

merely a birth record, but in fact a document of title (to the biological goods), i.e., a receipt of the type described in subdivision (2) of *[UCC §7-201, UCC §9-102(a)(30), and UCC §7-202] and obtained My Mother's signature under "false pretenses," whereas she was "**Never**" informed of the underlying adhesion Contracts; *[37 Am. Jur. 2d, Fraud, section 8].

#III.    The real party in interest was a minor, when his parents, guardians, the hospital and others entered him into numerous adhesion contracts without his informed consent, thus making these adhesion contracts voidable, if not void ab initio.

#IV.    The real party in interest "Never" voluntarily joined the Social Security Program...the account Number 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 was again, opened when I was a minor without My informed consent...and upon reaching the age of Majority, I was <u>compelled</u> under threat, duress, and coercion, to participate by private companies, financial institutions, and (de facto) government entities who were either ignorant of the law and/or disrespectful and derelict in their duties as <u>Public Servants</u>, "**evidence**" the types of duress exerted/exercised against the real party in interest by and through (a fraudulent) Alter Ego Doctrine/U.S. person *[26 U.S.C. §7701(a)(30)(A)(B)(C)(D)]; **to wit:**

   a) financial institutions refusing to open financial accounts, or grant loans of Credit where <u>One</u> refused to disclose or use a Social Security Number; and,
   b) private companies refusing to hire or continue the private employment of <u>One</u> who did not disclose, or use a Social Security Number; and,
   c) Government organizations refusing services or employment to <u>One</u> who did not disclose or use a Social Security Number; and,
   d) All three "**events**" supra, being encouraged and promoted by misleading I.R.S. publications and rhetoric which does <u>Not</u> accurately or properly represent the actual [enacted] federal law relating to the requirements to have and use a Social Security

Card/Number; and,

e) the real party in interest was led to believe a Social Security Card/Number was **MANDATORY**, and he was under mandatory requirement to obtain and use a Social Security Card/Number.

> NOTICE: UCC §1-201(25)(26)(27), The Social Security Act is Not positive law, as revealed by 1 U.S.C. §204 legislative notes. The U.S. Supreme Court describes the Social Security Program as essentially a "forced loan to the federal government by the state in violation of Constitutional Separation of State & Federal Powers; The I.R.S. "so construed" are privateers acting for a foreign principal collecting contributions, information and other things of value while at all relevant times acting under "Color of Law," Illegally converting the SSN into a T.I.N. in violation of 26 C.F.R. §301.6109(d)-3, **take further NOTICE**: Plaintiff, the real party in interest hereby presents "**Formal demand for return of all monies**" taken under Social Security payments (TAXES) and F.I.C.A. for cause: 37 Am. Jur. 2d, Fraud, section 8, as these (so-called) withholdings constitute Grand Theft, and acceptance of these funds by the government constitutes receipt of Stolen Property in violation of 18 U.S.C. §2315, it also makes the recipient into an accessory after the fact to grand theft in violation of 18 U.S.C. §3., Notice to principal is Notice to agent, Notice to agent is Notice to principal. See: Attached, Form 56, W-8BEN, and related **evidence** incorporated by reference.

#V.    There is a "political distinction" between the United States (US, U.S.) which is a federal corporation *[28 U.S.C. §3002(15)(A), 534 FEDERAL SUPPLEMENT 724] The United States Government is a foreign Corporation with respect to a state *[19 Corpus Juris Secundum §884--In re Merriam's Estate, 36 N.Y. 505; Affirmed, U.S. v. Perkins, 163 U.S. 625] originally incorporated 21 February 1871 under the name District of Columbia *[16 Stat. 419] and made "subject" to the exclusive jurisdiction of Congress--"Seperate and distinct from--the several united states of the American Republic (U.S.C.A. Const. Art. IV, §4, in accord

Amendments IX, and X) and exemplified in the case: UNITED STATES OF AMERICA v. AUSTIN GARY COOPER [Case No. 89-109-CR-HOEVLER] U.S. Dist. Court S.D., Florida (Quoted in part, infra):

> Cooper: I require a judicial determination; Am I an American Citizen, or a citizen of the United States?

Judge Hoevler: "You're both."

In that same case Department of Justice Prosecutor, asst. U.S. Attorney "Linda Koslowski, revealed that U.S. citizenship is based strictly on contract:

> Koslowski: "Your Honor, He pays Social Security, and uses the POSTAL SERVICE, therefore Mr. "COOPER" is a United States citizen."

Judge Hoevler's comments/judicial determination is in harmony with legislation passed by the United States Congress, formally acknowledging American Citizenship and providing for "expatriation" of American Citizens from any other citizenships they may hold:

> [Quoted]: "An Act concerning the rights of American Citizens in foreign States"...Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled, that: "Any declaration, instruction, order, or decision of any Officers of this Government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government; United States Statutes at Large, Volume 15, Chapter 249, pp.223, Fortieth Congress, 27 July 1868." (Bold, underline emphasis added).

