*United States District Court, D.C.*
*— Judges Copy —*
*EVIDENCE*



# The State of Michigan
## DEPARTMENT OF STATE

**I, Terri Lynn Land, Secretary of State and Custodian of the Great Seal of the State of Michigan, certify that** this is a true copy of Financing Statement File Number 2006061846-9, which was filed on April 6, 2006. **\*End of Certification\***

Admissible Evidence: F.R.E. Rule(s) 102.; 201.; 902.(3)(8).; 1005.

The original contains (50) fifty pages, on "public Record."

CC: U.S. Dist. Ct., D.C.;
: CONDOLEEZZA RICE, et. al.;
: file.



April 12, 2006
Dated

*Terri Land* [signature]    06 1528

Terri Lynn Land
Secretary of State

**FILED**

AUG 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(NOVATION): Express "substituted contracts"
Private consensual Contracts/Private agreements

***Common Law venue***

**Public Notice:** be it known and remembered by all to whom these presents come and may concern *(from the country of Michigan [Republic] by special visitation):

The undersigned Debtor and Creditor having Lawful and "just cause" to secure natural God-given unalienable Rights, retain Lawful sovereignty, freedom and autonomy...hereby give formal; notice; **Caveat:** "No trespass", Cancellation of all "Power of Attorney" expressed and/or "PRESUMED" by the UNITED STATES [herein and henceforth "Other jurisdiction"] take further notice the undersigned formally renounce U.S. 14th Amendment [CORPORATE] citizenship, with **express and explicit NON-WAIVER OF EXTRADITION FROM Our Country of Michigan (republic) into the UNITED STATES ["Other jurisdiction"]:** To secure the guaranteed true republic Form of government and, further the Lawful Christian faith the parties herein covenant, declare and enter an Irrevocable pure trust covenant; Commensurate with unilateral contract(s) evidence infra as Non-negotiable "Private agreements" the obligations as expressed hereunder establish a common basis of understanding and course of dealing between the parties embodied in these written express terms; Lex loci lex fori, country of Michigan (Republic) the state in fact; Take further notice: Pursuant to the binding "specific performance" and legal effect [MCLS §440.1103] against **PUBLIC** hirelings as enumerated in the MICHIGAN CODE ANNOTATED/MICHIGAN CODIFIED LAW SERVICE and United States Code against **PUBLIC** employees, **PUBLIC** SERVANT AND Non-registered foreign agents as contained in their **own** STATUTES/MERCHANT contracts concerning the extradition process to their "Other jurisdiction" know all Men to whom these present come and may concern: The "state" in fact _William-Frederick: Kemp, Jr_ © 19_73_, will "NOT" waive either expressly or implied rights under Article IV, section 4, guarantee to Republican Form of Government for extradition into the federal United States, its general or tangential venue or jurisdiction as defined in its Federal Land Area Chart(s) or ANY of its ten(10) regional federal areas, territories, or enclaves identifiable by the numerical postal "zip code", or IT'S ELECTIVE FRANCHISE STATE OF MICHIGAN Inc. as it is also part of that "other jurisdiction"; [E]specially with the knowledge that the attorney general cannot base his EXECUTIVE POWER for enforcement on a "private claim" as in evidence at MCL §14.28, quoted [A]thority is present for the attorney general to sue on behalf of the "state" on "state" interests, however the attorney general cannot sue on behalf of any local or "private interests." The undersigned **Man** lex-loci country of Michigan (Republic) is the "state" in fact; Therefore: Any [PERSON] from "other jurisdiction" who impairs or hinders the Obligations of these Lawful Instruments(s) or violates, abridges, infringes, or otherwise attempts to abrogate, or in any way accroach upon the unalienable God-given natural Rights; those [PERSONS] are acting unLawfully, an Intentional Tort which is an assault and battery upon the "state" in fact, i.e., the undersigned Man/Creditor herein, and amounts to a distinct act of dominion, contrary to the interest of the Creditor, herein undersigned.

®

***Ignorantia legis neminem excusat***

-Irrevocable (Declared) Pure Trust Covenant-
(substitute contracts)

**Note:** those substituted contracts and express <u>private</u> agreements, Warranties and representation (Infra) are executed pursuant to applicable Law(s) lex loci fori, country of Michigan (Republic), the "state in fact, and are executed without the United States ad infinitum a fortiori by jure divino, ita est, nunc pro tunc, and is Res judicata; The United States is <u>discharged</u> (via NOVATION) as a party and confusion of rights of Debtor and Creditor extinguishes the prior debt obligation (Public Debt).

