UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

FILED
AUG 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06 1528

William-Frederick:Kemp,Jr
    plaintiff,

v.

Condoleazza Rice, et.al.
    Defendant.

--New Action--

Hon. _____

Case No. _____

MISC/CONSTITUTIONAL FILING
28 U.S.C. §1652/MCR 2.002(A)(1)

### MOTION FOR WAIVER OF FEES

    Comes now the real party in interest (Plaintiff) who is flesh-and-blood natural person, a Sovereign man of American Nationale, in accord MCR 2.002(A)(1), pursuant 28 U.S.C. §1652, who hereby MOVES this Honorable Court for waiver of fees in the instant and related matters, as the real party in interest is One who claims entitlement to this right, as (1) there are no asset funds in circulation to file the instant Constitutional matter. (2) Requiring One to use debt obligations as described in 12 U.S.C. §411 would amount to a Judicial Tax, effectively chilling First Amendment rights of Lawful redress, access to the Courts.

    The foregoing is true, correct, complete, not misleading, the truth, the whole truth, and nothing but the truth, sworn to and affirmed in accord [28 U.S.C. §1746(1)] on this __21st__ day of July 2006 A.D.

Secured Party of Record
@ 2003000669-4 et seq., &
@ 2003195483-4 et seq., &
@ 2006061846-9 et seq.
the real party in interest: __William-Frederick: Kemp Jr ©1973__

Affient (Plaintiff) a flesh-and-blood natural person, a man of Sovereign American Nationale on religious sojourn through the Michigan Republic (U.S.C.A. Const. Art. IV, §1, §4) under the American Flag of Peace, with all rights expressly reserved without prejudice; 26 U.S.C. §7701(b)(1)(B) in accord F.R.E. 902.(3), nunc pro tunc.

__Barbara S. Lane__    Date __7-21-06__
NOTARY PUBLIC/MCLA 600.1440(1)
acknowledged accord F.R.E. 902(8)

__11-08-11__
MY COMMISSION EXPIRES

RECEIVED
JUL 31 2006
BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2