UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM FREDERICK KEMP JR. Plaintiff, v. CONDOLEEZZA RICE, et. al., Defendants. | Civil Action No. 06-1528 (JDB) MOTION TO AMEND COMPLAINT F.R. Civ. P. 15(a); All rights reserved without prejudice UCC §1-207 & UCC §1-308. |

MOTION TO AMEND ORIGINAL
COMPLAINT AND CLARIFY INTENT

RECEIVED
NOV -1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now the real party in interest, in propria persona, and hereby moves this Honorable Court hear the instant Motion to Amend original Complaint; and grant relief requested to render plaintiff his due and just right to secure his substantive Liberty interests accord U.S.C.A. Const. Am. V, and F.R. Civ. P. Rule 15(a); As after reading the original complaint in its entirely, plaintiff believes his true intentions may be misconstrued; And for "just cause" plaintiff hereunder presents:

I.)     IN SUPPORT OF MOTION TO AMEND:

(a.) Plaintiff's legal papers have been routinely (unlawfully) seized and destroyed by State (MI.) employees (see: attached ADMISSIBLE EVIDENCE, PRESENTMENT 1A; Copy to Court(only)) All of my legal papers/documents/evidence in the "instant case" was unlawfully seized under Color of Law... this is an ongoing and continuing nuisance.

(Pg 1 of 6)

(b). Plaintiff has had to hide the "current" legalwork in progress (06-1528)... As State employees in their ignorance of the law, have unlawfully seized and destroyed legal papers, documents, and evidence.... Violating substantive due process rights, Access to the Courts (denied) and violating the Holding of NEWELL v. SAUSER, 79 F.3d 115 @ 115 (9th Cir. 1996): "[P]rison officials would have known that seizing legal papers from prisoner's cell was unlawful." (which they have been Noticed UCC §1-201(25),(26),(27) about on numerous occations, to no avail) See: Attached presentment #1A; And plaintiff's first real chance to read the original Complaint in its entirety, was when "after" the last legal property RAID, he received the Copies of Received Stamped documents back from the Court... received two (2) days after the last raid... after reading same, I my-"Self" find the actual presentment of My intent to be a bit cloudy... which may lead to it being misconstrued as severing all ties with the United States... Which is absolutely "NOT" My intent.

(c.) After reading (in part) the Case of UNITED STATES OF AMERICA v. AUSTIN GARY COOPER (Referenced @ page seven-(7) of original complaint) Plaintiff so construed said case as defining two (2) U.S. nationalities, i.e., U.S. Nationality and American nationality... but upon further study I may have been mistaken, (?). But this is NOTWITHSTANDING the fact, I do "NOT" wish, renounce or relinquish American Nationality U.S.C.A. Const. Art. IV, §1, §4, and, Amend. IX and X; and I reserve all rights UCC §1-207, UCC §1-308 without prejudice thereof... And therefor require Amendment of the original Complaint as a matter of law. (pg 2 of 6)

(d.) Plaintiff requests/requires amendment of original Complaint as; as it is written may be so misconstrued as to result in plaintiff's statelessness, and that is absolutely "NOT" plaintiffs intent.

Wherefore:

Plaintiff prays this Honorable Court will grant this instant motion pursuant F.R.Civ.P., Rule 15, and grant the requested Indexed relief/Amendments, infra:

II.   INDEX OF RELIEF/AMENDMENTS REQUESTED:

1). Judicially Notice (F.R.E. 102., 201.): Page one (1) (Cover page) @ line nine (9)... and, strike: "[U.S. national]" to conform with plaintiff's intent; and, 8 U.S.C. §1101(22)(B), and, as defined in 26 U.S.C. §7701(b)(1)(B) which includes "nationals", but "Not citizens" under federal law... So construed, should read: for issuance of Certificate of Loss of U.S. citizenship.(only)

2). Judicially Notice (F.R.E. 102., 201.): Page two (2), at line No. fifteen (15)... and, strike: "[U.S. national]" to conform with plaintiffs intent; and, 8 U.S.C. §1101(22)(B); and, as defined in 26 U.S.C. §7701(b)(1)(B), (defined in part supra, Id. this page)... So construed, should read: demands Certificate of Loss of U.S. citizenship.(only) Also notice the Notice @ page (2) two reserving all rights as an American national (lines 20-29), this is proper.

3). Judicially Notice (F.R.E. 102., 201.): Page eight (8), line thirty-three (33)... and, Strike: "[U.S. national]," to conform with plaintiff's intent; and, 8 U.S.C. §1101(22)(B); and, as defined in 26 U.S.C. §7701(b)(1)(B), which includes "nationals", but "Not citizens" under federal law... So Construed, should read: de facto [14th Am.] U.S. Citizenship, the third.

