UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| William-Frederick: Kemp, Jr. | Civil Action No. 06-1528 |
|---|---|
| Plaintiff | |
| v. | — PROOF OF SERVICE — |
| CONDOLEEZZA RICE, et.al. | |
| Defendants. | |

On the __8th__ day of September 2006 A.D., the real party in interest (Plaintiff) served (via legal disbursment) the following legal documents and papers:

1.) Copy of Motion to Amend Complaint (sans copy of original Complaint — as plaintiff only had the "one copy"; sent to the Court);

Upon: ((*C.) Also Notice/Interrogatories to Court & Secretary of Treasury))

A.) CONDOLEEZZA RICE, et.al.
B.) The Court Clerk, U.S. Dist. Ct. D.C.
B(i)) Copy of Trust Account, and, Evidence also sent to the Court, only.

_T. Corey-Spiker_   9-8-06
NOTARY PUBLIC          Date

_William Frederick: Kemp_ ©1969
Plaintiff / the real party in interest
all rights reserved without prejudice

T. COREY-SPIKER
NOTARY PUBLIC—CHIPPEWA CO., MI
MY COMMISSION EXPIRES 9-20-06

(Page 1 of 1)