*ADMISSIBLE EVIDENCE, Presentment #18*

Case 1:06-cv-01528-JDB   Document 6-4   Filed 11/09/2006   Page 1 of 4

*5-119*

MICHIGAN DEPARTMENT OF CORRECTIONS  
**MAJOR MISCONDUCT HEARING REPORT**

4835-4241 9/91  
CSJ-240B

| Prisoner Number | Prisoner Name | Institution | Violation Date |
|---|---|---|---|
| 177395 | Kemp | URF | 8-11-06 |

Charge: 1. Insolence 2. Possession of Forged Documents; Forgery   TIME: 0930 hrs

If charge changed by H.O.:

Major Misconduct Report Read To and Discussed with Prisoner (Check if Applies) [x]  
Hearing Investigation Read To and Discussed with Prisoner (Check if Applies) [x]

Plea: [ ] GUILTY  [x] NOT GUILTY  
No Hearing Investigation Requested [ ] (Check if Applies)

**EVIDENCE/STATEMENTS IN ADDITION TO MISCONDUCT REPORT:**

Prisoner is present and is infromed that the 2 misconduct reports are combined to one report as they involve the same subject, search, prisoner and officer and were found on at the same time. The misconduct reports are reviewed with him along with his statements, and the documents. Prisoner Kemp states that they are UCC Documents but they can not take his legal work. Prisoner Kemp states that he would like it held for 30 days to (be picked up). Prisoner has nothing further to add. No further evidence is requested or is needed. Prisoner is informed of the findings, sanctions and sanction dates and told that he will receive the report later today.

*↑ To contact the Court*  
*Not to be picked-up*  
*== == ==*  
*These are relevant documents in 06-1528*

**REASON FOR FINDING:**

INSOLENCE: It is not insolence that he possessed UCC Documents and although he is not allowed to possess them no evidence is presented that meets this charge. The charge is NOT upheld.

POSSESSION OF FORGED DOCUMENTS; FORGERY: There is no evidence to suggest that the items are forged. Based on the uncontested facts, all the documents are UCC documents and prisoners are not allowed to possess UCC documents. Per Prisoner Kemp, all the documents should be kept at the facility for someone to pick up. The charge is REDUCED TO CONTRABAND.

**FINDINGS:**  CMIS Code

CHARGE NO. 1 [ ] GUILTY [x] NOT GUILTY [ ] DISMISSED  026  
CHARGE NO. 2 [x] GUILTY [ ] NOT GUILTY [ ] DISMISSED  049  
CHARGE NO. 3 [ ] GUILTY [ ] NOT GUILTY [ ] DISMISSED  ___  
CHARGE NO. 4 [ ] GUILTY [ ] NOT GUILTY [ ] DISMISSED  ___

**DISPOSITION(S):**

___ Days of Detention   ___ Days Toplock  
Begins ___ Ends ___  
15 Days Loss Privileges ___ Credit Days  
Begins 9-14-06  Ends 9-29-06  
Restitution ___   Hours of Extra Duty ___

HEARING OFFICER'S NAME & CMIS CODE (Typed): O'Brien 052  
HEARING OFFICER'S SIGNATURE: [signature]

Major Misconduct Hearing Report personally handed to Prisoner by Hearing Officer this date (check if applies) [ ]  
Major Misconduct Hearing Report Given to Staff Member by Hearing Officer for Delivery to Prisoner this date (check if applies) [x]

Date of Hearing: 8-28-06  
(Name & Clock No. of Staff Member): Durant

DISTRIBUTION: White - Institution File;  Green - Central Office;  Canary - Prisoner;  Pink - Counselor;  Goldenrod - Hearing Investigator

# MICHIGAN DEPARTMENT OF CORRECTIONS
## MAJOR MISCONDUCT REPORT (Please Print or Type)

CSJ-240 A
Rev. 08/00
4835-4240

| Prisoner Number | Prisoner Name | Institution | Violation Date |
|---|---|---|---|
| 177395 | ~~Kemp~~ | URF | 8/11/2006 |

| Time & Place of Violation | Housing Unit | Room/Cell/Bunk | Reporting Staff Member's Name & Clock No. |
|---|---|---|---|
| 8-11-06 Property Rm | Stmb | 119 | S. Smith |

**Name of Major Misconduct Charge and CMIS Code**

#1 026 Insolence   #2 021 Possession of Forged Documents

**Describe Violation:**

1- On 8-11-06, between 0930-1100 while inventorying Kemp 177395 UCC related paperwork, I found several
2- paers, documents and forms that indicated Kemp has filed UCC document and false information on IRS Tax
3- FORM 56, (with a false address and fictious country of "Michigan Republic." Also a form of "Order-Certified
4- Delivery" indicating some payment of "goods" will be accepted. These have been file on or with Terri Land, MI.
5- Secretary of State. Other UCC and paperwork appears to have been file with the U.S. district Court for
6- Kemp v Condoleeza Rice. A U.S District Court of Columbia worksheet question 1. is marked "No" and on the
7- bottom of the worksheet it indicates 122 Silver Dollars has been received. The papers indicate an intent to
8- defraud public official and file false tax forms and false legal work The ony inention of this paperwork is to
9- harass public officals. Kemp id'd by OTIS and prior contact

