UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick: Kemp, Jr,
    Plaintiff,

v.

CONDOLEEZZA RICE, et.al.,
    Defendants.

Civil Action No. 06-1528

*REQUEST/MOTION FOR JUDICIAL DETERMINATION*

RECEIVED
NOV -1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex Parte: MOTION/REQUEST FOR JUDICIAL DETERMINATION

Comes now the plaintiff, in propria persona, and moves this Honorable Court for an ex parte judicial determination of the following questions accord F.R.E. Rule 102. needed to insure the proceedings are justly determined... Plaintiff hereby presents the following with just cause, to wit:

1.) Is the Constitutional Republic of the united states of America and it's Sovereign Citizens still a de jure legitimate entity... Contradistinctive to the de facto legislative democracy of the United States (bankrupt) Corporation?

2.) Is there a Lawful/legal difference between an American national, and a U.S. National?

3.) Whereas the real party in interest/Plaintiff, has "NEVER" voluntarily, Nor intentionally, waived any inherent-

-- natural, unalienable, or Constitutional "Right" (knowingly, with full and proper disclosure as to facts; and, tacit and/or underlying unconscionable/adhesion contracts ... as "guaranty" under the Confrontational/disclosure proviso of U.S.C.A Const. Am. VI.). Especially whereas waivers of One's Constitutional Rights not only **MUST** be voluntary, but **MUST** be knowingly intelligent acts done with sufficient awareness of the relevant facts, Circumstances, and Consequences [Brady v. U.S., 397 U.S. 742 @ 748 (1970)]. And, whereas U.S.C.A. Const. Art. IV, §4, guarantees to the states a Republican Form of (de jure) government. And, whereas U.S.C.A. Const. Am. IX, states: "[T]he enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people". And, whereas U.S.C.A. Const. Am. X, states: "[T]he powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people." And, whereas the real party in interest/Plaintiff, has expressly reserved All "Rights" ab initio and without prejudice UCC §1-207 and UCC §1-308; has "Never" knowingly or voluntarily waived Any "Rights", and has "declared and reserved" Standing under U.S.C.A Const. Art. IV, §1, §4; and, Am. IX and X; Is Not the (de facto) legislative democracy/stratocracy without Constitutional Authority to deny the plaintiff his lawfully (declared) U.S.C.A. Const Art. IV, §4, status as a Sovereign Citizen of Michigan state/American Republic, where to do so would be a misuse/abuse of power under Color of Constitutional authority --

– – transcending their lawful authority under Color of Law?

4.) Is it not a fact, that when the Government uses (defacto) Fiat Currency/private corporate Commercial paper (F.R.N's) Federal Reserve Notes, and Securities (checks); it descends to the level of a mere private corporation... and takes on the characteristics of a mere privat citizen for purpose of suit... regarded as entities entirely separate from government?

5.) Plaintiff hereby "invokes" 46 U.S.C. §781; only to remove the United States defense of Sovereign immunities... And, further reserves his "Rights" not to be Compelled to perform under Any Contract or Commercial agreement that he did Not enter knowingly, voluntarily, and intentionally... And furthermore does Not accept the liability of the Compelled benefit of Any unrevealed Contract or Commercial agreement... And, has ab initio (Service by Publication) withdrawn and withholds All Power of Attorney from the defacto legislative democracy/Stratocracy and its elective License/franchise State of MICHIGAN. And, plaintiff insists that the statutes be construed in harmony with the Common law... Would not the foregoing place the plaintiff on equal (if not superior) standing with the Defendants in 06-1528, et. al.?

"Respectfully Submitted," for Judicial Determination by the real party in interest: William-Frederick: Kemp, Jr. ©1973

cc: Judge @ 06-1528;
: file.