UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| William-Frederick: Kemp, Jr., <br> Plaintiff, <br> v. <br> CONDOLEEZZA RICE, et.al., <br> Defendants. | Civil Action No. 06-1528 <br><br> MOTION FOR PRELIMINARY INJUNCTION <br> F.R.Civ.P. RULE 65 via 56 <br> *The effected parties have been Noticed: UCC §1-201(25)(26)(27). |

MOTION FOR SUMMARY JUDGMENT ON THIS INSTANT MATTER FOR A PRELIMINARY INJUNCTION

NOV -1, 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now the plaintiff with a secondary action which is necessary and proper, where third parties not directly involved in action @ 06-1528 are hindering/denying access to the Courts and denying other due process Rights and/or substantive/natural Rights by "unlawfully" seizing documents, evidence, and even Copies of the Complaint 06-1528 and other vitally needed books and paperwork... Plaintiff hereby MOVES this Honorable Court to "expedite" this MOTION and issue an ORDER for PRELIMINARY INJUNCTION against said third party. The parties in question were/are NOTICED UCC §1-201(25),(26),(27) and a copy of this instant motion served on same, and plaintiff presents the following in support of this MOTION including a sworn affidavit accord Rule 56.(e) via MCLA 600.1440(1); MSA §27A.1440(1) in accord 28 USC §1746(1), and plaintiff hereby, being first duly sworn, duly deposes and says the following to wit:

I. THE FOLLOWIN FACTS ARE BASED ON FIRSTHAND KNOWLEDGE:

a). Plaintiffs first presentment to the U.S. Dist. Ct., D.C. was returned with instructions to file a Complaint; this was received by this facility (U.R.F.) and subsequently seized 14 July 2006 A.D. under a Notice of Intent (N.O.I.) after review by Inspector (U.R.F) Ian McDonald the legal work and attached UCC evidence, was returned to plaintiff.

b). On or about 11 August 2006 the same paperwork, evidence (UCC), etc., and several Copies of Complaint 06-1528 William-Frederick: Kemp, Jr. v. CONDOLEEZZA RICE, et. al. were unlawfully seized by CO SCOTTY SMITH (U.R.F). All UCC evidence, notes, law books, and other vitally needed legal materials were seized.

c). There was a Directors Office Memorandum (D.O.M. 2004-8) which stated: All use of, or possession of U.C.C. Materials was Contraband... This was subsequently amended to state: that UCC could only be possessed and used for informational purposes.

d). Plaintiff's UCC filings (except the 2006 "Notice Package" @ 2006061846-9 et.seq.) were all filed on or about 01-02-2003 predating D.O.M. 2004-8 et.seq. and any supposed notice thereof effective in 2004 would effectively constitute an ex post facto violation to wit: 2003 filings UCC §9-102 (a)(39) @ 2003000669-4 et.seq.

e). Plaintiff has filed several U.C.C. Tax Liens, which were all justifiable, and would have been unnecessary had the executive staff/C.E.O. of the MDOC properly supervised and controlled the unwarranted acts/actions of her staff/employees instead of giving free reign/rein to their gestapo tactics... That is not the case here, nor is it an issue as plaintiff has long since abandoned that avenue until he is outside of their unlawful venue & colorful jurisdiction which lack de jure Constitutional/Substantive underpinnings.

f). On or about 18 August 2006 the party in question held a legal hearing on all of plaintiff's legal property (except the Complaints (06-1528), UCC evidence, related & vitally needed notes, and legalwork, and law books were [intentionally (?)] kept out of this hearing by an ALJ; The only UCC documents deemed contraband in this hearing were blank UCC FORMS...

