UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick: Kemp, Jr,
  Plaintiff,

v.

CONDOLEEZZA RICE, et al.,
  Defendants.

Civil Action No. 06-1528

*CHALLENGE TO FILE FEES
As UnConstitutional.

## CHALLENGE TO FILE FEES

Comes now the real party in interest, in propria persona, with all rights expressly reserved UCC §1-103, §1-106, §1-207 and UCC §1-308, §3-305; and Challenges the requested file fees as an unlawful Judicial Tax which is in direct violation of U.S.C.A. Const. Am. I; Right to petition the government for redress of grievances, and for "Just Cause" in support of this challenge plaintiff Presents the following:

1. There are No "Asset funds" in circulation to pay any debts; see: 12 USC §411, 26 U.S.C. §165(g).

2. The only Assets/Collateral in the United States is Collateralized U.S. citizens; Registered property of the Military (de facto) Government and all of their Labor & Property registered on the public side of Government... The Private side being the Uniform Commercial Code filings, of the Creditors (such as Plaintiff).

RECEIVED
NOV - 1 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

3. The U.S. Supreme Court declared the Agriculture Adjustment Act, and National Recovery Act, which were major components of President Franklin D. Roosevelt's "New Deal" Legislation, UnConstitutional in 1935-1936... Not to be derailed by the Supreme Court, under a declared national emergency (i.e., The National bankruptcy(s) of 1933-38) he demanded a reorganization of the entire federal Judiciary (Treasonously) Changing the lawful independence of the Judicial Branch as guaranteed by the U.S. Constitution. This precipitated the Change in Our American system of law from public (Common) law - to - public (International bankers) "Policy" or private (Corporate) Commercial law, i.e., law Merchant, known as the Uniform Commercial Code [See: Public Law 88-244 in which the U.S. "Subscribed" to private international law] The NEW & IMPROVED Supreme Court ruled that all federal Cases will be judged under Negotiable Instruments Law in Erie Railroad v. Tompkins, 304 U.S. 64, 58 S.Ct. 817, 82 L.Ed 1188 (1938). The "NEW" federal Rules of Civil Procedure took effect along with the Social[ist] [In]Security Act (1938). The Constitution & the "Bill of Rights" are still the law of the Land... And an unlawful Colorable law or statute Must be Consistent with, and derived from the Constitution or it lacks authority and is no more than Corporate by-laws... Plaintiff, the real party in interest @ 06-1528 [filed] Presented the instant action as a MISC/Constitutional filing under the Rules of Decision Act 28 USC §1652/§1361, which says the law to be applied is state law and MCR 2.002(A)(1) is for waiver of fees by a natural Person... Which is what the plaintiff claims and is evidence in the Admissible Evidence presented (and Received/held) by the Court.

4. As expatriation is a natural and inherent right of <u>all</u> people as expressed in R.S. §1999, and 8 U.S.C. §1481 et seq., and U.S. Statutes at Large, Vol. 15, Ch. 249, Pg. 223, Fortieth Congress Holds that it is inconsistent with the fundamental principles of this government to, deny, restrict, impair, or question the right of expatriation... And the Court @ 06-1528, tries to impose a Judicial Tax under Color of Law; This not only violates Congressional intent... It violates 18 U.S.C. §§ 241, 242; do to the nature of the Main Issue being one of expatriation.

5. Plaintiff "does not" now qualify as, and "does not" consent to act as or be treated in the future as:

5a.) An "employee" as defined in 26 U.S.C. §3401(c) or 26 CFR §31.3401(c)-1, as used in the upper left corner of the IRS form W-4.

5b.) A [PERSON] whose earnings are classified as "wages", which is defined in 26 U.S.C. §3401(a), 26 CFR §31.3401(a)-3(a), and 26 U.S.C §3121(a).

5c.) A "Taxpayer" as defined in 26 U.S.C. §7701(a)(14).

5d.) A "U.S. citizen" as defined in 26 U.S.C. §7701(a)(30), 8 U.S.C. §1401, 26 USC §3121(e) and 26 CFR §1.1-1(e).

