UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM FREDERICK KEMP, JR.,** <br> **Chippewa Correctional Facility** <br> **4269 West M-80** <br> **Kincheloe, Michigan 49784** <br>     **Plaintiff,** <br><br>   v. <br><br><br> **CONDOLEEZA RICE,** <br> **Secretary of State,** <br> **United States Department of State,** <br> **Washington, D.C. 20520** <br><br>     **Defendant.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **Electronic Filing** <br> ) **Civil Action No. 06-1528(JDB)** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

       /s/
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2006, I caused the foregoing Praecipe to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

**WILLIAM FREDERICK KEMP, JR.**
**Number 177395**
**Chippewa Correctional Facility**
**4269 West M-80**
**Kincheloe, Michigan 49784**

                                                /s/
                                       MERCEDEH MOMENI, D.C.
                                       Assistant United States Attorney
                                       555 4th Street, NW
                                       Civil Division
                                       Washington, DC 20530
                                       (202) 305-4851
                                       (202) 514-8780 (facsimile)