UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM FREDERICK KEMP, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) **Electronic Filing** |
| | ) Civil Action No. 06-1528(JDB) |
| | ) |
| **CONDOLEEZA RICE,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COURT'S ORDER OF NOVEMBER 1, 2006**

Defendant, United States Department of State, hereby moves for a two-week extension of time to file its Response to the Court's Order of November 1, 2006, through and including December 26, 2006. Good cause exists to grant this motion.

1. Defendant's Response is due on December 11, 2006.

2. Defendant requires additional time to prepare and file a Response. This extension is needed primarily due to the undersigned counsel's schedule, which has included depositions in the matter of Pardo Kronemann v. HUD, Civil Action No. 05-0626(JDB), and motion practice in the matters of Hall, et al. v. CIA, Civil Action No. 04-0814(HHK), and Research Air, et al. v. Kempthorne, Civil Action No. 05-0623(RMC), in addition to her normal case load.

3. Defendant therefore requests two additional weeks to submit its Response.

4. This is the first extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, defendant requests that this enlargement be granted, and that the date for the Response be extended to December 26, 2006. A minute order is requested.

Dated: December 5, 2006.

                                            Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

## CERTIFICATE OF SERVICE

I hereby certify that on this 5${}^{th}$ day of December, 2006, I caused the foregoing Motion for Extension of Time to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

**WILLIAM FREDERICK KEMP, JR.,**
**Number 177395**
**Chippewa Correctional Facility**
**4269 West M-80**
**Kincheloe, Michigan 49784**

/s/
MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)