To Clerk of the Court
U.S. District Court, Washington, D.C.

From: William-Frederick: Kemp, Jr. ©1973

Reason: 1:06-cv-01528-JDB KEMP v RICE

NOTICE: I have been Transferred To:

(TDJ) 2003195483-4
WILLIAM F. KEMP JR ©1973
*OAKS CORRECTIONAL FACILITY [MDOC's # 177395]
1500 CABERFAE HIGHWAY
MANISTEE, Michigan, near federal area [49660-9200]

Please send all documents, orders, etc, to that location
*(Temporary post location, without prejudice UCC §§ 1-207, 1-308)

Thank you

Secured Party/auth Rep: William-Frederick:Kemp,Jr ©1973
A lawful "Private" Christian
man of American national,
with all "Rights" expressly
reserved UCC§§1-207, 1-308
without prejudice

ACKNOWLEDGEMENT
OF RECEIPT IS
REQUESTED. Also Copy of
anything sent to prior location, as there
is a "two-week" catch-up for All Mail

RECEIVED
DEC 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT