Case 1:06-cv-01528-JDB   Document 17   Filed 12/14/2006   Page 1 of 6

(Page 1 of 6)
RECEIVED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick: Kemp, Jr,
Plaintiff,

v.

CONDOLEEZZA RICE, et al,
Defendant/Respondent.

Case No. 1:06-cv-01528-JDB

Hon. JOHN D. BATES

— MOTION —
F.R.Civ.P., Rules 55, 57

## I. MOTION FOR DEFAULT/DECLARATORY JUDGMENT(S)

Comes now the real party in interest/Plaintiff, in propria persona, expressly reserving All "Rights" without prejudice UCC §1-207, UCC §1-308, and hereby MOVES this Honorable Court to enter DEFAULT JUDGMENT/Reduce the instant Claim(s) to Judgment in favor of the plaintiff accord with F.R.Civ.P., Rule 55/46 USCA §781 pursuant to Clearfield Trust Doctrine... And furthermore administer DECLARATORY RELIEF pursuant to F.R.Civ.P., Rule 57/ United States Statutes at Large, Vol. 15, Ch. 249, pp 223-24, Fortieth Congress (1868), and UNREPEALED to date; Whereas Plaintiff evinces "unquestionable entitlement to Remedy [RELIEF], with No Opposition heretofore in evidence. There is no just reason for delay, the Claim(s) are Sum Certain or can be assessed by just Computation... Therefore Plaintiff MOVES this Court to REDUCE THE INFRA CLAIM(S) TO JUDGMENT UCC §9501(1); Plaintiff, being first "duly Sworn" in the nature of 28 USC §1746(1) by and before a Notary Public accord MCL 600.1440(1), 28 USC §1652, and FRE 902.(8); And in support presents UCC §3-521(1) and UCC §3-410 accord HJR-192 (1933) brought privately via UCC §10-104 pursuant UCC §1-104 and UCC §1-106 the following to wit:

II.  **PLAINTIFF RESTATES ORIGINAL REMEDY [RELIEF] REQUESTED / ADDITION OF MEDIATE POSITION FOR ACCORD & SATISFACTION** (discharge of Claim/settlement)

#1 (original Remedy [RELIEF] requested):

Condoleezza Rice to issue a Certificate of Loss of U.S. citizenship (with standing as an American national); And all necessary related documents.

Mediate Position for Settlement of #1 Claim:

Plaintiff will settle for a MEMORANDUM upon the stationary (Letterhead) of Secretary of State, Condoleezza Rice, Signed by true signature, and stating:

On this date, the private Christian man, William-Frederick: Kemp, Jr, did in accord United States Statutes at Large, evidence his renunciation of U.S. citizenship; This office, and the United States Government (28 USC §3002 (15)(A)) recognize same as non-belligerency/Standing as a Liber Private Christian man of American nationale, One, William-Frederick: Kemp, Jr, also known as a (nonresident alien, as defined in 26 USC §7701 (b)(1)(B), accord U.S.C.A. Const. art. IV, §1, §4, Am. IX and X). Same is as a matter of law & Public Policy, recorded upon the Federal Registry (Copy attached). Same is Confirmed, and evidence by My Signature and Seal of the United States. — (and);

In regard to related documents, Plaintiff requires:

1. A passport (American), identifying the real party in interest as an American national. (Supplied at Gov. expense)

2. A U.N. Drivers Permit (International) (Supplied at Gov. expense) also identifying the real party in interest as an American nationale.

In the Alternative, The MEMORANDUM may issue under the Letterhead of the United States District Court for Washington D.C. Signed by the judge with the Certification by the Clerk as True & Correct, with the Court's (foil) Seal... #1 & #2 Supra are still required.

This would resolve the Controversy as to Claim #1, and would discharge that Claim.

#2 (Original Remedy [RELIEF] requested):

Declaratory judgment [Rule 57] on Return of All monies wrongfully withheld under Social Security/F.I.C.A., for Cause.

"Non-negotiable", Plaintiff requires either the Sum Certain amount of Eight Hundred Thousand Dollars ($800,000.00) or the Computated aggregate sum at Treble damages for Cause, whichever is greater.

