UNITED STATES DISTRICT COURT

FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| William-Frederick: Kemp, Jr, the real party in interest, (Creditor)/Plaintiff, | Case No. 1:06-cv-01528-JDB |
| v. | Hon. JOHN D. BATES |
| CONDOLEEZZA RICE, et al, Defendant / Respondent(s). | – MOTION – Fed. R. Civ. P. Rule(s) 18. / 19. MCLS §440.1106/UCC §9-501(1) |

I.      MOTION FOR JOINDER OF PARTIES CLAIMS AND REMEDIES ACCORD Fed. R. Civ. P. RULE(S) 18. AND 19.

RECEIVED
DEC 14 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Comes now the real party in interest/Plaintiff, i.e., William-Frederick: Kemp, Jr, in propria persona, and with all "Rights" expressly reserved, without prejudice UCC §1-207, UCC §1-308; And hereby MOVES this Honorable Court for joinder of parties claims and remedies in accord Fed. R. Civ. P., Rule(s) 18., 19., 55, 57; and House Joint Resolution 192 of 1933, brought "privately" in accord to UCC §10-104, in accord UCC §1-104, and UCC §1-106; And hereby MOVES this Court to join the ENS LEGIS [PERSON] WILLIAM FREDERICK KEMP JR. (Debtor) as a party Defendant, for just and proper Cause, to wit:

(a) The Debtor WILLIAM FREDERICK KEMP JR., is a distinct and separate entity from the real party in interest (Creditor/Secured Party @2003000669-4 et seq) William-Frederick: Kemp, Jr

(b):   *WILLIAM FREDERICK KEMP JR* (Debtor) is needed for just adjudication; as *evidence* (Attached [Certification] under State Seal File No 2006061846-9 *et seq* relating to the initial Financing Statement UCC §9-102 (a)(39), (40)(41) upon the Commercial Registry [Also Certified & under State Seal]@2003000669-4 *et. seq.*/2003195483-4 *et seq*) that he is a private Transmitting Utility (UBO-DBA) UCC §9-102 (a)(80) @ 2003195483-4 *et seq*, UCC § 9-515(f) and a "Trust" (UCC Trust Contract), unquestionably a distinct and separate entity from plaintiff; ALTER EGO DOCTRINE NOTWITHSTANDING as a distinct act of dominion contrary to the real party in interest's intention(s) and interest(s), (*see*, 28 Pages Admissible Evidence, Presented UCC§3-501(1), UCC §3-410, 28 U.S.C. §1652, in accord HJR-192(1933) to the U.S. District Court for D.C. as same.)

(c):   The (Debtor) *WILLIAM FREDERICK KEMP JR.* and the related documents/*Admissible Evidence* presented is integral to the original Complaint @ 1:06-cv-01528-JDB and with more specificity: REMEDY[RELIEF] @ Number "3" and "4" thereof, as *evincing* the real party in interest's/Secured Party's status as Holder-In-Due-Course (HDC) within the meaning of UCC §3-302(1) and UCC § 3-305 and his Priority/Superior Claim thereunder.

## II.   DEFAULT OF DEBTOR/REMEDIES

(a)  When a (Debtor) is in default under a Security Agreement, a Secured Party is given the right to reduce the Claim to judgment, foreclose, or otherwise enforce the security interest by any available Judicial procedure. MCLA §440.9501(1).

III.                           _Affidavit_

Comes now the real party in interest/Plaintiff herein and at 1:06-cv-01528-JDB; One, of sound mind, and over the age of twenty-one, being first duly sworn in the nature of 28 USC §1746(1), by and before notary in accordance the laws of this State MCLA §600.1440(1), and with firsthand Knowledge and informed, studied, belief, and being of lawful Capacity Liber (Sui juris) I hereby duly depose and say that; The foregoing is True, Correct, Complete, not meant to mislead or threaten, and is Certain; the truth, the whole truth, and nothing but the truth, this I Solemnly Swear and/or affirm upon my unlimited Commercial liability and under the pains and penalties as are enumerated in the Holy Scriptures. This document/Affidavit is executed on this the ___8th___ day of December A.D. Two-thousand-six; executed without the United States, FRE 902(3) by:

                                    William-Fredrick: Kenp, Jr.

