UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WILLIAM FREDERICK KEMP, JR.,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Electronic Filing |
| | ) Civil Action No. 06-1528(JDB) |
| | ) |
| **CONDOLEEZA RICE,** | ) |
| | ) |
| Respondent. | ) |

**MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE COURT'S ORDER OF NOVEMBER 1, 2006**

Defendant, United States Department of State, hereby moves for a thirty-day extension of time to file its Response to the Court's Order of November 1, 2006, through and including February 26, 2007. Good cause exists to grant this motion.

1. Defendant's Response is due on January 25, 2007.

2. Defendant requires additional time to prepare and file a Response. This extension is needed primarily due to the undersigned counsel's schedule, which recently has included, *inter alia*, motion practice in the matter of *Watts v. Federal Bureau of Prisons*, Civil Action No. 06-1955(RJL), and trial preparation in the matter of *Lucas v. Spellings*, Civil Action No. 01-2393 (JMF).

3. Defendant therefore requests thirty additional days to submit its Response.

4. This is the third extension sought of this deadline.

5. Because plaintiff is incarcerated, and is proceeding *pro se*, Local Rule 7(m) does not apply to this motion. Undersigned counsel, therefore, has not obtained his position as to the

relief requested.[1]

WHEREFORE, defendant requests that this enlargement be granted, and that the date for the Response be extended to February 26, 2007. A minute order is requested.

Dated: January 24, 2007.

                                                Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C.  20530

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any nonprisoner pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a).

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of January, 2007, I caused the foregoing Motion for Extension of Time to be served on *pro se* plaintiff, postage prepaid, addressed as follows:

**WILLIAM FREDERICK KEMP, JR.,**
**Number 177395**
**Chippewa Correctional Facility**
**4269 West M-80**
**Kincheloe, Michigan 49784**

/s/
MERCEDEH MOMENI, D.C.
Assistant United States Attorney
555 4th Street, NW
Civil Division
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)