**Michigan Court Report**

**Offender Information:**

Name: WILLIAM F KEMP JR
Address:
County: **Wayne**

| | | |
|---|---|---|
| DOB: | SSN: | Place of Birth: |
| Race: **WHITE** | Sex: **Male** | Eyes: |
| Height: | Weight: | |

**Offenses:**

**Offense #1**

| | |
|---|---|
| Case Number: 96501951 | Case Type: |
| Component: | Number Counts: |
| Offense Date: 05/06/1996 | Offense: |
| Arrest Date: | Arrest Statute: |
| Arresting Agency: **RIVERVIEW PD** | Agency Case #: |
| Arrest Type: | Arrest Level/Degree: |
| Arrest Disposition Date: | Arrest Disposition: |
| Court Description: | Court Case Number: |
| Court Offense: **HABITUAL OFFENDER - FOURTH OFFENSE NOTICE** | Court Plea: |
| Court Statute: | Court Disposition: |
| Court Disposition Date: 12/06/1996 | Court Suspended Fine: |
| Court Fine: | Court Level/Degree: |
| Court Costs: | |
| Sentence Date: 12/06/1996 | Sentence |
| | Jail: **15 Years** |
| | Probation: |
| | Suspended Time: |

**Court Activity:**

[NONE FOUND]

---

 **Michigan Department of Corrections**

**Offender Information:**

Name: WILLIAM F KEMP JR
Names Associated with Subject:
Address:
DOC Number: **177395**
Party Status: **CLIENT SERVING SENTENCE**

| | | |
|---|---|---|
| DOB: | SSN: | Place of Birth: |
| Race: **WHITE** | Sex: **Male** | Eyes: **BROWN** |
| Height: **5' 10"** | Weight: **200** | |

**Offenses:**

| | |
|---|---|
| Case Number: 96501951 | Convicted County: |
| Offense Date: 05/06/1996 | Sentence Date: **12/06/1996** |
| Offense: **ASSLT W/DANGRS WEAPON (FELONIOUS ASSLT)** | Adjudication Withheld: **Unknown** |



Count:
Court Description: **RECORDER'S COURT**

Sentence: Min: **2 Years 8 Months** Max: **15 Years**

Case Number: **88100638FY**
Offense Date: **08/22/1988**
Offense: **CARRYING CONCEALED WEAPONS**
Count:

Convicted County: **MISSAUKEE**
Sentence Date: **11/07/1988**
Adjudication Withheld: **Unknown**
Sentence: Min: **1 Years 3 Months** Max: **2 Years 6 Months**

Case Number: **85-806FH**
Offense Date: **11/19/1984**
Offense: **BREAK,ESC.OR ATT TO BREAK,ESC.PRISON**
Count:

Convicted County: **ALGER**
Sentence Date: **03/11/1985**
Adjudication Withheld: **Unknown**
Sentence: Min: **11 Months 29 Days** Max: **1 Years**

Case Number: **84-03757**
Offense Date: **06/04/1984**
Offense: **ASSLT W/DANGRS WEAPON (FELONIOUS ASSLT)**
Count:
Court Description: **RECORDER'S COURT**

Convicted County:
Sentence Date: **10/09/1984**
Adjudication Withheld: **Unknown**
Sentence: Min: **2 Years 6 Months** Max: **4 Years**

**Parole/Probations:**
  [NONE FOUND]

**Prison Inmate Records:**
  [NONE FOUND]

