UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM FREDERICK KEMP, JR., )<br> )<br>          Petitioner, )<br> )<br>v.                                  )<br> )<br> )<br>CONDOLEEZA RICE, )<br> )<br>          Respondent. )<br>_____) | Electronic Filing<br>Civil Action No. 06-1528 (JDB) |

**ORDER**

Upon consideration of Respondent's Motion to Dismiss and the entire record herein, the Court is of the opinion and finds that Respondent's Motion to Dismiss should be granted. Accordingly, it is this ____ day of _____, 2007,

ORDERED that Defendants' Motion to Dismiss be and is hereby GRANTED; and it is and it is

FURTHER ORDERED that judgment be and is hereby rendered in favor of Defendant; and this case is DISMISSED against them with prejudice.

_____
UNITED STATES DISTRICT JUDGE