# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **William-Frederick Kemp, Jr.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**Condoleezza Rice,**<br><br>**Defendant.** | **Civil Action No.  06-1528 (JDB)** |

## ORDER

This matter is before the Court on defendant's motion to dismiss pursuant to Rule 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure.  Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id*. at 509.  In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded."  Local Civil Rule 7(b).  Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to defendant's motion to dismiss by **March 29, 2007**.  If plaintiff does not respond by that date, the Court will treat the motion as conceded and may dismiss the case.

s/
JOHN D. BATES
United States District Judge

Dated: February 26, 2007