UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| William-Frederick: Kemp, Jr, the real party in interest, Plaintiff, [v.] CONDOLEEZZA RICE, et al, Defendant(s). | No. 1:06-cv-01528 JDB Hon. JOHN D. BATES — MOTION — USCA Const. Art. III, §§1 et seq |

## EX PARTE MOTION FOR PROCEDURAL ORDER

Comes now, the real party in interest (Plaintiff herein) William-Frederick: Kemp, Jr.; with an ex parte MOTION FOR PROCEDURAL ORDER [or] in the alternative: MOTION FOR INTERLOCUTORY APPEAL of the "instant matter" of My Article III "standing"; Plaintiff hereby MOVES this Honorable Court to Correct this Court's "clerical error" whereas the Plaintiff on the face of His "COMPLAINT" clearly moved the Court to adjudicate the "Constitutional Claims"; and under heading of JURISDICTION, Document 1-1, @ pg. "2" of 12 it Clearly states: "[T]he United States District Court for District of Columbia is proper venue, and has equitable jurisdiction whereas — Constitutional questions are involved in this Misc./**Constitutionally filed suit**"...[et. seq.]; And Nowhere in the entire document is there cited 42 USC §1983 or Prisoner Civil Rights action. Especially as the real party in interest does Not Claim any such "Color of Law de facto (Corporate privilege) called Civil rights, As I have Unalienable Rights which I have "Never Knowingly, Voluntarily, or Consensually waived; And for—

1

- Lawful Cause, and Cause of action/Motion; Plaintiff being first "duly sworn" in the "nature" of 28 USC §1746(1) and under the pains and penalties of perjury as enumerated in the Holy Scriptures and with firsthand Knowledge and informed belief as to the laws, I hereby duly depose and say:

1. Plaintiff contends that the jurisdictional nature is now, and was ab initio, Article III; [5 USC §706(2)(A)], USCA Const. Art. 3, §§1 et seq; And Nowhere within the entire document is evidence of the Contrary.

2. Plaintiff contends that He has "Never" filed/presented the instant matter, i.e., Kemp v CONDOLEEZZA RICE et al as a "Prisoner Civil Rights Action", as "Civil rights" are defacto Color of rights corporate U.S. "privilege" and are just as much a part of the defacto "FRAUD" as the rest of the Challenged act(s)/omissions that are part of the Case/Controversy at Bar; Plaintiff only Has God-given, natural, inherent, unalienable, and Constitutionally protected "Rights"... Civil rights are for US citizens/PERSONS and other ENS LEGIS de facto Government Creations which Plaintiff is Not; And does Not Consent to be treated as such, Challenging these Colorable acts of a "Mixed-war" as FRAUD 37 Am.Jur. 2d, Fraud, §8

3. Plaintiff "just noticed" the Cause: 42:1983 PRISONER CIVIL RIGHTS on the face of the Docket Report (This is the first chance plaintiffs had to read one - (MDOC) "unlawfully seized "all other "Kemp v RICE" documents as Contraband --

2

-- and that went on until plaintiff was transferred to ECF) and received a Copy of Docket Report dated 01/23/2007 and Now <u>expressly Challenges this as a Clerical error</u> [or] intentional act to subvert and undermine plaintiff's Lawful Case in order to dismiss the COMPLAINT in attempt to stop the "Lawful Challenges" to the de facto Mixed-war/sedition; being perpetrated under Color of Constitution, i.e., War Powers, and the Trading With the Enemy Act (TWEA) of October 6, 1917 as Amended March 9, 1933 [48 Stat. 1-7] 12 USC §95 <u>et seq</u>.

4. Plaintiff Contends that He "Never" filed as 42 USC §1983, as this Colorable statute is wholly ineffective and inadequate to sustain the type(s) of Charge(s)/Claim(s) which are in fact Complained of: As acts/omissions are Charged/Claimed in pari delicto of both the United States 28 USC §3002 (15)(A) and it's de facto franchise STATE OF MICHIGAN Inc. and their agents, servants, employees, and the like as Mala in se, requiring at a Minimum standing under [5 USCA § 706 (2)(A)]; U.S.C.A. Const. Art. 3, §§1 <u>et seq</u> or "actual prejudice and Manifest injustice will occur.

