UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp,jr,
    Plaintiff/Petitioner,

v.

Condoleezza Rice, et.al.
    Respondent(s).

Case#1:06-cv-01528JDB

**RECEIVED**
MAR 1 2 2007
NANCY MAYER ~~~
U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME TO RESPOND TO RESPONDENTS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Plaintiff, William-Frederick:Kemp,Jr, in propria persona, by special visitation, and hereby moves this Honorable court for a sixty (60) day extention of time to file response to respondents motion to dismiss; which was received March 2nd, 2007 A.D.; Good cause exists to grant this motion:

    1. Plaintiff is a propria persona litigant; Federal courts have long recognized that pleadings of a [pro se] litigant to be more liberally *(Construed)* than pleadings drafted by a lawyer.

    2. Plaintiff is currently in administrative Segregation as (in part) a result of his U.C.C. Filings, and this instant action and verbal altercations with those PERSONS who unlawfully seized said documents, related paperwork, and even documents coming from this court relating directly to court process.

    3. Plaintiff has been in segregation (at U.R.F.) and here at Oaks since early November 2006; And is afforded (limited use) of "law library" facilities--"Only three days a week, five books at a time, to be returned within twenty-four (24) hours" -- NOT NEARLY ENOUGH TIME TO PROPERLY REASEARCH, ANALIZE, AND REPLY TO RESPONDENT'S MOTION TO DISMISS.

4. The plaintiff's filings apparently were not presented in a clear enough expression of plaintiff's claim(s) and contentions where plaintiff (in his own mind was clear) that the complaint is /was presented as strictly Constitutional in nature...; **See**, line twelve (12) and thirteen (13) Page 1 of 12 of Document 1-1, that is: "[a]nd <u>MOVES</u> this Honorable Court to adjudicate these --------"Constitutional Claims""--------and <u>evidence of expatriating acts</u> Please take Judicial Notice FRE 102., 201., 202., of the facts as presented, i.e., the entire complaint is strictly Constitutional in nature; as further evidenced at Page 2 of 12 of that same form /document 1-1; at JURISDICTION "Notice" lines #3 and #4, to wit: "[C]ONSTITUTIONAL QUESTIONS ARE INVOLVED IN THIS MISC./********** CONSTITUTIONALLY FILED SUIT**********". Plaintiff requires enough time to clarify his "Constitutional" Claims and complaint.

WHEREFORE:

Plaintiff prays this Honorable court will grant the required and requested extention of time; and

Allow plaintiff to clarify the complaint and his intentions and claims.

### AFFIDAVIT

I William-Frederick:Kemp,Jr, do solemnly swear that the foregoing is true, correct, complete, not meant to threaten or hinder; and certain; Based upon My firsthand knowledge and informed belief as to issues of law; the truth the whole truth, and nothing but the truth, executed pursuant the laws of the United States in the nature of 28 U.S.C. §1746(1); executed without United States this _Sixth_ day of March 2007 A.D.

*R McCary 03-06-07*
R. MCCARY
Notary Public, Mason County, MI
My Commission Expires Jan. 12, 2008

*William-Frederick:Kemp Jr ©1973*
Affiant/The real party in interest; "All Rights are expressly reserved without prejudice UCC §1-207, and §1-308 nunc pro tunc from ab initio.

NOTARY:

CC:"All parties."

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp,Jr,         Case# 1:06-cv-01528JDB
      Plaintiff,

                                                                 HON. JOHN D. BATES

v.

Condoleezza Rice, <u>et al</u>,
    Defendant/Respondent(s).

                * * * * * * * * * * * * * * * *

### PROOF OF SERVICE

Plaintiff hereby certifies that on this ___Sixth___ day of March; I did cause the foregoing (attached) **MOTION FOR EXTENTION OF TIME;** and **MOTION TO COMPEL** with all attachments to be served upon:

    1. The Clerk of the Court; U.S. District, D.C..

    2. Assistant United States Attorney MERCEDEH MOMENI @ 555 4th Street N.W., Washington, D.C. 20530.

_____
          Plaintiff

_RMcCary 03-06-07_
**NOTARY    MCLA 600.1440(1) F.R.E. 902(8)**

          **R. MCCARY**
   Notary Public, Mason County, MI
   My Commission Expires Jan. 12, 2008

CC: All parties;
  : file.