UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp,Jr,  )
   Plaintiff,  )  CASE# 1:06-cv-01528JDB
        )  HON. JOHN D. BATES
v.  )
        )  **RECEIVED**
Condoleezza Rice, et al  )
   Defendant/Respondent(s).  )  MAR 12 2007
        )
_____/  NANCY MAYER WHITTINGTON, CLERK
          U.S. DISTRICT COURT

<u>MOTION TO COMPEL</u> /For Assistance

Comes now the plaintiff, William_Frederick:Kemp, Jr, by special visitation, and in propria persona, and hereby **MOVES** THIS Honorable Court to compel defendant/respondent(s) to supply complete copies of documents requested/required to respond to defendant/respondent(s) current MOTION; and to supply complete copies of everything they cite in the future; And for cause plaintiff duly deposes and presents the following, to wit:

 1. Plaintiff is a propria persona litigant; Not a licensed Bar Attorney, and apparently, "not formally trained or well versed in law".

 2. Plaintiff is currently in administrative segregation, and has been, off and on, almost from the start of filing the instant action; And constantly since the first part of November 2006; for the most part because of the instant litigation and/or U.C.C. filings attached thereto (and verbal confrontations resulting from trying to protect my legal documents from unlawful seizure).

 3. The (so-called) law library here **does not carry all of the relevant/needed USC's / Codes / Statutes and the like** which plaintiff; without, could never be expected to reply and rebut; and without same is denied due process, access to the Courts.

 4. Use of the (so-called) law library while in Seg. is limited to three (3) times a week; five (5) books at a time for twenty-four (24) hours use; **Not nearly enough time to read; research; analize; and reply to any opposing motions and the like.**

 5. Without being able to see what is being used to attack and/or counter my pleadings, I am without recourse; denied due process in a most unjust way.

**WHEREFORE:**

Plaintiff prays this Honorable court will grant the instant MOTION andand compel the defendant/respondent to furnish the requested copies; Or in the alternative:

Could the Honorable court please supply the needed copies, and order defendant/respondent(s) to supply copies of **"all cases, statutes, codes, and the like, which they cite in their documents.**

Any other relief this Honorable Court deems necessary and proper.

Respectfully submitted,

by: *William-Frederick: Kerp Jr* ©1973

-----------------------------------------------------------------

### AFFIDAVIT

The foregoing is true, correct, complete, and certain; Executed thispursuant to the laws of the United States in the nature of 28 U.S.C. §1746(1); Administered in accord MCLA 600.1440(1) this I certify by my bona fide signature; Executed this _Sixth_ day of March, in the year of Our Lord Jesus, the Christ, two-thousand seven; By:

*William-Frederick: Kerp Jr* ©1973
Affiant/The real party in interest
with all Rights expressly reserved
without prejudice UCC §1-207, and
UCC §1-308 ab initio

*R McCary* 03-06-07
NOTARY PUBLIC MCLA §600.1440(1)
F.R.E. 902.(8)

R. MCCARY
Notary Public, Mason County, MI
My Commission Expires Jan. 12, 2009

CC: All parties;
 : file.

Page 2 of 3

**INDEX OF CASES/DOCUMENTS REQUESTED/REQUIRED**

1. <u>Tadayasu v. Clark</u>, 77 F.Supp. 806 (N.D. Cal. 1948).
2. <u>Toler v. Gonzales</u>, 2006 WL 3208664 (D.D.C. Nov, 7, 2006).
3. <u>United States v Austin Gary Cooper</u> 1989; 89-109-CR-HOEVLER (S.D. Fla. 1989)
4. United States Statutes at Large, vol. 15, pp220-230, 40th Congress (1868).
5. 8 U.S.C. §§ 1101 (all); 1481 (all); and 1488 (all).
6. R.S. §1999.
7. 9 Fed. Reg. 12241 (Oct. 10, 1941).
8. House Joint Resolution - 192 (1933).
9. Uniform Commercial Code (UCC) §7-201; §7-202; §9-102(a)(30).
10. 8 C.F.R. §316. et seq (1944); §50.40; and §50.50.
11. 51 Stat. 1, sec, 4.
12. 48 Stat. 1-7 (1933).
13. 5 U.S.C. §903 (all).
14. 12 U.S.C. §95 (all).
15. 26 U.S.C. §7701 (all).
16. Negotiable Instrument Law §191.
17. Uniform Sales Act §76.
18. Uniform Warehouse Receipts Act §58.
19. 37 Am. Jur. 2d, Fraud, §8.
20. Am. Jur. 2d, Constitutional Law §546.
21. Am. Jur. 2d, Charties, §6. and §7..
22. 1 U.S.C. §204 (Legislative Notes).
23. 26 C.F.R. §301.6109 (all).
24. I.N.A. §308, and §349 (all).

The foregoing is an Indexed List of needed Documents/ Cases; I also request/require a copy of all Citings: Cases; Codes; Statutes, and the like, which are cited in any furture filing.

Respectfully Submitted;
Without prejudice UCC §1-207

By: *William-Frederick: Kemp,jr* ©1973

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp,Jr,    Case# 1:06-cv-01528JDB
       Plaintiff,
                               HON. JOHN D. BATES
v.

Condoleezza Rice, et al,
    Defendant/Respondent(s).

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PROOF OF SERVICE

Plaintiff hereby certifies that on this _Sixth_ day of March; I did cause the foregoing (attached) **MOTION FOR EXTENTION OF TIME;** and **MOTION TO COMPEL** with all attachments to be served upon:

  1. The Clerk of the Court; U.S. District, D.C..
  2. Assistant United States Attorney MERCEDEH MOMENI @ 555 4th Street N.W., Washington,D.C. 20530.

_____
Plaintiff

_RMcCary 03-06-07_
NOTARY   MCLA 600.1440(1) F.R.E. 902(8)

      R. MCCARY
  Notary Public, Mason County, MI
  My Commission Expires Jan. 12, 2008

CC: All parties;
  : file.