# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**William-Frederick Kemp, Jr.,**

     **Plaintiff,**

       **v.**                     **Civil Action No.  06-1528 (JDB)**

**Condoleezza Rice,**

     **Defendant.**

## MEMORANDUM AND ORDER

Pending before the Court are plaintiff's motions for (1) a preliminary injunction, (2) a judicial determination, (3) a procedural order, (4) joinder and (5) default judgment.  The motion for a preliminary injunction seeks relief against non-parties.  The Court is "powerless to issue an injunction against" a non-party. *Citizens Alert Regarding the Environment v. U.S. E.P.A.,* 259 F. Supp.2d 9, 17 (D.D.C. 2003) (citing Fed. R. Civ. P. 65(d)).  The motions for a judicial determination and a procedural order appear to raise issues that are the subject of  the pending dispositive motions.  The motion for a default judgment is baseless because a default has not been entered against the defendant.  The motion for joinder is frivolous because plaintiff seeks to join himself as a party-defendant. *See* Mot. at 1 ("[T]he Debtor [plaintiff] is a distinct and separate entity from the real party in interest creditor/secured party [plaintiff].")  Accordingly, it is

**ORDERED** that plaintiff's motions for a judicial determination [Dkt. No. 7], a preliminary injunction [Dkt. No. 8], default judgment [Dkt. No. 17], joinder [Dkt. No. 18] and a procedural order [Dkt. No. 23] are **DENIED**.

                                               _s/_____
                                               JOHN D. BATES
                                     United States District Judge

Dated: March 22, 2007