

Michigan.gov Home          Site Map | MDOC Home | Contact MDOC          Search





> Camps
> **Prisons**
> Location Map
> Location Directory

Victim Services
Offender Search
Probation, Parole & GRP
Human Resources
Publications & Information
Programs & Services
Michigan State Industries
Prison Build Program

🖶 Printer Friendly    Ⓣ Text Version    ✉ Email Page    A- A+ Text Size

## OAKS CORRECTIONAL FACILITY





### Region 1 Manistee County

**Warden Cindi S. Curtin**
**1500 Caberfae Highway**
**Manistee, MI 49660**

Current jobs in Eastlake

**TELEPHONE:** (231) 723-8272
**OPENED:** 1992
**AGE LIMIT:** Males, all ages
**SECURITY LEVEL:** IV

## General

The Oaks Correctional Facility has four double-bunked general population housing units, each housing up to 192 prisoners. There are also three administrative segregation units, including detention. Other buildings include food services, health care, a programs building, maintenance, warehouse storage and space for administrative offices.

## Programming

The Oaks offers academic programs that include Adult Basic Education and General Education Development. Prisoners who are not allowed to leave their cells for classes can have in-cell study. Other activities include group counseling, religious services and a legal and general library. Other programs include various clubs, intramural sports (indoor and outdoor), a voluntary cognitive restructuring effort called Strategies for Thinking Productively (STP), life-role competency programs, as well as various programs offered through the Corrections Learning Network®. The facility also has a videoconferencing system, allowing legal hearings, deportation hearings, Parole Board interviews and remote meetings via this communication system.

Routine health care, including dental care and x-rays, is provided on site. For prisoners with mental health problems, a psychologist is available. Serious and emergency health care needs are handled at Westshore Hospital in Manistee as well as the Duane L. Waters Hospital in Jackson.

## Security

Search
🔲 Departments
🔲 Online Servi
🔲 Surveys
🔲 RSS Feeds

**Related Conte**
• ALGER MAXIN
  CORRECTION
  FACILITY
• BARAGA MAX
  CORRECTION
  FACILITY
• BELLAMY CR
  CORRECTION
  FACILITY
• BOYER ROAD
  CORRECTION
  FACILITY
• EARNEST C. I
  CORRECTION
  FACILITY
• CARSON CITY
  CORRECTION
  FACILITY
• CHIPPEWA
  CORRECTION
  FACILITY
• COOPER STR
  CORRECTION
  FACILITY
• G. ROBERT C
  CORRECTION
  FACILITY
• FLORENCE C
  CORRECTION
  FACILITY
• DEERFIELD
  CORRECTION
  FACILITY
• CHARLES EG
  RECEPTION /
  GUIDANCE CI
• GUS HARRIS(
  CORRECTION
  FACILITY
• RICHARD A. I
  CORRECTION
  FACILITY
• HIAWATHA
  CORRECTION
  FACILITY
• HURON VALL
• HURON VALL
  COMPLEX - N
• HURON VALL
  COMPLEX - V
• IONIA MAXIMI
  CORRECTION
  FACILITY
•
• KINROSS
  CORRECTION



GOVERNMENT
EXHIBIT
A

FACILITY

Perimeter security is comprised of double fences, electronic detection systems including monitor cameras, razor-ribbon wire, gun towers and a 24-hour patrol vehicle with armed personnel.

Michigan.gov Home | MDOC Home | Contact MDOC | State Web Sites

Accessibility Policy | Privacy Policy | Link Policy | Security Policy | Michigan News | Michigan.gov Survey

Copyright © 2001-2007 State of Michigan