*Court's Copy*

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp,Jr,                    )
                                              )
    Creditor/Plaintiff,                       )
                                              )        CASE NO. 06-1528(JDB)
v.                                            )
                                              )        **RECEIVED**
CONDOLEEZZA RICE, ET AL,                      )
                                              )        APR 2 3 2007
        Defendant.                            )
=============================================)        NANCY MAYER WHITTINGTON, CLERK
                                                      U.S. DISTRICT COURT

## PLAINTIFF'S RESPONSE/REBUTTAL OF [DEFENDANT'S] MOTION TO DISMISS

Comes now the real party in interest William-Frederick:Kemp,Jr, suae potestate esse (Creditor/Plaintiff herein) in propria persona in accord Fed.R.Civ.P. 17.(a); One, as a "private Christian **Man**, flesh-and-blood, and**NOT** ENS LEGIS; And **NOT** acting in any type of de facto representative capacity, and **NOT** exercising any type of de facto Agency or Political office of any kind whatsoever (See, Document 1-2, generally accord Fed.R.Civ.P. 10(c)); Plaintiff is **Non-domestic**, and **Non-assumpsit** to all de facto ENS LEGIS Doctrine(s), e.g., Alter-Ego/Passive personalty; Lawyer/Client; Parens Patriae, and the like... **All** power of attorney has been withdrawn from the Legislative Democracy/Stratocracy (See, Document 1-2, at Page 2 of 14; and Page 4 of 14 @ (h); U.C.C. §1-201(25)(26)(27); Fed.R.Civ.P. 8.(d)); Plaintiff expressly reserves **all** "Rights" ab initio under F.S.I.A., state, State, STATE, and federal/FEDERAL Constitutions, National and International Treaties, and especially those natural **unalienable Rights** issuing from our Creator and through His Son Jesus the Christ et jure divino; and reserved again by necessity under the Uniform Commercial Code (U.C.C.) @ U.C.C §1-207, U.C.C. §1-308 and U.C.C. §1-106 **without** prejudice; furthermore, I hereby reserve the Right "**NOT**" to be "**compelled**" to perform under any contract or Commercial Agreement that I **did NOT** enter knowingly, voluntarily, and intentionally. And furthermore, I **do NOT** accept the liability of any compelled benefit of any unrevealed contract, [NEXIS], or Commercial Agreement; same is reserved under the U.C.C., Id. **supra**.

- - and 28 Tulane Law Review 22; 11 South Carolina Law Quarterly 484; exemplified and illuminated in Congressional Record, June 13, 1967, pp. 15641-15646. But as a matter of law plaintiff is compelled to rebut said ["PRESUMPTION"] and therefore, presents the infra to that affect:

3. "STATE OF MICHIGAN [Inc.] a corporate **Franchise** granted under "Congressional Authority"; An ens legis... Each of "IT's" COUNTIES [Inc.] incorporated within the "STATE" is a Municipal Corporation...Whose's COURT's are COMMERCIAL; and the "business" of those COURTS is commercial in Nature, **and "only" under "Color of law" can they opperate to those ends**...See, Erie Railroad v. Tompkins, 304 U.S. 64 (1938); **All law [PUBLIC POLICY] "ADMINISTERED" in the COURTs of the United States MUST be "private" Corporate/Commercial...**"Negotiable Instrument" LAW = "Corporate bylaw/Public Policy/"Color of law".

4. Even presupposing that the **"STATE OF MICHIGAN"** COURTS were/are duly and Lawfully Constituted, and were **charging the real party in interest** (a Sovereign, flesh-and blood "private" Christian, **Non-juristic Man)**It should have either served NOTICE that it intended to do so; or, It should have served this Sovereign with **"proper service of process...**"Without proper service of process by, and upon, the proper parties, **"after convention of a 'Grand Jury' (Plaintiff "never" waived His Constitutional Right U.S.C.A. Const. Amend. V; of presentment of process to a Grand Jury) to determine, beyond a reasonable doubt, that Nature and Cause had been established, and that sufficient evidence existed to proceed to trial**...The COURTS lacked Subject-matter jurisdiction. The COURTS of MICHIGAN [Inc.] have consistently **"Failed"** to apply these <u>Constitutionally  Mandated</u> procedures; Creating Constitutional "defects"; i.e., Inter alia, <u>All issues arising under Fed.R.Civ.P. 12.(b), 17.(a); and 19.. As the [PERSON] named in those COURT(S) charging documents (Information) is "just what it [PRESUMES] to be... that of a de facto "Federal Government" creation/fiction, existing only in contemplation of law</u>(See, First National City Bank v. Banco Para El Comerico Exterior De Cuba, 103 S.Ct. 2591 @ 2601 B[4], and n.21 (1938)...Justice Stevens,

- - [Quoting] Chief Justice Marshall in: "Trustees of Dartmouth College v. Woodward (17 U.S.) 4 Wheat 518, 636; 4 L.Ed 629 (1819)... **A judgment against a [DEFENDANT] knowingly sued under a fictitious name under which he is doing business is not valid**; See, e.g., 46 Am. Jur. 2d, Judgments, §100 Parties; and **Patterson v. V&M Auto Body, 63 Ohio St. 3d, 573; 589 N.E.2d 1306; also, 37 Am. Jur. 2d, FRAUD, §8.** It is a fact that the charging document(s) were improperly served upon the Secured Party/Plaintiff herein, they <u>did not</u> meet those minimum prerequisits of proper process afforded, demanded, and mandated by law. The real party in interest was "never" informed as to the true nature and cause of any alleged criminal action(s); issues regards <u>nature and cause</u> go to (inter alia) the real parties in interest, venue, jurisdiction, stating the right of action and cause of action, **All issues arising under Fed. R. Civ. P., Rule(s) 12.(b), 17.(a):(a natural person), and 19., The real party in interest was "denied material information"**needed for any "**Pre-Plea**"remedies available to one in law.**Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194; 10 L.Ed2d 215 (1963);**Suppression of favorable evidence violates due process. **Cone v. Bell, 243 F3d 961 (6th Cir. 2001)**. The real party in interest (Creditor/plaintiff herein) was "**Never a proper party to any alledged criminal actions; Nor was he ever a proper substituted party of record; Furthermore, No complaint, signed and sworn to by an injured party, or a contract requiring specific performance, lodged by a Holder-in-Due-Course, bearing the true name and bona-fide signature of the secured party/real party in interest was ever placed into evidence upon COURT record**...This amounts to a Constitutional violation of substantial Rights to life, liberty, and property without due process of law, and renders the judgment(s) **void ab initio as a matter of law; See, Fed.R.Civ.P. Rule 60.(b)(4)(5).**