#VI.   The purpose of the Constitution and the Bill of Rights was to remove authority of the Congress to Legislate for "private persons" and thereby protect their sovereignty and dignity. That is why the U.S. Supreme Court ruled the following:

> [Quote]: "The makers of Our Constitution undertook to secure conditions favorable to the pursuit of happiness. They recognized the significance of man's spiritual nature, of his feelings and his intellect. They knew that only a part of the pain, pleasure and satisfactions of life are to be found in material things. They sought to protect Americans in their beliefs, their thoughts, their emotions, and their sensations. They conferred as against the government, the right to be let alone--the most comprehensive of rights and the right most valued by civilized men." ["Olmstead v. United States, 277 U.S. 438, 478 (1928); see also: Washington v Harper, 494 U.S. 210 (1990)"].

#VII. Upon learning that I was "in fact," under involuntary

7

servitude/peonage, and under de facto [14th Am] citizenship classified as Enemy/belligerent in a Mixed-War pursuant to the Trading With the Enemy Act (T.W.E.A.) of October 6, 1917 *[H.R. 4960, Public Law 91] Amended on March 9, 1933 *[48 Stat. 1] under the "so-called" Emergency Banking Act...Issuing under the questionable authority of the War Powers, evidence @ *[12 U.S.C. §95 et seq., Title 12 falls under Banks/Banking]; The fact that Sovereign Americans "do Not" qualify as "persons within the United States" and hence "Not" subjects of the Legislation, was "Never" explained for them by the U.S. Government in 1933 nor anytime thereafter...I took steps to secure My status as a "Sovereign of American Nationals," as I had "Never" voluntarily relinquished that status nor voluntarily and intentionally waived any inherent/unalienable natural god-given, or Constitutional Rights...Nor would I ever Trade inherent unalienable Rights for statutory privileges which the legislature is free to shrink or abolish pro tanto at a whim of Public Policy.

### VOLUNTARY EXPATRIATING ACTS PERFORMED

#VIII.   On or about 01-02-2003 A.D. the real party in interest became the Secured Party of Record @ 2003000669-4 et seq. *[UCC §9-102(a)(39)], "Public Record" upon the Commercial Registry...as William-Frederick:Kemp,Jr©1973 (Creditor) Completed, finalized, and perfected a security interest in WILLIAM FREDERICK KEMP JR.©1973, Debtor, S.I.D. #745436K (herein-after, Debtor) as Secured Party/Creditor, I then Filed a "Fixture filing" *[UCC §9-102(a)(40)(41)] Debtor is a Transmitting Utility *[UCC §9-102(a)(80); UCC §9-515(f)] and a Trust; also thereunder that filing @ 2003195483-4 et seq., is a Common-law Copyright ©1973 Trade Name/Trade-mark WILLIAM FREDERICK KEMP JR.©1973, and True-name/autograph signature William-Frederick:Kemp,Jr©1973, all rights reserved without prejudice; further evidence is in the form of three (3) separate Formal NOTICES: *[UCC §1-201(25)(26)(27)], two of which were "service by publication" Formal Renunciation of de facto [14th Am.] U.S. citizenship/U.S. nationality; the third

is a True & Correct Copy of Formal Notice sent to then Secretary of State Colin Powell by <u>Certified Mail</u> (Mail used without prejudice to rights, for use of a compelled benefit without proper notice) Renunciation of de facto U.S. citizenship/U.S. nationality, also on the Face sheet of the UCC-1Ad Form @ #10 is another Formal Renunciation of U.S. [14th AM] de facto citizenship...As Secured Party and <u>H</u>older-in-<u>D</u>ue-<u>C</u>ourse *[UCC §3-302(1), UCC §3-305, and in accord H.J.R.-192 of 1933, brought privately via UCC §10-104]. ° I invoke Sole Sovereignty over Debtor, and expressly reserve <u>all</u> rights therein, and thereof (including <u>all</u> documents/instruments, Records, Bonds, and the like) without prejudice, UCC §1-207 and its successor UCC §1-308.

#IX    Still being duly sworn, under penalty of perjury, I William-Frederick, sui juris, of the Kemp family, desiring to renounce U.S. citizenship/U.S. nationality; in favor of Lawful Sovereign American Nationale Status/Non-resident alien as defined in 26 U.S.C. §7701(b)(1)(B) which includes "Nationals," but <u>Not</u> citizens; I do hereby duly declare, swear and/or affirm under oath in the Nature of *[28 U.S.C. §1746(1)], in accord *[349(a)(6)] of the Immigration and Nationality Act *[8 U.S.C. §1481(a)(6); and R.S. §1999] and present the following to wit:

I _William-Frederick: Kemp Jr ©1973_ voluntarily and intentionally absolutely and entirely renounce U.S. citizenship/U.S. nationality, together with <u>all</u> rights, privileges, and <u>all</u> duties of allegiance and fidelity thereto pertaining; I am <u>One</u> of sound mind, over the age of twenty-one, I duly depose that this document/oath of Renunciation, is executed with firsthand knowledge and voluntarily executed in accord the Laws of the United States in accord *[28 U.S.C. §1746(1)] Witnessed and administered by NOTARY PUBLIC accord *[MCLA §600.1440(1); MSA §27A.1440(1); 28 U.S.C. §1652] executed this ___21st___ day of July 2006 A.D., and requiring a Certificate of Loss of U.S. nationality, and related documents.

s/ WILLIAM FREDERICK KEMP JR.
(TU) 2003195483-4          Affiant

William Frederick Kemp Jr. ©1973
Affiant/A private Christian man of American National, sui juris, One who has expatriated him-"Self," all rights reserved without prejudice.