Novation:   (Merger) Declaration of Trust

***Common Law venue***

I S/ _WILLIAM FREDERICK KEMP JR. ©1973_____ (TU)   200_3_, as Debtor, hereby warrants and duly deposes as follows:

(1)

a)   Debtor has and holds title as described at MCLS §440.7202 et. seq

b)   Debtor's superior title is prima facie evidence MCLS §440.1202, and the United States is re ipsa loquitur.

c)   Every integrated and unilateral contract/private agreement here'in pledged, imposes an "obligation" of good faith in its performance enforcement MCLS §440.1203 which "shall" not be impaired by those a party.

d)   These are the Lawful substituted contracts restated articles consolidation and merger (confusion of titles/ rights:   52 S.S 1094-1101 nunc pro tunc; Without "other jurisdiction."

e)   other information:   The information supplied by the Debtor / Secured Party is true, correct, complete and certain.

**************

**Wherefore:** Debtor herein, by Lawful affirmation, pledges, aff evidences the express "surrender" of the [IDEM SONANS] all capita "Trade Name: _WILLIAM FREDERICK KEMP JR ©1973_____ (TU) and <u>all</u> included collateral/Goods evidenced thereunder in the a <u>certain</u> certificated security...The collateral is genuine MCLS (18) and free from default, defense and conditions, All [PERSONS] upon the collateral have authority and capacity to contrac collateral or part of it consists of chattel paper, the colla is the subject of such chattel paper is perfected and preserve lex fori, country of Michigan (republic) the "<u>state</u>" respondendum;   Debtor hereby assigns and transfers to the S

2 of 8

herein, all rights and interest in his Original Issue record of live birth / *BIRTH certificate[s] / [14th Amend.] CERTIFICATE OF NATIONALITY * (U.S. citizenship is formally renounced and again herein is evidenced to that "fact") including (but not limited to) those "Other jurisdiction" documents (now illegally) appertanced to the [IDEM SONANS] Trade name:  **Caveat:** Common Law copyright **private** property of which the security interests are hereby and henceforth "pledged" to the Secured Party upon his acceptance of this tendered offer, and acceptance of this Conveyance duly negotiated, is <u>evidenced</u> which will stand as fact in law.

f) **Defense of title:**  Debtor will appear ("special visitation/limited appearance") and defend each action and proceeding which may affect the Secured Party's interest in the Collateral.

g) **Information and documents:**  Upon the Secured Party's demand Debtor will establish the correctness of information supplied and will execute agreements, assignments, or other documents necessary and proper (or advisable) to carry out the purpose of these "private agreements" and underlying Security Agreements.

h) **Appointment of Secured Party as Attorney in fact:**  Debtor rescinds his signature from "all Instruments" Issuing from "Other jurisdiction" [Excluding a <u>certain</u> certificated security] and furthermore withdraws and withholds all "Power of Attorney" implied, express, or imputed Issuing from "Other jurisdiction" And hereby:  Appoints the Secured Party as Debtor's attorney in fact to do any act which debtor is obligated, as <u>evidenced</u> by this instrument (private agreement) to do, and to exercise the rights that the Debtor may exercise under this and related agreement(s);  to use the collateral pledge as Debtor might use it and, to protect and preserve the Secured Party's rights under this and related agreement(s) and in Collateral;  Debtor promises and agrees to reimburse the Secured Party for "expenses" which may be incurred while acting as Debtor's attorney in fact.

i) **Payment:**  Debtor will pay the indebtedness promptly when due will repay immediately all expenses, including reasonable attorney's and legal expenses, incurred by the Secured Party under this and subs related agreement(s), together with interest at "thirty percent" per from the date of expenditure.

j) **Secured Party's power over Collateral:**  Debtor authorizes party to perform every act which the Secured Party considers "ne and proper" to protect and preserve the Collateral and the Secured interest therein;  this authority includes, but is not limited to e into extension, deposit, merger or consolidation agreements, compr disputes and repledging collateral.

k) **Sale(s), Lease or Disposition:**  Debtor guarantees he will n contract to sell, lease, encumber or dispose of the collateral under this or subsequent related agreements until the indebtedn certain at 100,000,000,000.00 is discharged dollar for dollar, by written acknowledgment and agreement of Secured Party.