4). Judicially Notice (F.R.E. 102., 201.): Page (9) nine, line fifteen (15)... and, Strike: "[U.S. national]" ((AND)) at line twenty-four (24) through line twenty-six (26), Strike: "[U.S. nationality, together with all rights, privileges, and all duties of allegiance and fidelity thereto pertaining,]" To conform with plaintiff's intent, and 8 U.S.C. §1101(22)(B); and, 26 USC §7701(b)(1)(B), So Construed, should read (@ (24th line) citizenship, (removing all of line (25); and, pertaining stricken from line 26).

5). Judicially Notice (F.R.E. 102., 201.): Page nine (9) line thirty-three (33)... and, "Change": "[nationality] to [Citizenship] to conform with plaintiff's intent; and, 8 U.S.C. §1101(22)(B); So construed, should read (@ line 33): "[of Loss of U.S. citizenship and related documents]."

6). Judicially Notice (F.R.E. 102., 201.): Page ten (10) line seven (7)... and, Change: "[U.S. nationality] to [U.S. Citizenship] in accord plaintiff's intent; and, 8 U.S.C. §1101(22)(B).

7). Any Construction which is so construed as renouncing/relinquishing American nationality, is WRONG, Plaintiff retains standing as a national in accord with 8 U.S.C. §1101(22)(B).

8). Judicially Notice (F.R.E. 102., 201.; and, F.R.Civ.P., Rule 19): Plaintiff amends: plaintiff in accord F.R.Civ.P., Rule 17; so construed, should read: [William-Frederick: Kemp, Jr.]; and directing the Court to page eight (8), # VIII, lines 18-33 and page nine (9), lines 1-12 in support... as the real party in interest is the plaintiff, Holder-In-Due-Course (HDC) "Not" the defacto ENS LEGIS/IDEM SONANS (nom-de-guerre), And Debtor WILLIAM FREDERICK KEMP JR is a Transmitting Utility UCC §9-102(a)(40)(41) Fixture, and a declared Trust under 2003000669-4 et. seq. and 2003195483-4 et. seq. which are in accord UCC §9-102(a)(39) and the real party in interest has extensive security interests filed on his Debtor (Note: page eight (8), VIII et. seq., All security Interests are "perfected" verified and certified under State Seal and mechanical Signature of Michigan's Secretary of State, Terri Lynn Land.

9). Judicially Notice (F.R.E. 102., 201.; and, F.R.Civ.P., Rule 19): Plaintiff amends Defendant(s) in accord Rule 19. to ADD, the addendum of the [Current] Secretary of the Treasury, et.al.; The [Current] C.E.O. for the Department of Health and Human Services; The [Current] C.E.O. for the Department of Commerce, et.al.; The [Current] C.E.O. for the Securities and Exchange Commission, et.al.; and, JOHN DOE/BETTY POE in standing for others possibly needed for just adjudication of the issues herein contained @ 06-1528

10.) Any other adjustments the Court may deem necessary and proper under the Circumstances.

III.    AFFIDAVIT:

Comes now the real party in interest (Plaintiff), being first duly sworn in the Nature of 28 U.S.C. §1746(1) before notary public MCLA §600.1440(1); MSA §27A.1440(1) and says under the pains and penalties of perjury, as enumerated in the Holy Scriptures, that the foregoing, is true, correct complete and Certain, relates the real party's true intent, and is the truth, the whole truth, and nothing but the truth, executed this _8th_ day of September, 2006 A.D.,

by: _William-Frederick: Kemp_ ©1955
Affiant / the real party in interest, One who is a flesh-and-blood "Private" Christian man of American Nationale USCA Const. Art. IV, §4 without prejudice, UCC §1-207 and UCC §1-308.

Enclosures;

(1) Copy of Original filing (with amendments); "(Court only)";
(1) Copy of misconduct Report (Admissible Evidence); (Court only)
Proof of Service/ Notice of Special visitation (limited Appearance); (Court only)
(1) Copy of (de facto Cestui qui trust) Trust statement; (Court only)
(1) Copy of Notice/ Interrogatories (to) Secretary of the Treasury. (Copy to Court)

_T. Corey-Spiker_                    9-8-06
NOTARY PUBLIC/ MCLA 600.1440(1)      Date

9-20-06
MY COMMISSION EXPIRES

T. COREY-SPIKER
NOTARY PUBLIC CHIPPEWA CO., MI
MY COMMISSION EXPIRES 9-20-06

Michigan Republic
(Page 6 of 6)        26 USC §7701(b)(2)(C)(i)