*This ticket charges #1 (026) and #2 (021) were dismissed and the charge was dropped to possession of Contraband to cover CO S. Smith's butt... The documents were Kept - (Destroy or send Home)*

| Misconduct Written | |
|---|---|
| Date: 8/15/2006 | Time: 1000 |

Reporting Staff Member's Signature

**Other Employee Witnesses? (List)**

**Reviewing Officer's Action:**
Location/Verification of Evidence

**Status Pending Hearing:** ☒ Bond   ☐ Toplock   ☐ Segregation   ☐ Other

**Reason (if non-bond):** ☐ Non-Bond List   ☐ Bond Revoked (Must give reason)

**Date and Time Given This Status:** (Who notified in housing unit)

**If Status Changed, Give Date:**

| Hearing Investigator Requested? | ☐ No | ☒ Yes | Witnesses Requested? | ☐ No | ☐ Yes |
| Relevant Documents Requested? | ☐ No | ☒ Yes (list) | | | |

**Additional Comments:**

Hearing Date:

Review Date: 8/11/06   Time: 0830

**FOR INFORMATION ON YOUR RIGHTS AT A MAJOR MISCONDUCT HEARING AND THE ACTIONS WHICH MAY RESULT IF YOU ARE FOUND GUILTY, SEE PD 03.03.105 "PRISONER DISCIPLINE."**

(Print or Type Reviewing Officer's Name & Clock No.)

(Reviewing Officer's Signature)

**DISTRIBUTION:**
White - Institution File
Green - Central Office File
Canary - Prisoner
Pink - Counselor
Goldenrod - Hearing Investigator

(Prisoner's Signature)
I have received a copy of this report. My signature verifies receipt only and does not mean that I agree with this report.

*All rights reserved* 314.1205

**DEPUTY WARDEN'S OFFICE**
**CHIPPEWA CORRECTIONAL**

9/03

| ACCESS TO COURTS - FLASH KITE | |
|---|---|
| Date: 18 July 2006 A.D. | Date Received: JUL 1 8 2006 |
| To: Deputy Warden's Office | RECEIVED |
| From: #(TV)2003 WILLIAM F. KEMP JR. 0973 | |

(TV)2003 ~~Prisoner's~~ Name — MDOC ~~Prisoner's~~ Number — ~~Prisoner's~~ Lock

**Note:** This flash kite process is to be used only after you have followed the appropriate Policy/Procedure and you still have not received the authorized result. This is not a substitute for the grievance process and should be used only for urgent problems.

**Problem With:**
- [ ] Access to Law Library
- [x] Access to Legal Property
- [ ] Legal Photocopying Service
- [ ] Expedited Legal Mail Process
- [ ] Access to Legal Writer Program
- [ ] Receiving Books from Law Library
- [ ] Access to Mini Law Library or Typing Room
- [ ] Adding/Changing Attorney's Telephone Number on PIN List.
- [ ] Typewriter in Mini Law Library, Typing Room, or Library Not Working.

"Theft" of Legal Mail from the U.S. District Court by MDOC employee acting under Color of law. due process violation: access to the Courts.

**Problem:** (Include any steps you have taken to resolve the issue, who you have talked/written to about this problem, and when you did so. Provide any related documentation you have available).

Legal Mail, issuing from the U.S. District Court, D.C., was taken by shift command, 2nd shift on 14 July 2006. Any reasonable [PERSON] should have known, taking legal papers issuing from a Court is an unlawful action impinging on Constitutional Rights. [312 F.3d 895 (7th Cir. 2002)] State actors (under Color of law) may NOT impede One's efforts to pursue "any" legal Claim...

*Section below to be completed by the Deputy Warden*

**Action Taken:**

THE MATERIAL WAS CONFISCATED BY INSPECTOR McDONALD. YOU WILL RECEIVE A NOTICE OF MAIL REJECTION IF YOU HAVE NOT ALREADY DONE SO.

Name of Respondent: M Posey    Date: 7/15/06

See: Attached (1) page

DEPUTY WARDEN'S OFFICE
CHIPPEWA CORRECTIONAL

AUG 29 2006

RECEIVED

| ACCESS TO COURTS - FLASH KITE | 9/03 |
|---|---|

**Date:** 28 August 2006  **Date Received:**

**To:** Deputy Warden's Office

**From:** *(TU) 2003 WILLIAM F. KEMP JR. ©1973 [MDOC's # 177395] S-119

~~Prisoner's~~ Name  |  ~~Prisoner's~~ Number  |  ~~Prisoner's~~ Lock C/O

**Note:** This flash kite process is to be used only after you have followed the appropriate Policy/Procedure and you still have not received the authorized result. This is not a substitute for the grievance process and should be used only for urgent problems.

**Problem With:**
- [ ] Access to Law Library
- [X] Access to Legal Property
- [ ] Legal Photocopying Service
- [ ] Expedited Legal Mail Process
- [ ] Access to Legal Writer Program
- [ ] Receiving Books from Law Library
- [ ] Access to Mini Law Library or Typing Room
- [ ] Adding/Changing Attorney's Telephone Number on PIN List.
- [ ] Typewriter in Mini Law Library, Typing Room, or Library Not Working.

*Also Double Jeopardy as Ian McDonald Returned most of that stuff to me on an N.O.I. written in Control Center -- Check it out

**Problem:** (Include any steps you have taken to resolve the issue, who you have talked/written to about this problem, and when you did so. Provide any related documentation you have available).

*Hearing was held on my ("filed") legal papers yes they are UCC related... But they are evidence in more than one case (06-1445) US Dist. Ct. D.C. The Hearings officer cleverly left this fact out of her Report, I have filed a 42 §1983 action on URF Warden Jeri-Ann Sherry - URF Inspector Ian McDonald and CO Scotty Smith the Court has already replyed... As they are the ones with the originals of what was unlawfully taken.

**Section below to be completed by the Deputy Warden**

**Action Taken:**
The Hearings Officer determined which of your paperwork was legal property and what was UCC. Your legal property was returned to you. As you have your legal property, this is not a Flash Kite issue.

**Name of Respondent:** J. Boynton, Deputy Warden
**Date:** 8/29/06