9). On or about 28 August 2006 a sham hearing was held on the legalwork, UCC evidence, law books, and vitally needed documents, UCC evidence, notes, and legalwork which were/are clearly stamped "Received" by the US Dist Ct, D.C. including plaintiffs "only" remaining copies of his Complaint.

h). Plaintiff has sent several "notices" UCC §1-201(25)(26)(27) has issued a first-step grievance (denied) and has filed a second step grievance... Each [citing] NEWELL v. SAUSER, 79 F.3d 115 @ 115 et.seq. and informing them that—

- - officials should know that seizing legalwork is unlawful... and further a violation of 18 U.S.C. § 241 and 18 U.S.C. §242 for willfully violating plaintiff's Civil and Constitutional Rights, i.e., due process and denial/hindering meaning access to the Courts, which plaintiff retains standing toward damages thereof/therefrom.

i). UCC §1-103: Unless displaced by the particular provisions of "this" Code, The principles of Law and Equity—[Erie v. Tompkins 304 U.S. 64, 58 S.Ct. 817 (1938)]—including the law Merchant and the law relative to Capacity to Contract, principal and agent, estoppel, fraud, Misrepresentation, duress, Coercion, Mistake, bankruptcy, or other validating or invalidating Causes shall supplement its provisions; the plaintiff MUST "PRESUME" by this [citing] that the UCC is the Supreme Codified law of the States/United States, et.al. especially whereas the State Courts act in a Colorable Admiralty/Maritime [STATUTORY] jurisdiction tying with the UCC, Id. and an Alter Ego Doctrine... Not "Lawfully authorized" by the state or federal Constitutions (i.e. Color of Law/Corporate legislative de facto by-laws).

j). Knowing the State's/Federal (bankrupt) defacto Governments' Credit is issuing from the "Private" Federal Reserve/I.M.F. on documents of title issuing under the UCC [UCC §7-201(2) and described as a field warehouse receipt @ UCC §7-202, and the (biological) "goods" being "registered" to the State via Birth Records/Certificates as a document of title @UCC §1-201(15) under Model State Vital Statistics Act & Regulation; tying with —

-- the March 6th, 1933 Conference of Governors, and House Joint Resolution of 1933: HJR-192; hypothecating One's body, labor, and property, i.e., Senate Document No. 43, 73rd Congress, First Session; Conference of Governors, March 6, 1933; All under the questionable authority of the Trading With the Enemy Act of October 6, 1917 (H.R. 4960, Public Law No. 91) (T.W.E.A.) Amended March 9, 1933 (48 Stat. 1) a/k/a the Emergency Banking Relief Act ... whereby all U.S. citizens by operation of law, involved in Money transactions within the United States became official enemies of the U.S. Government ... requiring a license for every type of Commercial activity [12 USC §95 et seq.] and pursuant to the Federal Tax Lien Act of 1966, "The entire taxing and Monetary Systems were placed under the UCC."

II.   SUMMARY

The plaintiff understanding the overall picture, and the basic mechanics of the UCC, and understanding what the (de facto) Government(s) State & Federal have done (which dose "NOT" concern Me "except" where it effects Me, or My issue; as in the instant matter at Bar) and noting F.R.Civ.P. "1966" Amendment effectively "unifying civil and admiralty" procedure, and read Rule 2. One form of Action to be known as Civil action ... and UCC §1-103 and UCC §1-104 and the "1966" Federal Tax Lien Act and 12 USC §95(b) The State nor "its" employees can lawfully or legally justify the seizure of My "Legal documents" UCC evidence legally filed and under State Seal verified by the Secretary of State ... And,--

— filed as evidence @ 06-1528 they have been properly "Noticed" UCC §1-201(25)(26)(27) said notices [cited] the case: NEWELL v. SAUSER, 79 F.3d 115 @ 115 n.3 et seq. clearly stating prison officials should know seizing of legal papers from a prisoners cell was unlawful... And they willfully disregarded this fact, evidenced by their failure to return said documents/UCC evidence/notes/law books and copies of the complaint @ 06-1528 violating 18 USC §241 and 18 U.S.C. §242 why at all relevant times acting under color of law (and policy) to deny plaintiff substantive Rights and liberty based interests.