5e.) A "U.S. resident" as defined in 26 U.S.C. §7701(b)(1)(A). All residents are "aliens" under federal law, and I am not, and never have been an "alien". I am a "nonresident alien" but not an "alien". The definition of "nonresident alien" found in 26 U.S.C. §7701(b)(1)(B) includes those who are nationals (which is what I am) but not citizens under federal law.

5f.) A "Vessel" as defined in 18 U.S.C. §9.

5g.) A "Virtual inhabitant" of the District of Columbia under 26 U.S.C. §7408(c) or 26 U.S.C. §7701(a)(39).

5h.) A "U.S. PERSON", as defined 26 U.S.C. §7701(a)(30) et.seq.

5i) An "Individual" as defined in 5 U.S.C. §552a(a)(2).

5j) A domiciliary of the "United States" as defined in 26 U.S.C. §3121.

6. The real party in interest (Plaintiff herein) is a Lawful Sovereign "private" Christian man of God the Creator; One acting in no defacto representative capacity, and "Not" exercising any type of defacto agency of any kind whatsoever... And pursuant to the foregoing (supra) and the fact that plaintiff was "a minor" when the defacto Government unlawfully attached and illegally presumed an Alter Ego Doctrine/defacto U.S. citizenship upon the plaintiff without his informed consent in violation of the full disclosure proviso of the U.S.C.A. Const. Am. VI, especially whereas plaintiff has "Never" voluntarily or intentionally waived any Substantive or unalienable Right... Any "fee" to extricate One's "Self" would amount to a "Judicial Tax" on a Liberty interest, ie., Substantive Rights.

7. The Plaintiff "does not" reside in the federal enclave designated as [MI. 49784] nor does he own or rent an address for "Commercial purposes"... his Lawful declared domicile is the country of Michigan (Republic, U.S.C.A. Const. art IV, §1, §4; Am. IX, and X), and reserves exclusive ownership over his life, liberty and property at "all times", with 100% control of the earnings from his own labor... And has petitioned the (de facto) Government for redress of grievances... Any fee for that redress would be in violation of U.S.C.A. Const. Am. I., as Held in Crandall v. Nevada, 73 U.S. 35 (1868) which was Lawfully decided.

8. Plaintiff challenges the "file fees" in Case 06-1528 on the grounds that it is a "judicial Tax"; As the legislature is the "only branch" of government which is Lawfully/Constitutionally authorized to raise re-venues, And all laws which are repugnant to the Constitution are null and void Marbury v. Madison, 5 U.S. 137, 174, 176 (1803).

9. The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void, and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it. 16 Am. Jur. 2d, Sec. 177; late 2d, Sec. 256.

10. Under U.S. Law, upon the Commission of any of the expatriating acts... Any act of expatriation listed under Title 8 U.S.C. §1481(a)... "_Loss of citizenship shall occur immediately_", and Tying this with the "fact" that the real party in interest (Plaintiff herein) has Completed, finalized, and perfected a Security interest in: WILLIAM FREDERICK KEMP JR (Debtor) and exercises Sole Sovereign Authority over that debtor; the Color of Law Statutes "do Not" pertain to the real party in interest... The "**STATUTE**" (pertaining to file fees), being enforced as a Commercial obligation of a Commercial agreement, **must** now be so Construed in harmony with the old Common law of America, where this Court/tribunal must rule that the statute pertaining to file fees "does not" apply to One such as the real party in interest/Plaintiff.

11. Plaintiff is currently in the "Hole" _in part_ do to the instant matter before this Court and related legalwork/evidence he is therefor No Longer Working or effectively Connected with any type of (de facto) Commercial activity...

Wherefore:

Plaintiff has demonstrated with a preponderance of the evidence (supra) regarding the file fee issues, That he is One "entitled" to suspension of of said fees as a matter of Law. executed this eleventh day of September 2006 A.D. in accord 28 U.S.C. §1746(1), by's

Certified
U.S.
Postal Contract
9/11/2006 A.D.

:Secured Party of Record: William-Frederick:Kemp Jr ©1973
@2003000669-4 et.seq. The real party in interest/Plaintiff,
@2003195483-4 et.seq. all rights reserved without
@2006061846-9 et.seq. Prejudice UCC §1-207 & §1-308.