#3 (Original Remedy [RELIEF] Requested):

Declaratory Judgment on issue of <u>Certain</u> "Certificated name Securities"... (a receipt of the kind described in UCC §7-201(2), UCC §9-102(a)(30); UCC §7-202, i.e., birth Certificate(s)/document of title as defined UCC §1-201(15)

<u>Negotiable</u>: Plaintiff is "entitled" to the sum certain amount of [Four Million Dollars], His-"Self", plus three of his progeny × One Million Dollars each ($1,000,000.00) O.I.D., which is the stated *limitation aggregate sum certain evinced in the I.R.C./Title 26, tax Codes. Plaintiff desires to redeem same for equivalent in land located exclusively in the geographical area of Michigan (Republic). A documentary draft supporting a letter of Credit would be acceptable.

This would evince accord and satisfaction, and would Conclusively discharge the Claim at #3 Remedy [RELIEF], Original Complaint. (<u>See</u>* 26 USC §163(h)(3) for 1M acq. Indebtedness)

=====

#4 (Original Remedy [Relief] Requested):

Declaratory Judgment appointing the real party in interest William-Frederick: Kemp, Jr (Secured Party @ 2003000669-4, UCC §9-102(a)(39)) foreign Representative 11 USC §101(24) of his Debtor WILLIAM FREDERICK KEMP JR. (Debtor @ 2003000669-4, UCC §9-102(a)(39)) in accord 11 USC §1515./§1517.et.seq. and 11 USC §1510. and declaring said estate, a foreign Trust estate as defined in 26 U.S.C. §7701(a)(31) nunc pro tunc Tax free & Exempt from Levy (as defined in 26 USC §7701(a)(21) - (Continued)

#4 Cont.) - as a Security interest is Perfected <u>evidence</u> @ 2003000669-4 et. seq. upon the Commercial Registry and <u>verified</u>, Under State Seal; The Debtor is a Transmitting Utility, UCC §9-102(a)(80), UCC §9-515(f)/Fixture UCC §9-102-(a)(41); and a Trust, <u>evidence</u> @ 2003195483-4 <u>et seq</u>, UCC §9-102(a)(40)... The real party in interest is Holder-in-Due-Course UCC §3-302(1), UCC §3-305 and the UCC Trust Contracts are in accord (USCA Const. Art 1:10, §1) House Joint Resolution 192 of 1933 brought privately, in accord UCC §10-104-via-UCC §1-104, Whereby petitioner is Clearly & Unquestionably entitled to Remedy [RELIEF]; This is Non-negotiable & Plaintiff reserves <u>all</u> Rights herein & hereto without prejudice UCC §1-207, UCC §1-308; Adieu.

---

#5 Any other "additional" Remedy [RELIEF] This Honorable Court deems necessary & proper, which may include but is not limited to Court costs.

  Respectfully Submitted

Note: Anything in this motion which may be Contrary to law, Statute, or Public Policy, shall [deemed to be] severed, and <u>All</u> other parts shall remain in full force and effect. Without prejudice UCC §1-106, UCC §1-207, UCC §1-308 in accord UCC §1-103. Account Debtor has made an enforceable agreement which encludes After-acquired Collateral, future advances meeting <u>all</u> elements of a binding Secured Transaction UCC §9-203, UCC §9-210 and UCC §9-113; Debtor also agreed "NOT" to assert any defenses or Claims arising out of a Sale as provided in UCC §9-206; Secured Party offers to accept the foregoing as accord & satisfaction.

III.                          <u>AFFIDAVIT</u>

Comes now the real party in interest/plaintiff, One, of sound mind, and over the age of twenty-one, of Lawful Liber Capacity to depose and witness, being first duly sworn in the nature of 28 USC §1746(1), by and before notary in accordance MCL 600.1440(1) and under the pains and penalties of perjury, as enumerated in the Holy Scriptures, I hereby duly depose and say the following based upon my first-hand knowledge, that the foregoing is true, correct, complete, not misleading, and <u>certain</u> the truth, the whole truth, and nothing but the truth, This I solemnly swear and/or affirm under penalty of perjury, executed this ___8TH___ day of December, A.D. 2006 without United States. And if sworn as a witness I am <u>One</u> who can with certainty, competently testify to <u>all</u> facts herein.

Any opposition to facts asserted, shall be in the form of sworn affidavit, signed by the natural person (being fully liable) and submitted upon the Court Record.

Enclosures:
MOTION FOR DEFAULT/
DECLARATORY JUDGMENT.

_R McCary_ 12-08-06
NOTARY PUBLIC / FRE 902(8)

_William Frederick Krol_
Affiant / The real party in interest, a flesh-and-blood, "Private" Christian man of American nationale, with all Rights thereunder expressly Reserved, without prejudice

R. MCCARY
Notary Public, Mason County, MI
My Commission Expires Jan. 12, 2008
Acting in Manistee County