Enclosures; MOTION FOR:          Affiant/The real party in interest, a
Joinder parties, Claims, Remedy;  Private Christian Man of American
28 pages Admissible Evidence.     nationale/26 USC §7701(b)(1)(B)
                                  Under the American (Republic) flag of Peace
                                  with all Rights expressly Reserved
                                  MCLA §440.1207 without prejudice.

_R McCary_  12-08-06
NOTARY PUBLIC  MCLA §600.1440(1), FRE 902(8)


                    R. McCARY
              Notary Public, Mason County, MI
            My Commission Expires Jan. 12, 2008

        Acting in Manistee County

cc: All parties;
  : file.                        Page 4 of 4-end)

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| William-Frederick:Kemp, Jr., the real party in interest, Secured Party/Creditor, <br><br> Plaintiff, <br><br> v. <br><br><br> CONDOLEEZZA RICE, et al <br> Defendant/Respondent(s), | Case No. 1:06-cv-01528-JDB <br><br> Hon. JOHN D. BATES <br><br><br> MEMORANDUM of LAW in support of JOINDER OF PARTIES, CLAIMS, REMEDIES. |

MEMORANDUM

It is an established fact that the United States (28 U.S.C. §3002(15)(A)) Federal Government has been dissolved by Emergency Banking Act, March 9, 1933 (48 Stat. 1) Pub Law 89-719 declared by President Roosevelt, being bankrupt and insolvent. Also see, Amendatory Act to Trading With the Enemy Act (T.W.E.A.)... And, House Joint Resolution-192 (HJR-192) of June 5, 1933, 73rd Congress in Session - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Lawful Sovereign Authority of the United States (28 U.S.C. §3002(15)(A)) and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only... ENS LEGIS, STRAWMAN, DUMMY CORPORATION for it's Creditors (Bankruptcy; Chapter 11, Reorganization) the "Private" Federal Reserve Banks, Bankers, and their Class-A Stock-holders. Also see, Congressional Record-March 9-17, 1933, and this precipitated the Change in law from public (Common)law --

(Page 1 of 4; memo)

— to, PUBLIC (International Bankers) policy, or private (Corporate) Commercial law as evinced in Erie Railroad v Tompkins, (1938) 304 U.S. 64-92, which placed everything under the de facto [14TH AMENDMENT]; but see, Utah Supreme Court Cases, Dyett v Turner, (1968) 439 P2d 266, 267; State v. Phillips (1975) 540 P2d 936; as well as Coleman v. Miller, 307 U.S. 448, 59 S.Ct 972; 28 Tulane Law Review, 22; And Congressional Record, June 13, 1967, pp 15641-15646, Which brings us to Trust Fund Doctrine and the birth of the Uniform Commercial Code...

Trust Fund Doctrine. "The principle that the assets of an insolvent Company, including paid and unpaid Subscriptions to the Capital stock, are held as a "TRUST" fund to which the Company's creditors may look for payment of their Claims" [Black's Law Dictionary, 7th Ed.]; enter the UCC,

Uniform Commercial Code. (UCC) "One of the Uniform Laws drafted by the National Conference of Commissioners on Uniform State Laws and the American Law Institute governing Commercial Transactions (including sales and leasing of goods, transfer of funds, Commercial paper, bank deposits and Collections, letters of Credit, bulk transfers, warehouse receipts, bills of lading, investment securities, and Secured Transactions. The UCC has been adopted in whole or substantially by all states; The first, Louisiana (July 1, 1954) was Pennsylvania; the last was Louisiana (January 1, 1975); Pursuant to the 1966 Tax Lien Act the entire taxing and Monetary systems were placed under the UCC. And pursuant the Internal Revenue Codes — —

(Page 2 of 4, memo)

-- at title 26 USC §163 (h)(3)(B)(ii); The aggregate amount treated as acquisition indebtedness for any period shall not exceed $1,000,000. (Supporting Plaintiff's Claim to (4m) $4,000,000.00) pre paid preferred.