5. Plaintiff has (and can further) <u>evidence</u> such a personal stake in the outcome of the instant Controversy to "warrant" the invocation of this Court's (Article III) federal jurisdiction, to justify this Court's remedial powers on My behalf especially as I <u>Claim</u> "Article III Standing"; invoking Same, and Clearly evidence "entitlement" of Article III, [5 USCA §706 (2)(A)], USCA Const Art. 3, <u>§§1 et seq in light</u> --

3

-- of the facts of the Case and Controversy before this Court @ 1:06-cv-01528 JDB Kemp v. CONDOLEEZZA RICE, et. al.

6. The real party in interest Claimed no [ADDRESS] only a Temporary Post Location (under Threat/duress/Coercion and "without prejudice" to Rights) Without the de facto United States Postal federal zone MI., Someone within the Corporate venue of the Court (fraudulently without authority or Consent) or ["by Mistake"] wrote on the face of My Complaint a CONSTRUCTIVE FRAUD PRISON NUMBER and ADDRESS; As I the real party in interest have "Never" been served proper process/service of process; All issues arising under F.R. Civ. P., Rules 12.(b) and 19.; And has Never been a proper party, or substituted party of Record; This unlawfully attached and illegally [PRESUMED] extra record information Constitutes "FRAUD" [or mistake] and Must be Corrected as a matter of law; As plaintiff's Claimed domicile is without United States in accord USCA Const. Art. IV, §4 guaranty; under sojourn through the republic, under the American flag of peace with all unalienable Rights intact and expressly reserved without prejudice.

7. It appears and is [PRESUMED] that the aforesaid clerical errors were a "Mistake" that the Court upon this notice/Motion will sua sponte Correct to properly evidence Article III Standing; Unless the Court is admitting that all U.S. (de facto) citizens are in fact PRISONERS AT BIRTH via the UCC §§ 7-201(2), 7-202 Birth Certificate(s) as documents of title. 4

8. Plaintiff misconstrued the -cv- in 1:06-cv-01528JDB and the DECK TYPE: "General Civil" to be as pursuant to, and in accord with, F.R. Civ. P., "Rule 2", i.e., "there shall be one form of action known as Civil action." And as this court Charged a "fee" for filing My action ... which was presented to the Court in good-faith UCC §1-203; The Court has a fiduciary duty (in accord House Joint Resolution-192, HJR-192) and in general Contractual respects, to file My Claim / COMPLAINT as presented... And Can show No Authority to Change the "face" of My document as One of My Main issues is the de facto Government "does Not" have My Consent to do so and their acts under a "parens patriae" is Fraud & Treason under de facto Color of Constitution / Color of Law and is part of the Challenged Controversy in Kemp-v-RICE et al; And failure of the Court to Correct the Court's Clerical error will result in "actual prejudice" and ultimately in Manifest Injustice; The Court is noticed of the International Law of Frauds; and 37 Am Jur 2d, Fraud, §8 / UCC §1-103, UCC §1-106, UCC §1-203; And the real party in interest reserves all unalienable and Contractual Rights without prejudice UCC §1-207 and UCC §1-308 as a flesh-and-blood Lawful "Private" Christian Man of American nationale who expressly Claim(s) His unalienable Rights and disavows any relation to any de facto Civil rights / Color of right-privilege as fraud.

5

9. As jurisdictional issues may be attacked at any time, and <u>Challenges</u> are reviewed "de novo", and Plaintiff has demonstrated with a preponderance of the evidence regarding jurisdictional issues and furthermore evidences entitlement to Article III, [5 USC §706(2)(A)]; U.S.C.A. Const. Art. 3, §§1 <u>et seq</u> jurisdiction where otherwise "Actual prejudice" and Manifest Injustice shall occur; Plaintiff <u>claims</u> the "unalienable Right" to Have the Case: Kemp -v- RICE, <u>et al</u>, and the Controversies <u>evidence</u> therein to be properly heard under Article III jurisdiction.