5. It is fact (See, Fed.R.Civ.P. 10.(c), and 11.(b)) and **Admissible, Documentary Evidence** in accord F.R.E., that: WILLIAM FREDERICK KEMP JR.© 1973, "DEBTOR"; debtor I.D.#364645967 **(hereinafter "debtor")** is a "**TRANSMITTING UTILITY**" (See, Transmit, Black's 8th) **Evidence upon the** "Commercial Registry" (as plaintiff's private property) @ 2003195483-4 <u>et seq</u> "JUDICIALLY NOTICE"; F.R.E. 102., 201., 301. et. seq. that:"<u>Debtor is also a Trust</u>"; <u>Verified</u> by the Michigan Secretary of State, Terri Lynn Land, **accord** Hooks v. Hooks, 771 F2d 935, 945-46 (6th Cir. 1985) all part

of Secured Party/real party in interest (Creditor/Plaintiff herein) Part of plaintiff's foreign estate 26 USC §7701(a)(31); See, Document 1-2, at Page 2 Of 14, lines 16-17; Page 3 of 14, lines 1 thru 11 et. seq. Take Judicial Notice F.R.E. 102., 201., 301., et.seq. to wit: "The real party in interest/Secured Party= William-Frederick:Kemp,Jr, suae potestate esse (Creditor/Plaintiff herein) has completed, finalized, and perfected a "Security Interest" in His debtor,i.e., WILLIAM FREDERICK KEMP JR.(TU)2003195483-4 et. seq.; Security interest has attached and is enforceable against the debtor and third party(s) in respect to the collateral. Evidence is "Initial Financing Statement filed @ 2003000669-4 et.seq.; with "NOTICE" @ 2006061846-9 et.seq.; Again , security interest is effective against third parties U.C.C. §9-302(1), U.C.C. §9-303 (See, Document 1-2, generally...evidence of "filed" Security Agreement) Plaintiff is Holder-in-Due-Course (HDC)—A fact conceded by DEFENDANT[s] within their MEMORANDUM, at Page 2, line 12; accord Fed.R.Civ.P. 8.(d); Plaintiff thus has standing (HDC) in law to lawfully maintain this action/the instant case at Bar; With the [DEFENDANT(s)] INTRODUCTORY STATEMENT rebutted; and the basis of standing evinced and preserved.

### *IN* LAW ASSERVATION AND DECLARATION OF STATUS

**6.** The real party in interest (Creditor/Plaintiff herein) is a de jure, sui juris, Sovereign "private" Christian man (See, Document 1-2, generally; And the definition of private natural person within, inter alia: **Hooven & Allison v. Evatty**, 324 U.S. 652, 673 [2] (1945); **Chisholm v. Georgia**, 2 U.S. 419 (Dall.) 1793; **Milvaine v. Coxe's Lessee**, 8 U.S. 598 (1808); Take "Judicial Notice" FRE 102., 201., 301., et.seq. to wit: 26 U.S.C. §7701(a)(31); Plaintiff is "One", a natural Born, sui juris, Inhabitant, a de jure American by birth, and "Birth Right"; one of earthly Father's and Mother's appellation; Earthly Father and Mother also being naturally born free Americans of the several sovereign state Republics of the Grand American Union; known as the united states of America respectively, both of the same devine decent, and free Americans as were progeny, as also My offspring and their progeny. Plaintiff is "One", sojourning in the Michigan republic, of a transient nature to the UNITED STATES (28 U.S.C. §3002(15)(A)), STATE OF MICHIGAN INC. (4 U.S.C.S. §§103-114; 26 U.S.C. §3121 et.seq.; 26 U.S.C. §7701(a)(39)) and/or any STATE THEREOF. I am "One," Created and endowed by our Creator; the one Supreme Being, with "unalienable Rights" as articulated in the Constitution(s) of the United States for the several united states of America and the State of Michigan for Michigan republic; and affirmed in

The Declaration of Independence (1776); also see, The Kentucky
Resolution; My jurisdiction is My Sovereign Domain (26 USC §
7701 (a)(31)); See, Yick Wo v. Hopkins, 118 U.S. 356 at 370
(1886); and, 8 USC § 1101 (a)(14), with emphasis on Document 1-2
generally, and page 3 of 14 (Declared Trust) et. seq. with
specificity; My flag is the American Flag of Peace; anything to
the contrary shall be so construed as a distinct act of dominion
contrary to My interest and intent, same is rebutted nunc pro
tunc, ab initio.


7. I have "Never" knowingly, willing, or voluntarily waived
Sovereign status/standing nor unalienable Rights; See, Milvaine
v. Coxe's Lessee, 8 U.S. 598 (1808); I do not consent to
anything to the contrary; I stand My-"Self", with assistance
Special, sui juris, with de jure judicial power as a
self-governing Dominion" (See, 8 USC § 1101 (a)(14)) I am
Non-assumpsit to all de facto Ens Legis, STATE, State, or state
entities; I am not a member of any body Corporate or politic; My
Status as a de jure American [U.S.C.A. Const. Article(s) 2:1:5,
1:2:3, 4:2:1, and 3:2:1] and "My Unalienable Rights are NOT
negotiable." I (Plaintiff) a humble flesh-and-blood free-born
man; Creation of the one Supreme Being/Creator... A
"free-Agent," sui juris; Not subject, slave, surety, or peon to
anyone... I have "Never" knowingly, willingly, intentionally,
nor voluntarily given My Power of attorney, appointment, proxy
or authority to any other party, be it some de facto form of
Government, PERSON, individual, Organization, association,
Corporation, partnership, Trust (other than the express Trust
evinced in Document 1-2) or any other type of entity,
whatsoever... Nor do I consent to be treated as those de facto
entities evinced @ page(s) 12-13 of 14, Document 1-2.
Furthermore, I (Creditor/plaintiff herein) do not Consent to be
Compelled to associate with or serve the government of the
United States (28 U.S.C. § 3002 (15)(A)) or any State of the
Union in violation of First Amendment Prohibition against
Compelled associations, as a Trustee, Surety/Co-surety, or in

any other Capacity. See, Am. Jur. 2d, Constitutional law, § 546: Forced and Prohibited Associations; also see, Extortion/Oppression @ 35 C.J.S. §§ 1, et seq; And, Am. Jur. 2d, Estoppel and Waiver §§ 27, and 28. **Notice:** "Silence is a species of conduct, and constitutes an implied representation of the existence of facts in question. When silence is of such character and under such circumstances that it would become a fraud, it will operate as an estoppel. **Carmine v. Bowen, 64 A. 932;** Also see, **U.S. v. Tweel, 550 F.2d 297-300 (1977)** 37 Am. Jur. 2d, FRAUD, section 8, (Fraud vitiates every transaction and all contracts). Also see, The International Law of Frauds; <u>Plaintiff Does Not Wish to associate</u>, and <u>Does Not</u> Consent. Ita est.