Certified
K.S.
True & Correct
21 July 2006 A.D.

BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES

Barbara S. Lane
NOTARY PUBLIC accord FRE 902.(8)
MCLA §600.1440.(1)

7-21-06
Date

11-08-11
My commission expires on

#X.    Pursuant to the foregoing supra, and attached evidence, the real party in interest is One, who has expatriated him-"Self," and is One, having standing "in law" to maintain this Cause and hereby infra requests the following remedy [relief], to wit:

REMEDY [RELIEF]

1) Pursuant to *[28 U.S.C. §1361.] Compel the Secretary of State, CONDOLEEZZA RICE, et.al. to issue a Certificate of Loss of U.S. nationality accord *[22 C.F.R. §50.40] and any related documents related to the real party in interest's expatriation.

2) Issue declaratory judgment accord *[F.R. Civ.P., Rule 57; 28 U.S.C. §2201; 28 U.S.C. §2202] on Issues of Return of all monies wrongfully withheld under Social Security/F.I.C.A. for cause;

3) Issue declaratory judgment accord *[F.R. Civ.P., Rule 57; 28 U.S.C. §2201; 28 U.S.C. §2202] on Issue of Redemption of certain Certificated name securities of the type securing loans of

10

Credit to the U.S. Government, under plaintiff's name or identifier to his name. (note: a Charge back, and Bill of Exchange, and a Copy of a Certificate "Accepted for Value" (BA), along with a Copy of initial filings @ 2003000669-4 et seq.) was sent to John Snow, Secretary of the Treasury in accord *[HJR-192 of 1933, brought privately under UCC §10-104.

4) Issue declaratory judgment accord *[F.R. Civ.P., Rule 57; 28 U.S.C. §2201, 28 U.S.C. §2202] appointing the real party in interest and/or recognizing the real party in interest as receiver/foreign representative of the "estate" of WILLIAM FREDERICK KEMP JR. as the private agreements between Debtor/Creditor stipulate to same, with no opposition heretofore in evidence.

5) Any other Remedy/Relief this Honorable Court deems necessary and proper.

Country of Michigan    )
American Republic      ) ss. Affidavit:
Near COUNTY OF WAYNE   )

I William-Frederick:Kemp,Jr do solemnly swear upon My unlimited Commercial liability/oath, that the foregoing, is true, correct, complete, not meant to hinder, obstruct, or threaten anyOne, and certain, the truth, the whole truth, and nothing but the truth, this I duly affirm by My Original bonafied (verified) Lawful signature and private seal over a Red L.S., under the pains and penalty of perjury, and in the Nature of *[28 U.S.C. §1746(1)] lex loci, lex fori, Michigan state/Republic, accord F.R.E. 902.(3), Adieu.

Secured Party of Record
@ 2003000669-4 et seq., &
@ 2003195483-4 et seq., &
@ 2006061846-9 et seq.,
the real party in interest: *William-Frederick: Kemp Jr* ©1923

Affiant (Plaintiff) a flesh-and-blood "Private Christian" man of American Nationale 26 U.S.C. §7701(b)(1)(B), Ambassador, on Sojourn through the Michigan Republic, reserving F.S.I.A., under the American Flag of Peace; nunc pro tunc, all rights reserved without prejudice; F.R.E. 902.(3).

*Certified true & correct 21 July 2006 A.D.*

Enclosures;

Complaint (instant document);
MOTION FOR WAIVER OF FEES *[MCR 2.002(A)(1)];
Notice of Special Visitation;
Proof of Service;
Admissible evidence.

NOTARY PUBLIC, administering oath in accord MCLA 600.1440.(1); and acknowledging same in accord F.R.E. 902.(8); to wit: the man who's signature is evidence above appeared before me on this date, affixed hereunder, and swears and/or affirms that the foregoing is as he presents and deposes it is of a voluntary nature, and the whole truth, I acknowledge same as evidenced by my seal and signature infra; I evidence no more.

*Barbara S. Lane*    7-21-06
NOTARY PUBLIC, in accord    (date)
MCLA 600.1440(1), F.R.E. 902.(8)

11-08-11
MY COMMISSION EXPIRES ON:

BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES

*Michigan Republic*
- 26 USC §7701(b)(2)(C)(i) -

12