l) **Financial condition:**  Debtor will not bring and will not be brought a proceeding in bankruptcy, receivership or similar

concerned with voluntary liquidation, reorganization or dissolution, nor will it commit an act of bankruptcy or make an assignment for the benefit of creditors, or become insolvent.

m) **Decrease in "value" of collateral:** If in the opinion of the Secured Party the Collateral has decreased in "value" Debtor will either provide sufficient collateral to satisfy the Secured Party or reduce the total indebtedness by an amount sufficient to satisfy the Secured Party.

n) **Waiver:** Debtor waives any right to require the Secured Party to proceed against another [PERSON] or to exhaust the collateral or to pursue any other remedy which the Secured Party may have; Debtor waives presentment, demand for performance, notice of non-performance, protest, and dishonor with respect to the collateral; Debtor waives the right to require the Secured Party to preserve rights for/or against prior parties to instruments or chattel paper, no obtante.

o) **Endorsements and guaranty:** If any endorser, surety or guarantor dies or begins or permits to begin an act affecting its financial condition as described in paragraph (1) 1, Debtor agrees to pay the indebtedness or substitute an endorser, surety or guarantor acceptable to the Secured Party.

2. **DEFAULT AND REMEDIES:** Debtor agrees that if (a) a warranty or representation is false; (b) Debtor violates any covenant or "private agreement;" or (c) Secured Party in good faith considers itself insecure because the prospect of payment is impaired, or the prospect of performance of an agreement or covenant is impaired or the "value" or "priority" of the secured interest is impaired, the Secured Party has the rights MCLS §440.1201 (36) and remedies MCLS §440.1201 (34) provided by the Michigan Uniform Commercial Code and to the extent provided by law may:

(i) **Expense:** Incur expenses, including (but not limited to) reasonable attorney's fees and legal expenses, to exercise any right or power under this agreement.

(ii) **Require additional collateral:** Require that the Debtor provide sufficient additional collateral to satisfy the Secured Party.

(iii) **Performance of Debtor's obligation by bank:** Perform any obligation of the Debtor and make payments, or comprise any encumbrance, charge or lien, pay [TAXES] where applicable, and pay expenses.

(iv) **Set-off:** exercise the rights of set-off MCLS §440.1201(1).

(v) **Default:** Declare that a default has occurred *(with or without notice, at the Secured party's discretion).

(vi) **Acceleration:** The Secured Party may declare that the entire indebtedness is "immediately due and payable," and thereby accelerate payment and/or performances or require collateral or additional collateral "at will" or whenever Secured Party deems himself insecure.

(vii) **Action MCLS §440.1201(1) Suit:** In regard to disposition of collateral and application of proceeds, the Secured Party may sue the

Debtor or any other [PERSON] or entity liable for the debt; may retain the collateral in satisfaction of the obligation, may dispose of the collateral, and may apply the proceeds of disposition, including (but not limited to) provisions for reasonable attorney's fees (paragraph 1-i) also all legal expenses incurred by Secured Party.

EVIDENCE: UNITED STATES 28 U.S.C. §3002(15)(A),   is RES ISPSA LOQUITOR

-Common Law venue-

[NOVATION]: Merger/Confusion of Rights
Title MCLS §440.1201 (15) as described
@ MCLS §440.7202 Vested in Creditor