Wherefore:   (III. Remedy/RELIEF)

Plaintiff prays for the following remedy/relief as a matter of Law...

1.) Issue a preliminary injunction, Ordering Patricia Caruso, C.E.O., MDOC, and Jeri-Ann Sherry Warden (URF) et.al. to return all documents, UCC evidence, notes, and law books to the plaintiff, in re: 06-1528

2.) Order said parties to "cease and desist" any further "attacks" by themselves or their officers/employees, upon plaintiffs legalwork, UCC related evidence, law books, notes, and the like

3.) Inform them that plaintiff has a substantial liberty interest in using the UCC and further interference —

— will/may result in being held in Contempt of Court.

4.) Rule on the issue of **seizing** legalwork, UCC evidence, and other papers, note, and the like, being "unlawful" as held in NEWELL v. SAUSER.

5.) Any other remedy/RELIEF This Honorable Court deems proper or necessary.

IV.             Affidavit

Comes now the plaintiff being first duly sworn MCLA §600.1440(1) MSA §27A.1440(1) before notary public, in the nature of 28 U.S.C. §1746(1) and duly says under the pains and penalties of perjury as enumerated in the Holy Scriptures, that the foregoing is based on "studied" first-hand knowledge, and plaintiff is of sound mind and over the age of twenty-one, sui juris, and competent to depose and witness; and, if called as a witness is competent to testify thereof and thereto, as the foregoing is the truth, true, correct, complete, and not misleading, the whole truth, and nothing but the truth, this I "lawfully" swear and/or affirm in accord the laws of the United States in the "nature" of 28 USC §1746(1), executed this 18th day of September in the year of Our Lord Jesus, the Christ two-thousand six. C.E., by:

T. Corey-Spiker
NOTARY PUBLIC MCLA 600.1440(1)
9-18-06
Date

T. COREY-SPIKER
NOTARY PUBLIC CHIPPEWA CO., MI
MY COMMISSION EXPIRES 9-20-06

William-Frederick: Klng
Affiant/The real party in interest, a natural flesh and blood **Private** "Christian" Man of American Nationale with all rights Reserved. 26 USC §7701(b)(1)(B)

FOR DISTRICT OF COLUMBIA

| William-Frederick: Kemp, Jr. | Civil Action No. 06-1528 WVR |
| v. | |
| Condoleezza Rice, et.al., | "PROOF OF SERVICE" |

On the 18th day of September 2006 A.D. the plaintiff did serve upon those below, a copy of the following Indexed documents:

1.) MOTION FOR PRELIMINARY INJUNCTION and related documents including PROOF OF SERVICE

UPON:

A.) PATRICIA CARUSO [Director MDOC] by 1st class mail *(used without prejudice to rights MSA 19.1207) @ Grandview Plaza Bldg. P.O. Box 30003 Lansing, Michigan, [*MI. 48909]. And;

B.) JERI-ANN SHERRY [Warden·(UCC §7-102(h))·URF.] by regular interdepartmental mail @ 4269 West M-80, Kincheloe, Michigan, [*MI. 49784]; Notice UCC §1-201(25)(26)(27) was also sent on 28 August 2006 and 15 September 2006 re: the instant MOTION; by:

_T. Corey-Spiker_
NOTARY PUBLIC MCLA 600.1440(1)
9-18-06
Date

T. COREY-SPIKER
NOTARY PUBLIC CHIPPEWA CO., MI
MY COMMISSION EXPIRES 2-2008

_William-Frederick:Kemp, Jr._
Plaintiff @ 06-1528, the real party in interest with express reservation of all Rights without Prejudice MSA §19.1207 et.seq. A "private" Christian Man of American Nationale 26 USC §7701(b)(1)(B) accord U.S.C.A. Const, Art. IV, §1, §4, Michigan Republic.