UCC §1-103. "Supplemental General Principles of Law Applicable..."[U]nless displaced by the particular provisions of this Code, the principles of law and equity, including the law merchant and the law relative to Capacity to Contract, principal and agent, estoppel, fraud, Misrepresentation, duress, Coercion, Mistake, bankruptcy, or other validating or invalidating Cause shall supplement its provisions." Also, (see, The 1966 Amendment to Rule 2. Fed. R. Civ. P.).

"Truth-in-Lending-Act. a/k/a, Regulation-"Z", issued by the Board of Governors of the Federal Reserve System to implement the Federal Truth in Lending Act. Title I CCPA as amended (15 U.S.C. §§1601 et seq )... The Consumer may exercise the right to rescind until Midnight of the third day following Consummation, delivery of the notice required by paragraph (b) of this section, or delivery of all Material disclosures, whichever occurs last...""

Plaintiff, a Holder-in-Due-Course, Secured Party of Record @ 2003000669-4 et seq upon the Commercial Registry, UCC Division (UCC §3-305) with Superior and Priority Claim, evidence the Signed (And Under State Seal) Security Agreement (Copy enclosed) (UCC §9-102 (a)(39)) clearly evincing entitlement to Remedy; As Debtor WILLIAM FREDERICK KEMP Jr-

(Page 3 of 4, memo)

- is in default; as are the other parties @ 1:06-cv-01528-JDB and Plaintiff/Secured Party/Creditor William-Frederick:Kemp, Jr, is entitled, under the general scheme of remedies, when the Debtor defaults under a Security Agreement, a Secured Party is given the "Right" to reduce the Claim to judgment, foreclose, or otherwise enforce the security interest by any available judicial procedure, pursuant to MCLA §440.9501(1), UCC §9-501(a); Plaintiff, has made a demand upon the seller to perform ... And herein & related court documents declares a default on not just (the Debtor) WILLIAM FREDERICK KEMP JR, but on all parties in respect to the enumerated Claims and REMEDY [RELIEF] prayed for.

   The Secured Party/Plaintiff, accepts for value, all endorsements (front & back) in accord HJR-192 (1933) brought privately via UCC §10-104 pursuant UCC §1-104, and §1-103 without prejudice UCC §1-207 and UCC §1-308, This instant document/instrument May be treated as a Charge Back/Bill of exchange in regards Remedy [RELIEF] in [Number "3"] and [Number "4"] as enumerated in Remedy/Relief @ 1:06-cv-01528-JDB in an effort to achieve Accord and Satisfaction for, and on behalf of the Plaintiff [and his Debtor], Debtor is a Trust.

   Respectfully Submitted in
   Support of Attaching Motion
   For Joinder.

   William-Frederick:Kemp, Jr,
   the real party in interest
   without Prejudice UCC §1-207
   & UCC §1-308 nunc pro tunc.

(Page 4 of 4, memo)

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

In re: Kemp v. Rice, et al                    Case No. 1:06-cv-01528-JDB
                                              Hon. JOHN D. BATES

                                        - PROOF OF SERVICE -

On the ___8th___ day of December, A.D. 2006, I William-Frederick: Kemp, Jr., "the real party in interest/Plaintiff" in the above entitled cause did serve: *(by first-class mail)

(1) MOTION FOR JOINDER, PARTIES, CLAIMS, and REMEDIES; and,

(2) MOTION FOR DEFAULT & DECLARATORY JUDGMENT.

Upon:

The Clerk of the United States District Court for the District of Columbia.

Affidavit

The foregoing is true, Correct, Complete, not misleading, and Certain, the truth, the whole truth, and nothing but the truth, executed in the nature of 28 USC §1746(1), without United States, by

R. McCary  12-08-06                    William Frederick Kemp
Notary Public  MCLA 600.1440(1), FRE 902(8)   Affiant, with all Rights reserved without
                                              Prejudice MCLS §440.1207

                                              December 2006 A.D.
R. MCCARY                                     Date
Notary Public, Mason County, MI
My Commission Expires Jan. 12, 2008

Acting in Manistee County