Wherefore:

[Plaintiff] the real party in interest prays this Honorable Court will in fact enforce the de jure law of the Land in a proper and just fashion... And enter a procedural <u>ORDER</u> <u>sua sponte</u> "Correcting" the "Clerical errors" and adjusting the jurisdictional facts of Case [1:06-cv-01528JDB] to properly reflect the Constitutional, Article III, [5 USC §706(2)(A)] USCA Const. Art. 3, §1 <u>et seq</u> "standing" which is the nature of which it was presented. [OR] in the alternative;

Grant an immediate/expedited "Interlocutory Appeal" of the Matter of Article III "Standing" which is necessary and proper in this Case for suitable adjudication of the merits; And anything else would Constitute a Fraud and Misprison of Treason in the form of "Mixed-war -

6

-- under Color of Constitutional Powers/Color of State and federal Law upholding "peonage" under Color of U.S. citizenship which is a breach of <u>all</u> Lawful duty and ultimately a Crime against God, and <u>man</u>.

Costs and fees to be imposed against the person who Changed the face of My document(s) without right, authority, or Consent.

Any other remedy - above & beyond what is required /requested herein supra, that the Court deems proper.

<u>Lawful Affidavit in Support of Article III Standing</u>

Michigan state        )
County of Wayne       ) SS. Affidavit of a flesh-and-blood Lawful
American republic )       "Private" Christian <u>man</u> of American nationale:

Comes now the real party in interest William-Frederick:Kemp, (Plaintiff herein), being first "duly sworn" in the nature of 28 USC §1746(1), and duly deposes and says under penalty of perjury under the laws of the United States; executing same without United States; I do solemnly swear and/or affirm that the facts presented herein are based upon My firsthand Knowledge, and informed belief as to the Law(s); And if sworn as a witness, be assured I am On who Can "Competently testify" to the herein facts, the Plaintiff further deposes and says the following in laws Support of the <u>attached Motion</u>.

7

1. Plaintiff understands the penalty for perjury and duly deposes that He has Lawfully <u>expatriated</u> Him-"Self" from de facto U.S. citizenship, and <u>Claims</u> "standing" as a "Private" Christian <u>man</u> of American nationale a/k/a a "Non-resident alien" (as defined @ 26 USC §7701(b)(1)(B)) <u>One</u> acting in <u>No</u> de facto representative capacity; Nor exercising any type of de facto Ens Legis, PERSON, Agency, or any other fictitious political entity/association/organization of any kind whatsoever... Parens ~~Sui~~ Patriae, Alter Ego, & passive personality are Notwithstanding claims under the International Law of Fraud.

2. Plaintiff has rescinded, revoked, annulled, abated, Cancelled <u>All</u> "Power of Attorney" and withholds 100% of same unto Him-"Self"; Therefore: "No [PERSON] had the right or authority to change the face of My documents as presented to the Court (other than file-Stamp same) and <u>No</u> proof exists showing My Consent to be "stripped" of My Right to Article III jurisdiction and placed under de facto Color of rights/Civil rights-privileges; And I <u>do Not</u> ~~ac~~ acquiescence to this [mistake] or attempt to devest Me of <u>certain</u> Rights.

3. Plaintiff has "never" consented to be stripped of His Lawful Sovereign Standing, <u>see</u>, <u>CHISHOLM v. GEORGIA</u>, 2 U.S. 419 (Dall) 1793; and <u>Milvaine v. Coxe's Lessee</u>, 8 U.S. 598 (1808); <u>Marbury v. Madison</u>, 5 U.S. 137 (1803). <u>Norton v. Shelby County</u>, 118 U.S. 425 @ 442; And 16 Am. Jur. 2d, Sec. 177, late 2d, Sec. 256; And <u>Brady v US</u>, 397 U.S. 742 @ 748 (1970).