8. Judicially Notice, FRE 102., 201., 301., et. seq. the attached Admissible Evidence/Exhibits "1C(a)," "1C(b)," "2C," and "3C" in support of claim(s) supra (@ #'s 2 thru 7) again Plaintiff has Never been a proper party to any alleged State Criminal actions...also **Notice** Exhibit(s): **040606, and 5483-4,** all attached and incorporated by reference, in accord Fed. R. Civ. P., Rules 10. (c), 11. (b)and F.R.E. generally; All verified in accord **Hooks v. Hooks, 771 F.2d 935, 945-46 (6th Cir. 1985)** with emphasis on Exhibit 040606; Plaintiff [is] Held-Harmless and Indemnified by His Debtor.

9. Any shrewd entrapment that may be alleged against Me, or that I may have unwittingly endorsed or was coerced into entering (by de facto application or otherwise) by deception, misrepresentation or (silence on behalf of Government agents/employees/servants--which can only be equated with "fraud") where there was/is a legal/moral duty of those Public Servants to speak, **U.S. v. Tweel, 550 F.2d 297-300 (1977)).** Shrewd entrapment(s), Extortion, Oppression, or frauds, are expressly Revoked, Terminated, Cancelled, Denounced, Renounced, Discharged, Nunc Pro Tunc...All registrations, licenses, appointments, proxies, and any implied/imputed

quasi-contracts/contracts, adhesions [NEXUS] allegedly entered
into under any Provisions of Color [Counterfeit] of Law, without
specific notice of intent, or shrewd entrapment of Commercial
enterprise (See, Am. Jur. 2d, Duress, Section 21; and 37 Am.
Jur. 2d, Fraud, § 8) Past, present, or Future... is, and shall
be so construed as a Nullity; such signatures found on
adhesion(s) [NEXUS] are Null and Void. (See, Marbury v. Madison,
5 U.S. 137, 174-176 (1803); Yick Wo v. Hopkins, 118 U.S. 356, 6
S. Ct. 1064 (1886); Brady v. U.S. 742 @ 748 (1970); And see,
The International Law of Frauds; especially whereas
Creditor/Plaintiff herein has reserved all Rights ab initio, and
reserved exclusive ownership over His life, liberty, and
property at all times, and further reserves ab initio -- ad
infinitum full Control over 100% of the earnings from His own
labor (see, The Antelope, 23 U.S. 66, 10 Wheat 66 (1825)) All
evinced within Lawful Public Notice/Constructive Legal Notice
UCC § 1-201 (25)(26)(27) upon the Commercial Registry....Notice
that All aforementioned personality/private property and any/all
of My signatures of the past, present, or future with any form
of government, private banks/bankers, or future with any other
entity, all such adhesion sources are to be so construed to be
Compelled under Threat, Duress, and Coercion (TCD) hereinafter
"TCD"; Plaintiff is, ab initio Non-assumpsit, and reserves the
Right Not to be Compelled to perform under any
Contract/Commercial Agreement that He did not enter knowingly,
intentionally, and voluntarily... And He does not consent or
accept the liability of any compelled benefit --(e.g. Use of
U.S. Mails, or Use of Federal Reserve Notes)-- of any Commercial
agreement or veiled [NEXUS] relationship therein or thereof.
(See, Am. Jur. 2d, Constitutional Law, § 546: Forced and
Prohibited Associations; also see, The Antelope, Id. supra; Hale
v. Henkel, 201 U.S. 43, 74 (1906); Olmstead v. U.S. 277 U.S.
438, 478 (1928)). All Unalienable Rights and Property Rights
expressly reserved UCC § 1-207, UCC § 1-308 without
prejudice...including (but not limited to) use of dedicated
properties and land. (See, e.g. 63 Am. Jur. 2d Section 97, p.

566; and, 42 Am. Jur., sec. 781 thru 873.

10. In depth research, and extensive study have revealed that the (de facto) U.S. Governments have, by shrewd "legal entrapment," deception, silence, Color of law, extortion and oppression (See, inter alia 35 C.J.S. §§ 1, et seq; and Document(s) 1-1 and 1-2 generally) implied and imputed applied under covinous Trust-fund/Constructive Trust Doctorine/quasi-trust...Note: The only definition of "Trust-fund" deals strictly with bankrupt enterprises (e.g., United States--28 U.S.C. § 3002 (15)(A) -[AND]- Their Creditors the "Private" Federal Reserve/I.M.F. Banks--bankers; also see, United Nations Trust Territories) The United States, et al have by Treasonous/Covinous means deceived Lawful Americans, (in order to steal their unalienable Rights given to all Americans by their Creator, and affirmed by the de jure organic Documents known as the Constitution/Bill of Rights...) to place them under foreign de facto JURISDICTION/AUTHORITY as surety/co-surety, involuntary servitude, peonage, and enslavement (See, e.g. Trading With the Enemy Act (TWEA) of October 6, 1917, as Amended March 9, 1933 (48 Stat. 1) a/k/a The Emergency Banking Relief Act,; also see, 12 U.S.C. § 95 et seq; and Senate Document No. 43, 73rd Congress, 1st Session, March 9 -- June 16, 1933; Evidence of a Covinous "Mixed-War"...Treason (?), but certainly unConstitutional...With this (and other) knowledge and (in part) for these reasons Plaintiff brought the instant action/suit against the [PERSON] of Condoleezza Rice ("et al", emphasis added) an agent of the United States (28 U.S.C. § 3002 (15)(A)), a/k/a District of Columbia (U.S.C. § 9-307(B)) within it's exclusive Legislature jurisdiction/foreign jurisdiction Mandated for District of Columbia [U.S.C.A. Const. Art. 1:8:17-18] including the fictitious federal States withm states (See, e.g. 4 U.S.C.S. §§ 103-114; 26 U.S.C. § 3121 et. seq.; 26 U.S.C. § 7408(c); 26 U.S.C. § 7701(a)(39)); franchises, and their internal government organizations intertwined throughout our land by Contract adhesion [NEXUS] federal Postal designation, e.g., MI., CA.,