I S/ WILLIAM FREDERICK KEMP JR ©1973 Debtor herein; once described as an EN LEGIS/PERSON @ 26 U.S.C. §9; and/or an INDIVIDUAL @ 5 U.S.C. §552a(a)(2); and/or a BELLIGERENT under the Trading With the Enemy Act of October 6th, 1917 (as amended) March 9th, 1933, c. 1, Title 1, 1, 48 Stat. 1; a legal fiction (nom-de-guerre) IDEM SONANS, unlawfully attached and ilegally [PRESUMED] under, by and through a fraudulent ALTER EGO DOCTRINE as a "DUMMY CORPORATION" with the corporation's creditors- including Tort Claimants- permitted to "pierce the corporate veil" and enforce claims directly against the so-called shareholder, i.e., a lawful natural Christian Man done covinously via a field-warehouse receipt" as described @ MCLS §440.7202; covering the GOODS, i.e., goods meaning all things movable when a security interest attaches, i.e., The unborn young of animals and, Title thereto: (Birth Records/Certificate) as described @ MCLS §440.1201(15) These [alleged] "legal Contracts", issuing from "other jurisdiction" constitute "involuntary waivers" of Constitutional and God-given inalienable rights without sufficient awareness of the relevant facts, circumstances and consequences [Contrary to the Holding and dicta of Brady vs. U.S., 397 U.S. 742 @ 748 (1970) cited without prejudice and without recourse]; furthermore where rights secured by the Constitution are involved, there can be NO rule making or (de facto) legislation which would abrogate them...An unconstitutional act is NOT law; it conferred NO rights; it imposes NO duties; affords NO protection; and creates NO office, i.e., office of [PERSON], it is in legal contemplation, as inoperative as though it had never been passed- void ab initio, Adhesion contracts in direct violation of the "full-disclosure" proviso of the Sixth Amendment and, "Due process" of the Fifth Amendment of the organic Constitution "of" the United States "for" the several united states of the American Republic (Article IV, sec. 4, U.S. Const.) with predicate liability on due process violations, based upon these deprivations being the proximate, and direct result of these official, "PUBLIC POLICIES"...And for Cause Id., The parties herein via [novation] and these substituted contracts/private agreements, do hereby discharge the "United States 28 U.S.C. §3002(15)(A)" as a party to any contracts regards the "Debtor" or Creditor herein...extinguishing all debts and obligations presumably owed that "other jurisdiction", i.e., "PUBLIC DEBT", via confusion of rights; I WILLIAM FREDERICK KEMP JR. ©1973 as Debtor, hereby duly affirms, by lawful affidavit" (which will stand as fact in law

unless "seasonably" rebutted point-for-point in a counter-affidavit, signed by One who present said affirmation and, counter-affidavit) **Notice:** MCLS §440.1201 (25),(26),(27) **"Public Notice"**, **All** "power of attorney" **is revoked** from "other jurisdiction", withdrawn and withheld, the Debtors "Power of attorney" is granted to the Secured Party of Record/Creditor herein, Debtor appoints the Secured Party as Debtor's attorney in fact, to execute any act/action to insure/secure **"priority"** and security in favor of the Secured Party/Creditor herein **evidence** paragraph (1)(h) supra...further **evidence** the Debtors voluntary "surrender" of the ENS LEGIS/IDEM SONANS all capital letters attached (illegally presumed ALTER EGO DOCTRINE's persona designata) Trade Name, i.e. _WILLIAM FREDERICK KEMP JR. ©1973_ as Debtor herein; This includes (but is not limited to) **all** records, documents, instruments, attaching to, referring to, or identifying the ENS LEGIS (nom-de-guerre), this also includes ANY computer program embedded in goods, and/or chattels/Chattel paper, and ANY supporting information connected with ANY transaction relating to said program associated with the goods in such a manner that it is customarily considered part of the goods...**All** things movable at the time of identification, including investment securities and things in action...**All** such Instruments/documents so held by, or in, "other jurisdiction" **shall** be immediately turned over to the Creditor/Secured Party net 30 days from demand (If more time is needed to deliver said documents/instruments, you "may" be granted more time upon acknowledged, **written request** seasonably presented); This Instrument **evidence** formal (lawful) assertion of ownership in **all** documents/instruments, attaching to, referring to, or identifying the Secured Party's **all** capital letter Trade name/ENS LEGIS and refusal to deliver same F.O.D./C.I.F. into the hands of the Secured Party/Creditor herein (owner), will stand as **evidence** of a distinct act of dominion contrary to Our lawful interest, and constitutes Conversion...An Action MCLS §440.1201 (1) and/or Trover **shall** be maintained not only for every species of personality which is the subject of "private" ownership...but also for a **certain** Certificated Security, Promissory notes, Bank Bills, money, bonds, or Valuable papers, i.e., conveyance from Debtor to Creditor and, **acceptance for value (BA) by Secured party,** (Creditor herein) of Birth record(s)/Birth Certificate***(s), including interest accruing to that Article (7) receipt.Original Issue Instruments and **all** documents/records/value, appertanced thereto fee simple absolute...Debtor pledges same to, and in favor of Secured party/Creditor herein, in payment for the outstanding debt owed by the Debtor to the Creditor herein for valuable consideration; I s/_WILLIAM FREDERICK KEMP JR. ©1973_ Debtor herein will (Voluntarily) be sacrificing My United States ["corporate 14th AM"] citizenship, freedom, and autonomy, consenting as **evidenced** within this consensual "private" agreement, to become "One" with My creditor, in a confusion of rights, which lawfully discharges prior debt obligations, i.e., discharge of the [PUBLIC] debt, and lawfully vesting Title and rights of control and dominion over **All** Collateral/property in the Secured Party/Creditor herein; Debtor hereby pledges of his own free-will, and informed consent, in good-faith MCLS §440.1203, The foregoing is in **"partial payment"** of said outstanding debt, to wit: **All** prior Oaths, Pledged, Contracts, Covenants, Agreements, alleged surety/suretyships, implied, express, and/or imputed, both public or private, are herein and hereby nullified, void ab initio, nunc pro tunc...non-obstante; I ENS LEGIS (STRAW-MAN) as Debtor hereby affirm said **Terms of Contract** in the realm of Old common-law, executed pursuant the laws of the United States/MCLS