8

4. Although a 42 USC §1983 may be applicable to a certain extent, i.e., Action for deprivation of rights; "Every [person] who under Color of any statute, ordinance, regulation, custom, or usuage of any State, Territory, or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other [person] within the jurisdiction thereof to the deprivation of any rights, privileges or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity or other proper proceeding for redress." It still <u>does Not</u> afford the protections of an Article <u>III</u> jurisdiction especially as I am <u>Not Challenging</u> anything about conditions or treatment in prison (unless the Court Classifies the entire U.S. as a big prison) furthermore I am also Challenging "federal employees" in a joint Conspiracy that is both state and federal in nature and only a Bivens action would allow in regards the federal employees, i.e., CONDOLEEZZA RICE, <u>et al</u>; A 42 USC §1983 <u>was Not</u> filed by the real party in interest and "Nowhere" is <u>evidence</u> to be found in My Complaint to rebut this fact. My filing, presentment to this Court Clearly states upon it's face <u>MOVES</u> this Honorable Court to adjudicate these "Constitutional Claims" ("<u>Not</u>" de facto Civil Rights Claims), And Document 1-1 (original Complaint) @ pg 2 of 12 at JURISDICTION Clearly states: "Constitutionally filed suit" and Nowhere in that jurisdictional statement does it say 42 USC §1983; Nor does it say anywhere that I gave permission to any Court Clerk or the like to change it to such a rediculous Color of law statute.

5. Plaintiff's suit <u>must</u> (in part) be so construed as one of diversity (28 § 1332) the sum certain amount certainly exceeds $75,000. and plaintiff is certainly claiming standing as an American national; And <u>must</u> (in part) fall under (28 § 1331) where on the face of the Complaint is Clearly stated Constitutional Claims and asks the Court to adjudicate U.S. Statutes at Large; also as Fraud is a Major allegation — Claims sounding in fraud would bring (in part) pleadings under F.R.Civ.P. Rule 9.(b) especially where official document(s) ~~[struck]~~ UCC § 9-102(a)(39)(40)(41) and UCC § 7-201(2), UCC § 7-202, F.R.Civ.P. 9.(d) and Special damages Rule 9.(y) would Color the instant action as one sounding in Admiralty with the fraud claims clearly prima facially proven and more than plausible; Upon reviewing the INDEX OF AUTHORITY I find <u>No evidence</u> of 42 USC § 1983 Cited or listed anywhere... But I <u>must</u> direct this Court to, and require "judicial Notice" FRE 102., 201.(d)(e)(f) of Document 1-1 (filed 08/30/2006) @ pg "3" of 12, and further direct the Court down to the C.J.S.(s) and the Citing as of 36 C.J.S. § 220.(c)(d), i.e., "Where Constitutional Questions Involved: (c) Suits involving United States and federal statutes, (d) ~~[struck]~~ Earlier statutes." This Clearly <u>evidences</u> "federal question jurisdiction". Plaintiff is Not a formally trained and [Licenced] Bar Attorney; And has had to "hide" paperwork used for, or part of this Case, and has not till just recently, been able to <u>actually</u> analyze the overall foundational/jurisdictional aspects of My Case.

10

The foregoing is true, Correct, Complete, <u>Not</u> misleading, and <u>Certain</u>; The truth, the whole truth, and nothing but the truth, this I declare under penalty of perjury and under the laws of the United States in the nature of 28 USC §1746(1); Executed this twentieth day of February, A.D. 2007; Executed without the United States, by:

The real party in interest: *William-Frederick: Kemp, Jr.*
Affiant/Plaintiff

## Proof of Service

Plaintiff did Cause Copies of Ex parte MOTION FOR PROCEDURAL ORDER (and) Affidavit in Support of Same to be placed in U.S. Mail (used without prejudice to Rights) via disbursment and Served;

Upon: The Clerk of the Court, U.S. Dist., District of Columbia.

On this the 20th day of February A.D. 2007

*William-Frederick: Kemp, Jr.* ©1973
(26 USC §7701(b)(1)(B))
"<u>All</u> Rights" expressly Reserved without prejudice.

11