etc. with their five-digit ZIP (Zoning Improvement Plan) Code...
"United States" jurisdiction; See, California Revenue & Taxation
Code §§ 6017, 11205, 17018, and 23034; Also see, Senate Document
No. 43, 73rd Congress, 1st Session; and **Howard v. Commissioner**
**of the Sinking Fund**, 344 U.S. 624; 73 S.Ct. 465, 476; and
**Schwartz v. O'Hara TP School Dist.**, 100 A2d 621, 625, 375 Pa.
440, and 26 USC § 3121 <u>et seq</u>, and the like... I (Plaintiff)
hereby Lawfully/Constitutionally, and "squarely challenge" said
fraudulent jurisdiction/[PRESUMED] authority over this "private"
Christian <u>man</u> of the de jure American republic.

PLAINTIFF'S RESPONSE/REBUTTAL OF
[DEFENDANT'S] MOTION TO DISMISS

*10*

SUMMARY OF CLAIM(S)

Plaintiff brought the instant action Constitutionally, **in equity** (See, Document 1-1, Page 2 of 12, @ JURISDICTION) challenging the imposition of de facto [14th AMENDMENT] citizenship; and imputation of a fraudulent debt via tacit Hypothecation/Mortgage "allegedly" created by operation of law **(See, Juilliard v. Greenman, 110 U.S. 421 (1884))**. The Constitution limits Government to those Powers specifically granted, or those that are necessary and proper to carry out the specifically granted ones... And even though U.S.C.A. Const. Art. 1:8:11 grants Government the power to declare war... It **"does not" grant power to wage "Mixed-War" against the American People; or with specificity against plaintiff**; and any **PRESUMPTION** [See, Am. Jur. 2d, Evidence, §181] to the contrary is squarely * Constitutionally * "Challenged"(Bold, underline, and **emphasis added). The execution of the Trading With the Enemy Act (T.W.E.A.) of October 6th, 1917, (H.R.4960, P.L. No.91) as amended March 9th, 1933 (48 Stat.1, also see, 48 Stat. 2 through 7) a/k/a the Emergency Banking Relief Act... a [PRESUMPTION] jus bellum dicendi/jus belli under the questionable authority of the Emergency War Powers carried over from the "Civil War"** (12 Stat. 319)Which has never been repealed, and exists in Title 50 U.S.C. (Also see, 12 U.S.C. §95 et. seq.) "All concealed from the American People pursuant to the Liber Codes. Plaintiff contends, and evidence reflects, that United States (28 USC §3002(15)(A)) **14TH AMENDMENT citizenship is strictly corporate/fiction/contractual... With the flesh-and-blood American Men/Women held as surety/co-surety to a fraudulent imputed debt, via an unlawfully attached, illegally "PRESUMED" persona designata/Idem sonans/Nom-de-guerre...executed under an alledged International Contract adhesion [NEXUS]: being the original "birth documents/certificates"tying with other** adhesion **[NEXUS]** contracts; e.g., Compelled Social Security Trustee/Social Security Number; **Tacit Hypothecation/Mortgage of plaintiff's body, labor, and property (along with all other Lawful Americans suckered into de facto U.S. corporate citizenship) executed under color of law; But see, 37 Am. Jur. 2d, FRAUD, §8 as**

said contracts are Constitutionally infirm;As 'Adhesion Contracts'**"do not"**bind the citizen to a commercial contract without the six elements of a valid contract..."**None Exists**" (P.L.#95-147, 91 Stat. 1227 (Oct.28,1997)). To have a valid contract there MUST be:(1) a valid offer and acceptance of valuable consideration; (2) two or more parties involved; (3) Parties of legal age and competent understanding; **(4)** a termination date; **(5)** full disclosure; and **(6) the contract** must **be voluntary in nature.** Plaintiff is **Non-assumpsit** and **Non-domestic;** CONSTRUCTIVE LEGAL NOTICE(s) are evidence of: **Resignation/Termination of voters registration** (Plaintiff is a Sovereign Elector-- "NOT" --a "qualified voter"); Resignation of COMPELLED Social[ist] Security Trustee (**See, Document 1-2, @ Page(s) 10-11 of 14; i.e., I.R.S. Form-56 Notice Concerning Fiduciary Relationship/Resignation of compelled Social Security Trustee); Termination of DRIVER's LICENSE as plaintiff "is not" engaged in commercial activity within UNITED** STATES (28 USC §3002(15)(A)) and has the **unalienable Right to travel the common ways;** contradistinctive to driving the quasi-military "Post Roads"; Plaintiff has also terminated the IDEM SONANS's Marriage License; Military Service Record, etc. which only **pertain to U.S. PERSONS (26 USC §7701(a)(3∅)) and Individuals (5** USC §552a(a)(2)), and VESSEL's (18 USC §9); i.e., **"Enemies"** needing "Licenses" according to **Trading With the Enemy Act (TWEA) of** October 6, 1917, (H.R. 4960, P.L. No.91) as amended March 9, 1933, (48 Stat.1; also see, 48 Stat. 2-7). Plaintiff contends that there is a distinction between UNITED STATES citizenship and Lawful American Citizenship where the people of the country are Sovereign. **Afroyim v. Rusk, 87 S.Ct. 1660 @ 1662 n.[2-4] (1967); also see, Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct. 1064 (1886); Milvaine v. Coxe's Lessee, 8 U.S. 598 (1808).** And no act of Congress can affect citizenship acquired as a birthright. (Afroyim v. Rusk, 87 S.Ct. @ 1667 (1967)... The citizenship Clause of the 14TH AMENDMENT created a basis for federal citizenship which was[is] **indisputably independant of state Citizenship.** (Afroyim, Id. @ 1676). Since at least the **Bankruptcy** of 1933 (See, T.W.E.A. 48 Stat.1; House Joint Resolution 192; and 12 USC §95 et seq; and Senate Document No.43, 73rd Congress) --everyone/everything was placed under de facto 14TH AMENDMENT citizenship, which is strictly **contractual-fiction/person-corporate franchise...** The **"Record(s)"**