§440.1103; executed without United States 28 U.S.C. §3002(15)(A), with opposition heretofore in evidence...This "private" consensual Contract/Private agreement is executed under, by, and through the "lawful" Constitutional right to Contract: Article I:10:1 of the Constitution "of" the United States "for" the several united states of the American Republic Article IV, §4, lex loci, lex fori, country of Michigan (Republic); IN CONSIDERATION of the ("private") agreements of the parties herein and hereafter set forth, the undersigned Debtor, grants to the Secured party/Creditor herein, a security interest in the collateral described in (1)(a) supra, which was conveyed to, and in possession of the Secured Party/Creditor herein...The Security interest under this agreement secures payment of all the Debtor's indebtedness, including all government documents/instruments appertanced to Debtors all Caps Trade name, and debts, obligations or liabilities which now exist or are hereafter created, and whether they are absolute or contingent, and include future advances...Upon Secured Party's/Creditor's "acceptance" of these Terms, "evidenced" by his signature infra, let this union (confusion of rights) be consummated and ratified as a simple Trust/Pure Trust Covenant;

_WILLIAM FREDERICK KEMP JR._ ©1973 S.I.D.#745436K
[PERSON]:   Ex contractu as Debtor herein

S.S.A.#/TAX I.D. #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.

_/s/ William-Frederick, sui juris, of the Kemp family_ ©1973, A "Lawful" natural Christian Man of God, a living, breathing flesh-and-blood Man under the laws of nature, and natures God, sovereign, sui juris by the grace of God...One of capacity to depose, and who herein deposeth that: I am One of sound mind, over the age of twenty-one, and domiciled in the country of Michigan (Republic) Article IV, sec. 4, U.S. Const., with express reservation of all rights at MCLS §440.1103.6 and MCLS §440.1207 without prejudice...And as Creditor/Secured Party I do hereby "affirm" the Terms of Contract, executed in accordance the laws of the United States under the proviso (I:10:1) of the Constitutional right to contract, executed without the United States 28 U.S.C. §3002(15)(A)...Notice: Creditor is in lawful possession of a certain certificated security, a "special property" created under a [STATUTE] and/or Model "State" Vital Statistics Act & Regulation...of the type described at MCLS §440.7202, and as a document of title as described at MCLS §440.1201(15), i.e., "Original issue" was the _twenty-fifth_ day of _November_, in the year of Our Lord Jesus, the Christ, nineteen hundred and _fifty-five_ A.D.; Conveyance with "total" assigns is evidence in this recorded passing of title, as collateral security for the payment of all debts, liabilities, and obligations of Debtor, to, and in favor of the Secured Party/Creditor herein to the sum certain at ($100,000,000.00) ONE HUNDRED MILLION, Accepted (BA) for value along with all related endorsements (front & back) in accord with Title 31 C.F.R. and House Joint Resolution- 192(HJR-192) with Original Issue Discount treated as a foreign currency transaction, as pre-paid preferred stock, which as accrued and/or taken into account (Private) T.D.A., as part of a Tax estimate, "fund", for use "priority" of the Republic, Article IV, section 4, U.S. Constitution, part of the Secured Party's/Creditor's foreign estate 26 U.S.C. §7701(a)(31), Tax-free and exempt from levy...Charged to the Debtor's Order or to YOUR Order,

Creditor herein, by affixing his bona-fied signature accepts the **Terms of Contract** and lawfully consumates and ratafies this private consensual agreement, with **No** opposition heretofore in evidence I certify and confirm same.