*12*

clearly shows that the (so-called) 14TH AMENDMENT was "Never Ratified" (See, Dyett v. Turner, 439 P2d 266, 267(1968); State v. Phillips, 540 P2d 936; and Congressional Record, June 13, 1967, pp. 15641-15646) Plaintiff brought suit against the [PERSON] of Condoleezza Rice (et al, Bold, underline, emphasis added) as a C.E.O. of Corporate United States (28 USC §3002(15)(A)) to lawfully devest him-"Self" of any implyed/imputed U.S. corporate citicenship which may be evident... The UNITED STATES is a foreign corporation with respect to a State, (See, 19 C.J.S. §884); And the 50 several Sovereign states are and MUST be construed as "foreign states" regards the United States (28 USC §3002(15)(A)). Thus, establishing that Condoleezza Rice et.al. are in fact proper parties...and the only thing plaintiff is requiring under "MANDAMUS" is that the [DEFENDANTS] uphold the Constitution and the laws of the United States and cease the "Mixed-War" at least against the Plaintiff and his progeny...as plaintiff "is not" trying to relinquish American Citizenship (See, Document 1-1, at Page 2 of 12, @ NOTICE: ** infra JURISDICTION; and, Document 1-2, generally). All parties [DEFENDANT] are proper; they are all mandated to uphold the Constitution of the United States against all enemies both foreign and domestic; Furthermore, plaintiff's declared domicile of Michigan republic (U.S.C.A. Const. Art. IV, §4) has created a presumption of entitlement to "MANDAMUS" and to federal court equitable jurisdiction; and presents the following; in support:

Pursuant to Fed.R.Civ.P., Rule 8.(a)(1), "[A]ll that is needed is a short and plain statement of the grounds upon which the court's jurisdiction depends."

In Document 1-1, Page 2of 12, lines 9 thru 30, plaintiff was in accord Rule 8.(a)(1), to wit: "[T]he United States District Court for District of Columbia is proper venue, (Not Contested) and has equitable jurisdiction whereas Constitutional questions are involved in this MISC./Constitutionally filed suit, which involves United States Statutes at Large." (Bold, emphasis added)...

... demands Certificate of loss of U.S. Citizenship for Cause [sic] *[ 37 Am. Jur. 2d, FRAUD, section 8] suit is brought pursuant to *[28 USC §1652]; and pursuant to *[28 USC §1361] to compel

the Secretary of State' Condoleezza Rice (**et al**, Bold, underline, **emphasis added**) to perform her duty in this matter.

> **NOTICE:** U.C.C. §1-201(25)(26)(27) "Nothing in this or related documents shall be so construed as renunciation of Lawful de jure American citizenship founded in the Grand republic [sic] U.S.C.A. Const. Art. IV, §4, and Amend. IX, and X; All Rights therein and thereof expressly reserved without prejudice, jure divino, and by necessity reserved again under U.C.C. §1-207, and U.C.C. §1-308, ab initio—ad infinitum.

Plaintiff contends that the jurisdictional statement, i.e., **JURISDICTION(Document 1-1, at Page 2 of 12)** "**if**" properly construed accord **Fed.R.Civ.P., Rule 8.(a)(1)**, the way it was **in fact** presented... Clearly evinces and establishes the court's equity/admiralty jurisdiction; Const. Article III, [5 U.S.C. §706(2)(A)], U.S.C.A. Const. Art. 3, §§1,et.seq.; i.e., The Constitution recognizes three Lawful forms of Jurisdiction:(1) common-law; (2) **Equity; and,** (3)Admiralty/Maritime... Plaintiff clearly requested/required "**Equity jurisdiction**"; See, Document 1-1, Page 2 of 12 at JURISDICTION; And, whereas **U.C.C. contract "Trust"; and other Uniform Commercial Code (U.C.C.) issues are presented in a "Contractual Theory"**; i.e., NOVATION [merger]: Substituted Contracts/"**Private**" consensual **contracts** which were executed under U.S.C.A. Const. Art. 1:10:1 / U.C.C.; **See, Document 1-2, generally; and exhibits hereto attached and incorporated by reference Fed.R.Civ.P., Rule 10.(c); And emphasis on 1966 Amendment to Rule 10., Fed.R.Civ.P**; And [46 U.S.C.A. App. §§741-752, and §§781-790]. **U.C.C. Controls...**"Tension must be resolved in favor of **NOT applying** Michigan's Tort Reform Act to UCC conversion actions. **Because the UCC more specifically relates to the allocation of fault with respect to the conversion of Instruments than does the Tort Reform Act, the** "UCC Controls." See, **Hill v. Sacka, 256 Mich.App. 443, 666 N.W.2d 282, 291 (2003)** Noting: "Statute more specific controls. JOHN HANDCOCK FINANCIAL SERVS. v OLD KENT BANK, 364 F.3d 727 @ 732 (6th Cir. 2003); And a suit for declaratory judgment is a judicial procedure in which a court renders an opinion on a question of law. HEALTH CENT. v. COMMISSIONER OF INSURANCE, 152 MA 336, 347; 393 N.W.2d 625 (1986). **Declaratory judgment enables a party involved in an actual "Controversy" to obtain**