*Certified L.S. True & Correct* Secured Party/Creditor _William-Frederick: Kemp, Jr.©1973_

### Affidavit

The foregoing is entered into voluntarily by the parties, and is true, correct, complete, not misleading bona-fied and <u>certain</u>, the truth, the whole truth, and nothing but the truth...this I swear and/or affirm with first-hand knowledge upon My <u>unlimited</u> Commercial liability in accord the laws of the United States, executed without the United States by special visitation/limited appearance this the _twenty-first_ day of _February_, in the year of **Our** Lord Jesus, the Christ, two-thousand _six_ A.D.

\*/S/ _WILLIAM FREDERICK KEMP JR._
**Debtor Signature MCLS §440.3419**

**Debtor's I.D. #** _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_

\* Secured Party of Record (Creditor herein) accepts Debtor's signature (and **all** related endorsements) for "value" (B.A.) in accord MCLS §440.3419 and House Joint Resolution-192 (HJR-192)

Secured Party of Record: _William-Frederick: Kemp, Jr.©1973_
(Debtor's Authorized Rep MCLS §440.1201(35)) **A natural Christian Man of God;** in propria persona via special visitation from country of Michigan (Republic) Art. IV, Sec. 4, U.S. Const., with **express reservation of all rights MCLS §440.1207 and MCLS §440.1103(6) without prejudice; all** value represented herein is Tax-free and exempt from levy.

*Certified L.S. True & Correct COPY*

cc: <u>All</u> parties to this Common-law consensual "private" agreement; file.

--In God We Trust--

2-20-06
_Barbara S. Lane_
**BARBARA S. LANE**
NOTARY PUBLIC, CHIPPEWA CO., MI.
MY COMMISSION EXPIRES
11-08-11

Michigan Republic
--No Trespass--

Form **56**
(Rev. July 2004)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I — Identification

**Name of person for whom you are acting (as shown on the tax return)**: WILLIAM FREDERICK KEMP JR. (Debtor)
**Identifying number**: 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
**Decedent's social security no.**:

**Address of person for whom you are acting (number, street, and room or suite no.)**: 477 EAST PEARL Rd.

**City or town, state, and ZIP code (If a foreign address, see instructions.)**: COLDWATER, MI., 49036 U.S.A. (UCC §9-307(h))

**Fiduciary's name**: William-Frederick: Kemp, Jr' suae potestate esse ©1973 (Creditor)

**Address of fiduciary (number, street, and room or suite no.)**: *C/O: 477 East Pearl Road  *(Without Prejudice UCC §1-207)

**City or town, state, and ZIP code**: Coldwater, Michigan Republic, near CF[49036]
**Telephone number (optional)**: ( ) NONE

## Part II — Authority

1 Authority for fiduciary relationship. Check applicable box:
  a(1) ☐ Will and codicils or court order appointing fiduciary . . . . . . . . . . (2) Date of death . . . . . . . . . . . . . . . . . . . .
  b(1) ☐ Court order appointing fiduciary . . . . . . . . . . . . . . . . . . . . . (2) Date (see instructions) 01-02-2003 A.D.
  c   ☒ Valid trust instrument and amendments @2003000669-4 et. seq. Commercial Registry
  d   ☐ Other. Describe ▶

## Part III — Nature of Liability and Tax Notices   N/A

2 Type of tax (estate, gift, generation-skipping transfer, income, excise, etc.) ▶
3 Federal tax form number (706, 1040, 1041, 1120, etc.) ▶
4 Year(s) or period(s) (if estate tax, date of death) ▶
5 If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **all** items described on lines 2, 3, and 4, check here . . . . . . . . . . . . . . . . . . . . . ▶ ☐
6 If the fiduciary listed in Part I is the person to whom notices and other written communications should be sent for **some** (but not all) of the items described on lines 2, 3, and 4, check here ▶ ☐ and list the applicable Federal tax form number and the year(s) or period(s) applicable

## Part IV — Revocation or Termination of Notice

### Section A—Total Revocation or Termination

7 Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . ▶ ☒

Reason for termination of fiduciary relationship. Check applicable box:
  a ☐ Court order revoking fiduciary authority
  b ☐ Certificate of dissolution or termination of a business entity    Termination for Cause (ab initio)
  c ☒ Other. Describe ▶

### Section B—Partial Revocation   N/A

8a Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . . . . . . . ▶ ☐
  b Specify to whom granted, date, and address, including ZIP code.
    ▶