adjudication of their "Rights"*** "before" actual injury occurs. DETROIT BASE COALITION v. DIRECTOR' DEPT. OF SOCIAL SERVICES, 431 M 172; 428 N.W,2d 335 (1988). Issues of federal Constitutional law are reviewed "de novo". PEOPLE v. GATSKI, 260 Mich. App. 360; 677 N.W.2d 357 (2004).And, jurisdiction to cancel certificate of U.S. Nationality was conferred on any court having jurisdiction to naturalize aliens...8 U.S.C. §1451, Page 162, n.103. Plaintiff claims/evinces such a personal stake in the outcome of the instant controversy to warrant his invocation of federal court jurisdiction (venue was conceded as "NOT" contested...Fed.R.Civ.P., Rule 8.(d)) and justification of the court's exercise of it's remedial powers on plaintiff's behalf...[E]quitable remedies in Constitutional adjudication are special blend of what is necessary, what is fair, and what is workable."(Per Mr. Chief Justice Berger, with three Justices concurring, and one Justice concurring in judgment) LEMON v. KURTZMAN, 411 U.S. 192, 93 S.Ct. 1436 n.4, n.5, n.6 (1973) Federal Rules support the principle that purpose of pleading is to facilitate a proper decision on the merits. Varhol v. NATIONAL R.R. PASS. CORP., 909 F.2d 1557 @ 1569 (1990).Plaintiff has solemnly recognized the "Mixed-War";And the claimed "fraud" is sufficient condition to pierce the [U.S. Inc., 28 U.S.C. §3002(15)(A)] corporate veil...Whereas adherence to the fiction of the corporation's separate existence would sanction a fraud and promote injustice. "Fraud is sufficient to pierce the corporate veil."PEOPLE v. JOHNSON, 28 Mich. App. 10, 183 N.W.2d 813 (1970). But fraud is not a necessary condition where doctrine will also apply to other abuses of the corporate form; e.g., "Silence can only be equated with fraud where there is a legal and moral duty to speak where an inquiry left unanswered would be intentionally misleading. U.S. v. TWEEL, 550 F.2d 297-300 (1977)...Especially whereas there is[was] a "Fiduciary Relationship". With evidence of theft of unalienable Rights; Extortion [35 C.J.S. §§1,et.seq.] of a suretyship/"Oppression"; i.e., distinct acts of dominion contrary to plaintiff's interest(s) and intent, and obtaining property therefrom under ~~color~~ *color* of official right. Extortion under this (statutory) Act "DOES NOT"require a direct benefit to the extortionist...the gravamen of the offense is loss to the victim, (i.e.,Plaintiff herein). U.S. v. STILLO, 57 F.3d 553 (7th Cir. 1995); U.S. v. HAIRSTON, 46 F.3d 361 (4th Cir. 1995).

Plaintiff **Never** claimed "Civil rights" (a/k/a a Colorable privilege)...Nowhere is there any evidence of [42 U.S.C. § 1983] to be found in Complaint (orig. or amend. Compl.) Document 1-1; only Constitutional questions/equity-admiralty jurisdiction. The Constitution **"does not"** authorize Congress (or anyone else) to abridge **"unalienable Rights "**; And, "Waivers of Constitutional Rights not only **must** be Voluntary, but **must** be Knowingly intelligent acts done with sufficient awareness of the relevant facts, circumstances and consequences." **Brady v. U.S.**, 397 U.S. 742 @ 748 (1970). (Bold, **underline**, and emphasis added.) "Plaintiff has **"Never"** Knowingly or voluntarily waived his **"unalienable Rights"**...And, this is an issue herein. "[Q]uestions affecting the right of the [citizen] were [are] questions to be regulated, not by the laws of the General or State Governments, but by Constitutional provision." **Afroyim v. Rusk**, 87 S.Ct. 1660, @ 1664 (1967). Especially whereas the term "liberty" within the Fifth Amendment to the Federal Constitution **is not** confined to mere freedom from bodily restraint, but extends to the full range of conduct which the individual is free to puruse, and it cannot be restricted except for a **proper** governmental objective." *[Judicially Notice, **FRE** 102., 201., 301., **et seq**: A "Mixed War" carried on against the American People -- and with more specificity, Plaintiff... Is "**not**" a proper governmental objective under any circumstances]. Plaintiff **"was not"** asking permission to devest him-"Self" of Corporate U.S. (28 U.S.C. § 3002 (15)(A)) de facto citizenship (which is contradistinctive to lawful American Sovereign state [Citizenship] U.S.C.A. Const. Art. IV, § 4; Amend. IX, and X). So-called [14TH AMENDMENT] crated a basis for federal citizenship --which was [is] indisputably independent of the state citizenship. **Afroyim v. Rusk**, 87 S. Ct. 1660, @ 1676; But even so, the Records evidence the [14TH AM] was "Never Ratified"; (See, **Dyett v. Turner**, 439 P.2d 266, 267 (1968); **State v. Phillips**, 540 P.2d 936 (1975); also see, **Congressional Record, June 13, 1967, pp. 15641-15646**). And Congress determined that United States citizenship may be lost **automatically**, without any **administrative** or **judicial determination**, when a [person] has

voluntarily engaged in certain conduct with requisite intent. United States ex rel. Marks v. Esperdy, 315 F. 2d 673, 676 (2nd Cir. 1963) as cited in U.S. v. YAKOU, 428 F. 3d 241 @ 249 (D.C. Cir 2005). The People in this country are the Sovereigns. Afroyim v. Rusk, @ 1662, n. [2-4], also see, inter alia, Yick Wo v. Hopkins, 118 U.S. 356, 6 S.Ct. 1064 (1886); Kawananakoa v. Polyblank, 205 U.S. 349-353, 27 S.Ct. 526-527 (1907). And; "No fiction", be it corporation (e.g., 28 USC § 3002 (15)(A)), a Statute law, or an Administrative Regulation, None can "Mutate" a natural born Sovereign into someone who is subject to His own Creations. Milvaine v. Coxe's Lessee, 8 U.S. 598 (1808). Plaintiff gave Lawful "NOTICE," U.C.C. § 1-201 (25)(26)(27); F.R.E. 102., 201., 301., et seq: That He had in fact exercised His Sovereign Power...and devested Him-"Self" of U.S. (28 USC § 3002 (15)(A)) de facto [14TH AMENDMENT] corporate Citizenship, with "Lawful Standing" as a Sovereign state [citizen] of the Grand republic (e.g., Michigan republic; U.S.C.A. Const. Art. IV § 4; Amend. IX, and X) reserved jure divino, ab initio -- ad infinitum and reserved again by necessity @ UCC § 1-207, UCC § 1-308, UCC § 1-106 without prejudice and without recourse. And; "[T]he commencement of a Federal action-(e.g., 06-1528JDB)- is 'NOTICE' to all persons affected." "King v. Davis, 137 F 198 (W.D. Va. 1903). Defendant[s] claim lack of subject-matter jurisdiction...which lacks factual foundation in light of the facts presented herein, which support plaintiff's Complaint; Furthermore, defendant[s] claim Mandamus will not lie in this matter...Plaintiff cited United States Statute at Large, Vol. 15, Ch. 249, p. 223 Fortieth Congress, (27 July 1868); See, Document 1-1 Page 2 of 12 @ JURISDICTION [Judicially Notice, F.R.E. 102., 201., 301., et. seq., in accord Fed. R. Civ. P., Rule 8. (a)(1)] That: The aforesaid United States Statute at Large is [was] The "only" expatriation authority cited in the jurisdictional statement... the color of law cited by the Secretary's attorneys, i.e., [INA 349(a)(6), and 8 USC § 1481(a)(6)] was "Not" cited in said jurisdictional statement... As Plaintiff construed these as de facto Color of law/corporate bylaw; Surplusage [sic]

17

unnecessary to the meaning or validity of plaintiff's cause of action/claim(s). Also see, Document 1-1, at Page 7 of 12 [sic] ""[Quoted]: "An Act concerning the rights of **American citizens in foreign states**...Be it enacted by the United States of America in Congress Assembled, That: "Any declaration, instruction, order, or decision of any officers of this Government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government; United States Statutes at Large, Vol. 15, Chapter 249, pp. 223, Fortieth Congress, 27 July 1868."" (Bold, underline, emphasis added).