### Section C—Substitute Fiduciary   N/A

9 Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
  ▶ Set-off

For Paperwork Reduction Act and Privacy Act Notice, see back page.    Cat. No. 16375I    Form **56** (Rev. 7-2004)

Form 56 (Rev. 7-2004)             Page 2

**Part V   Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| UNITED STATES SIXTH CIRCUIT (COA) | 05 December 2005 A.D. |

| Address of court | Docket number of proceeding |
|---|---|
| 100 E. 5TH STREET # 540 | 05-2339 |

| City or town, state, and ZIP code | Date | Time | a.m./p.m. | Place of other proceedings |
|---|---|---|---|---|
| Cincinnati, Ohio; 45202 U.S.A. | | | | UCC §9-102(a)(39) |

**Part VI   Signature**

Please Sign Here

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

Fiduciary's signature: William-Frederick: Kemp,jr ©1973    Title, if applicable: foreign Rep 11 §101(24)    Date: 03-13-2006 AD

Form 56 (Rev. 7-2004)

<u>CONSTRUCTIVE LEGAL NOTICE: MCLS §440.1201(25)(26)(27)</u>

PUBLIC NOTICE: Filing of this instrument upon the Commercial Registry constitutes "Lawful" <u>public notice</u> executed without the United States in accord 28 U.S.C. §1746(1), lex loci, lex fori, country of Michigan (Republic, U.S.C.A. Const. Art. IV, §4)26 U.S.C. §7701(a)(31); executed by the real party in interest/ Secured Party of Record, 11 U.S.C. §101(24), 11 U.S.C §1510 and MCLS §440.3305 respectively...Presented by "Special Visitation" to an agent of the United States(UCC §9-307(h)) as "admissible", non-prima facie <u>evidence</u> accord Fed.R. Evid., Rules 102., 201., 902(1)(3) and acknowledged by an agent of the United States (UCC §9-307(h)) as <u>evidenced</u> by that person's hand and official seal, accord Fed.R. Evid., Rule 902.(8), under the State Seal of Michigan <u>verified</u> by the Secretary and valid for <u>all</u> purposes, in accord House Joint Resolution -192 of June 5, 1933 (H.J.R.-192) and specifically noting 3(h), pg. 4 of 23,24 of S.A. private agreement with express reservations of <u>all</u> rights to those funds under SSA# <u>364 - 64 - 5967</u>, without prejudice; This Instrument and official Form 56 (OMB No. 1545-0013 are executed by Special Visitation/limited appearance, on this the <u>13th</u> day of <u>March</u> in the year of Our Lord, Jesus the Christ, two-thousand six; Adieu; ab actis.
Take specific notice:

       Jo Anne Barnhart, et. al., Office of the Commisioner, Social Security Admin.<>and;
       )
       Mark Everson, et. al., Office of the Commisssioner
       Internal Revenue Service. Ph# 202-622-9511.

       Be it Known and remembered by "all others" to whom these presents come and May concern, this is admissible, non-prima facie <u>evidence</u> in accord Fed.R. Evid., Rules 102., 201., 902(1), (3), (8) and 1005. presented by "Special Visitation" by One of sound-mind, Capacity (sui juris/alieni juris) and over the age of Majority and This Instrument is hereby presented as such in accord 28 U.S.C. §1746(1); by:

       Secured Party of Record
       @200300069-4 et.seq.
       the real party in interest: William-Frederick: Kemp,jr ©1973
       Affiant, a <u>natural</u> flesh-and-blood/Private
       Christian Man, 26 U.S.C. §7701(b)(1)(B)
       reserving <u>all</u> rights, without prejudice.
       3-13-2006 A.D.
       Date
       Certified
       True & Correct

_Barbara S. Lane_
NOTARY AGENT (U.S.A./MI. UCC §9-307(h))
Fed.R. Evid. Rule 902.(8) verified
3-13-06
Date

BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES
11-08-11

Michigan Republic
26 U.S.C. §7701(a)(31)

cc: All parties
    file.

## Denial of Corporate Existance (illicitum Collegium)

The (Plaintiff) real party in interest herein is a sovereign **natural person**, so construed as a nonresident alien (26 U.S.C. §7701(b)(1)(B) and "**does not**" now qualify as, and "**does not**" consent to act as or be treated in the future as:

**a):** An "employee" as defined in 26 U.S.C. §3401(c) or 26 CFR §31.3401(c)-1 and as used in the upper left corner of the I.R.S. form W-4.