> Judicially Notice; F.R.E. 102., 201., 301., et seq, that the aforesaid Statute at Large, Id., supra, "Clearly states "American citizens in foreign States [NOT, Foreign Countries] (Bold, emphasis added.)

11. "When a court reviews an agency's construction of a statue (at Large) which it supposedly administers...**First**, always, is the question of whether Congress has directly spoken to the precise question at issue [sic] "If" the intent of Congress is Clear...**that is the end of the matter**"" CHEVRON U.S.A. Inc. v. Natural Resources Defense Counsel, 47 U.S. 837; 104 S.Ct. 2778; 81 L.Ed 2d 694 (1984). See, U.S. Statute at Large, supra.

12. The Language of the Statute at Large, Id., supra, unequivocally specifies **"American citizens in foreign States"** (Bold, underline, emphasis added); This specificity has clear significance when one looks at all the evidence/the whole picture; i.e., The United States (28 U.S.C. § 3002 (15)(A)), 534 F. Supp. 724, is a foreign corporation in regards to a state.

18

13. consulting the constitution at Article 1, Section 8, Clause 17, i.e., the geographical limits, and realm of Political Authority of the United States Government, is found... in the District of Columbia. Also see, inter alia, MCLA §440.9307(8)...Congress shall have the power to exercise exclusive legislation in all cases whatsoever, over such District (Not Exceeding Ten Square Miles) as may, by cession of particular States, and acceptance of Congress, be the seat of Government of the United States. (See, **4 U.S.C.S. §§103 – 114, i.e., de facto fictional federal State[s] within states. HOWARD v.COMMISSIONER OF THE SINKING FUND, 344 U.S. 624, 73 S.Ct. 465, 476; And, SCHWARTZ v. O'HARA TP SCHOOL DISTRICT, 100 A2d 621, 625; 375 Pa. 440**). But see, **NEW YORK v. U.S., 112 S.Ct. 2408 @ 2410, n. 18, n.20 (1992)**; i.e., Constitutional Authority of Congress cannot be expanded by "consent" of governmental unit whose domain is thereby narrowed, whether that unit is executive branch or State, and thus, state officals cannot consent to enlargement of powers of Congress beyond those enumerated in the Constitution U.S.C.A. Const. Amend. X, as the Constitution specifically divides authority between federal and state governments for protection of individuals. **(NEW YORK, @ 2410, n. 18, Id. supra)**.

14. Looking further into the Constitution... U.S.C.A. Const. Article IV, §4 (guaranty Clause) reveals a political distinction between the United States (28 U.S.C. §3002(15)(A)) and the several Sovereign states of the Grand American Union... the **republic** [sic] **"[T]he United States shall guarantee to every State in this Union a republican form of government.** Also see, The Kentucky Resolution. **(Bold, underline, emphasis added).**

15. Plaintiff, in arguendo, presents that the **republic** is an artificial entity, of the People, by the People, and, for the People... "Who are the owners, employers, principals, masters, and the Sovereign constituency / Sovereign Electors of said government[s]... "[If]" in the **"event"** that political INSTRUMENTALITY collapsed * * *(e.g., **Insolvency, Bankruptcy, and the like; See, T.W.E.A. (48 Stat. 1); 12 U.S.C. §95 – –**

*19*

et seq; and inter alia, House Joint Resolution--192 (HJR-192))--the Sovereign Reverted back to "We the People". See, Juillard v. Greenman, 110 U.S. 421 (1884); And, Pursuant Clearfield Trust Doctrine, "The United States as a drawee of "private" Corporate Commercial paper--(i.e., "Private", Federal Reserve Notes)--stands in no different light than any other drawee... And, for purpose of suit (e.g., 1:06-01528JDB) such corporations and individuals (e.g., Condoleezza Rice, "et seq") are regarded as entities entirely separate from government. Clearfield Trust Co. v. United States, 318 U.S. 363; 63 S. Ct. 573; 87 L. Ed 838 (1943); And, anything to the Contrary is evidence of Ultra Vires acts.

16. The Government are Corporations...insomuch as every government is an artificial person, an abstraction, and a creature of the mind only...a government can interface only with other artificial persons, the imaginary having neither actuality nor substance --is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that No government, as well as any law, agency, aspect, court, etc. thereof, can concern itself with anything other than corporate artificial persons and the contracts between them. Penhallow v. doane's Administrators, 3 U.S. 54; 1 L. Ed. 57; 3 Dall. 54 (1795). United States (28 U.S.C. § 3002 (15)(A); UCC § 9-307 (8)) [14TH AMENDMENT] de facto corporate citizenship (26 U.S.C. § 7701 (b)(1)(A); 26 U.S.C. § 3121 et seq; 26 U.S.C. § 7701 (a)(30) et seq, and the like) is strictly artificial-person/corporate--francise...And [is] repugnant to the Constitution (16 Am. Jur. 2d, § 177, late 2d, § 256); And, Marbury v. Madison, 5 U.S. 137, 174, 176 (1803).