**b):** A [PERSON] whose earnings from labor are classified as "wages", which are defined in 26 U.S.C. §3401(a), and 26 CFR §31.3401(a)-3(a), and U.S.C. §3121(a).

**c):** A "taxpayer" as defined at 26 U.S.C. §7701(a)(14).

**d):** A "U.S. citizen" as defined in 8 U.S.C. §1401, 26 U.S.C. 3121(e), and 26 CFR §1.1-1(c).

**e):** A "U.S. resident" as defined in 26 U.S.C. §7701(b)(1)(A) as **all** residents are "aliens" under federal law, and I am **Not** and have Never been an "alien"... I am a "nonresident alien", but **not** an "alien". The definition of "nonresident alien" found in 26 U.S.C. §7701(b)(1)(B) includes those who are nationals, but "Not" citizens under federal law.

**f):** A "**virtual inhabitant**" of the District of Columbia (UCC §9-307(h) under 26 U.S.C. §7408(c) or 26 U.S.C. §7701(a)(39).

g): A "U.S. PERSON" as defined at 26 U.S.C. §7701(a)(30)(A)(B)(C)(D).

h): A domiciliary of the "United States" as defined in 26 U.S.C. §312(e), 26 U.S.C. §7701(a)(9),(10).

i): A "vessel" as defined in 18 U.S.C. §9.

Judicially Notice: (accord M.R.E. Rules 102, 201.(e), 202.(b), and 1005.) That:

The real party in interest reserves <u>exclusive ownership</u> fee simple absolute, over his life, liberty, and property at <u>all</u> times, and reserves full control over 100% of the earnings of his own labor; and any act/action contrary to My intent/interest will be construed as a distinct act of dominion/trespass.

Notice of "Special appearance"/Special visitation by the real party in interest (Plaintiff herein):

William-Frederick:Kemp, Jr' suae potestate esse 1973 Michigan Republic (USCA Const. Art. IV, §4) 26 USC §7701(b)(1)(B) Non-domestic/Non-assumpsit (Third Party Detainee) c/o Temporary Post Location-T.D.C (without prejudice)
CHIPPEWA CORRECTIONAL FACILITY
MDOC'S NO. CF [177395] CF
4269 West M-80
Kincheloe, Michigan
        near CF[49784]CF

(B).

Invoice No. __1201910 49866__ *(121).

ORDER - Certified Delivery
(F.O.B. / C.I.F.)

CONVEYANCE:

DELIVERY ORDER: The goods are to be delivered (Michigan Republic),
To: __William-Frederick:Kemp, Jr ©1973__ ;(even if same are non-conforming),
the goods are identifiable pursuant and in accord UCC §7-202; and as
a Document of Title at UCC §1-201(15); This "Special Property" was
Original Issue: __11 / 25 / 1955__ ; and is hereby conveyed as a __certain__
Security; One of a set which is numbered, the whole of the parts
constituting one obligation, evidence within the written agreements
of the parties, sub and supra to the sum certain amount expressed
therein; Said __certain__ Security is hereby Issued, conveyed, and __assigns__
__(Total Assignment)__ upon Acceptance.

Issued by: __WILLIAM FREDERICK KEMP JR.__ ©1973
UCC §1-201(39), UCC §3-415

---

ACCEPTANCE:

Acceptance of goods occurs when the buyer:

a) Inspects the goods; and;

  []: They are conforming.

  [X]: They are Non-conforming, but I will accept/retain them in
       spite of their non-conformity.

I understand "Acceptance" of a part of any commercial unit is
acceptance of the entire unit; By my signature infra I accept the
"Special Property" as Issued and conveyed, including assigns (Total
Assignment) pursuant to UCC §3-302(1), and HJR-192.

__Barbara S. Lane__
Notary Agent MI./U.S.A.

__3-27-06__
Date

certified
L.S.
true & correct
COPY

Issued to:
"Signature constitutes Acceptance"
Date: __William-Frederick:Kemp, Jr__ ©1973
27 March 06

BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES
__11-08-11__

Notice: "This Instrument is Admissible __evidence__
(Non-prima facie) evidence of My Lawful
Ownership fee simple absolute of the
__certain__ Customer name securities
attaching and/or referenced under
the (121) Security.

Infra 3 AMENDMENT