**17.** One **[NEXUS]** in the commercial scheme foisted upon the American People **(and with more specificity, Plaintiff herein)** was allegedly due to the 1933 Bankruptcy of the United States Federal Corporation (28 U.S.C. §3002(15)(A)) via that entity's declaration in House Joint Resolution - 192 (HJR-192); (48 Stat. 1- thru -7) where the (in conspiracy with the Corporate States/ federal franchise) Took the People's original birth records/certificates as **"title to the (biological "goods") property; See, U.C.C. §1-201(15) as defined in U.C.C. §7-201(2); U.C.C. §7-202; and U.C.C. §9-102(a)(30)...and started selling them on the "International market"...** Corrupting the People's Christian Appellations into an all capital letters **IDEM SONANS/ENS LEGIS;** "Unlawfully attached and illegally **[PRESUMED]** persona designata... **nom de guerre...** in an unConstitutional **"Mixed-War",** which under any set of circumstances **is not** a constitutionally authorised power granted to Congress...**Evidence of Extortion/Oppression [35 U.S.C. §§1, et. seq.]** of an unlawful suretyship executed under color of law. A scheme based upon subjective intent to commit fraud **is not** required, because reckless disregard for the truth is sufficient. **Demjanjuk v. Petrovsky, 10 F.3d 338, 353 (6th Cir. 1994) cert. den., 115 S.Ct. 295 (1994).** Another adhesion **[NEXUS]** is the Social Security Number/Card **(i.e., Compelled Social Security Trustee); See, Document(s) 1-1, and 1-2, generally.**

**18.** Pursuant to the Declaration of Independence (1776) the government[s] derives it's **just powers** from the **consent of the governed. (Bold, underline, and emphasis added).** Plaintiff has withdrawn His consent... to being treated as an **"ENS LEGIS"** [14TH AMENDMENT] Belligerent/CITIZEN, Co-surety. Plaintiff claims, interest, right, and title, in money and other property... which may have been conveyed, transferred, assigned, delivered, or paid to the **Alien Property Custodian,** or seized by him. **(T.W.E.A., 50 U.S.C. App. §9(a)) T.W.E.A. further provides for jurisdiction in the federal courts to consider the claim, if the Alien Property Custodian** (acting for the President) **has not acted within sixty days.** Take "Judicial **NOTICE",** F.R.E. 102., 201., 301. et. seq. of: **Exhibit 062806, attached and incorporated by reference accord Fed.R.Civ.P., Rule 10.(c); also see, Exhibits** 101106-1 and, 101106-2 also attached and incorporated by reference. The court clearly has jurisdiction on numerous levels... especially whereas, **Constitution governs actions at trial". UNITED STATES v. TAYLOR, 54 F3d 967, 976-977 (1st Cir. 1995).** Furthermore,

- - plaintiff **does not consent** to the Ultra Vires unlawful attachment
[**PRESUMPTION**] of the ENS LEGIS/IDEM SONANS... and in the **"event"** that this
court fails to adjudicate these **Constitutional questions/claims**, that would
constitute, inter alia, U.S.C.A. Const. Amend. 1 violation(s) **(See, Am. Jur.
2d, Constitutional law, §546: Forced and Prohibited Associations).**

**19.** Plaintiff, with declaration of domicile **(See, Document[s] 1-1,
generally, and Document 1-2, specifically)** and **evidence of "Declared Trust"**
(See, Document 1-2, Page 3 of 14 et.seq.; also see, 26 U.S.C. §7701(a)(31);
and, 8 U.S.C. §1101(a)(14)); **Plaintiff claims a self-governing Dominion;
founded in the Grand republic...i.e., a foreign state in regards United States
(28 U.S.C. §3002(15)(A));** Thus, **Condoleezza Rice [et.al.,emphasis added] are
proper parties...**and MANDAMUS will thus lie in regards the instant
controversy...on more than one level; i.e., **(1)** to Mandate the C.E.O.'s uphold
the laws **(corporate by-laws)** of the United States. **(2)** to Mandate the U.S.
Secretary of State to uphold the law of the land, i.e., U.S. Constitution...to
support and defend the Constitution against **all enemies**, both foreign and
domestic. **(3)** to Mandate Condoleezza Rice in both capacities to issue a
certificate of loss of de facto [corporate] U.S. (28 U.S.C.§3002(15)(A))
citizenship/co-suretyship/slavery. **The courts may compel executive officer[s]
to perform express duties imposed by the Constitution / Statute. See, Goldberg
v. Hoffman, C.A. 7, 1955, 225 F2d 463; See, "United States Statute at Large,
Vol. 15, Ch. 249, Page 223, Fortieth Congress, 27 July 1868."(Bold, emphasis
added).** Plaintiff has **expatriated Him-"Self"** under His own in capita Sovereign
Authority, with **standing** as a Sovereign state/American [citizen] U.S.C.A.
Const. Art. IV, §4... Plaintiff **Claims Standing** under **"Jus Tertii Doctrine"** in
regards MANDAMUS (color of law) Statute. **(See, PEOPLE v. ROCHA, 110 Mich. App.
1).**

**Whereas:**

**Plaintiff has demonstrated with a preponderance of the evidence regarding
the jurisdictional issues,** whether argued in **subject-matter,** Equity, or
Admiralty/Maritime... **Plaintiff has evidenced such a personal stake in the
outcome of the instant controversy (i.e., 1:06-01528JDB) to "warrant" His
invocation of federal court jurisdiction; and justify exercise of the court's
remedial powers on His behalf. Const. Art III, [5 U.S.C.§ 706(2)(A)], U.S.C.A.**

- - Const. art. 3, §§1, et.seq.;And injuries claimed are kind that justifies invocation of Mandamus authority, especially in light of fact that plaintiff presents issues in good-faith (U.C.C. §1-203) of substantial / Constitutional nature...which repeatedly evades review on the merits; And extraordinary circumstances requires "Equitable remedy"; especially whereas defendant[s] made no claim[s] that suit was brought in bad-faith, or for any other ill purpose...accordingly, the court should issue Mandamus as a matter in law...or Manifest Injustice results.

## CONCLUSION

For all of the following reasons, defendant[s] MOTION TO DISMISS should be denied, and plaintiff's COMPLAINT / Constitutional questions should be properly adjudicated as a matter of substantial law.

## AFFIDAVIT

The foregoing is true, correct, complete, and certain; In accord the laws of the United States, in the nature of 28 U.S.C. §1746(1) administered in accord M.C.L.A. §600.1440(1); Based upon plaintiff's firsthand knowledge; and informed belief, as to the laws [i.e., "PUBLIC POLICY"]; Executed this the _____19th_____ day of April, in the year of our Lord, Jesus, the Christ, two-thousand, seven.

NOTARY: Subscribed before me
on 4/19/07
Mschu
Comm ex 7/28/13
Manistee County

Respectfully Submitted

William Frederick Kegel

Creditor/Plaintiff, the real party in interest, 26 U.S.C. §7701(b)(1)(B), U.S.C.A. Const. Art. IV, §4, All Rights expressly reserved @ U.C.C. § 1-106, U.C.C. §1-207, and, U.C.C. § 1-308 without prejudice and without recourse.

CC: U§S¶ Dist. Ct., D¶C¶
: All parties;
:File.

*※* Trust in God *※*

23