Court's Copy

UNITED STATES DISTRICT COURT

FOR DISTRICT OF COLUMBIA

RECEIVED
APR 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

```
William-Frederick:Kemp, Jr,    )
       Creditor/Plaintiff,     )
                               )
v.                             )    Case No. 1:06 - 01528JDB
                               )
Condoleezza Rice "et al"       )    VERIFIED STATEMENT OF INTEREST
       Defendant[s].           )    Fed.R.Civ.P. Rule C. et seq
_____/    and Rule E. (Special Bond, see,
                                    Exhibit #5483-4; stipulation)
```

LETTER ROGATORY AND AFFIDAVIT
IN SUPPORT OF SERVICE/PROCESS

Comes Now the real party in interest/Creditor/Plaintiff, William-Frederick:Kemp, Jr, suae potestate esse; Plaintiff is paramount creditor to his debtor [ENS LEGIS] WILLIAM FREDERICK KEMP JR, (TU) 2003195483-4 et seq Secured Party in interest... Holder-in-Due-Course:(HDC, i.e. U.C.C. § 3-302(1), U.C.C. § 3-305) admitted by the Defendant[s] Fed.R.Civ.P., Rule 8.(d) as Not denied (See, Defendant's MEMORANDUM, Page -2-, line 12); Plaintiff has a "Priority" ironclad Security Agreement; and Indemnity Agreement (Bond, see, Admissible Evidence/Exhibit No 5483-4;Id., infra, and incorporated by reference and attachment) Executed in accord House Joint Resolution - 192 (HJR-192) of June 5th 1933, brought "privately" under U.C.C. § 10-104, via U.C.C. § 1-104; Accord **Diversified Metal Products Inc. v. T-Bow Company Trust & I.R.S. (1993)**:Plaintiff as a Claimant to the fund is entitled to priority over the United States (28 USC § 3002(15)(A)); also see, Clearfield Trust Co. v. United States 318

U.S. 363; 63 S.Ct. 573 (1943). The Document[s] [**Evidence**] upon the Commercial Registry U.C.C., i.e. 2003000669-4 <u>et. seq.</u>; 2003195483-4 <u>et seq</u>; and 2006061846-9 <u>et seq</u> are PUBLIC NOTICE U.C.C. § 1-201 (25)(26)(27) **that Plaintiff is the real party in interest (H.D.C.) a Creditor (See, inter alia, e.g., Exhibit 040606 (2006061846-9) attached and incorporated by reference, Id., infra.).** And pursuant to Fed.R.Civ.P., Rule-1 (1966 Amend.) Admiralty/Maritime Law is the Law of the Land... **Thus, plaintiff has standing U.C.C. § 1-106.** The first thing, plaintiff issues this written apology (by Special Visitation) for <u>all</u> previous Commercial dishonors; Heretofore it is Plaintiff's intention to fulfill <u>all</u> lawful obligations under Public Policy, based upon H.J.R.-192. See, Fed.R.Civ.P., 10. (c).and attached exhibits.

   1. Plaintiff presents the (**Plaintiff's Response/Rebuttal**) as a Statement of interest in Admiralty (See, Attached U.C.C.-3 Form; referencing the Certified intial financing Statement/U.C.C.-1 @ 2003000669-4 <u>et seq</u>; i.e. Exhibit 040606, attached and incorporated by reference); Fed.R.Civ.P., 10.(c).

   2. The real party in interest (Plaintiff herein) has made demand upon the Alien Property Custodian (**See, Exhibits, 101106-1; and, 101106-2, directed to the United States Department of Justice** - Attorney General by extention) Attached and incorporated by reference; Also see, Exhibit 062806 Directed to

the Department of Commerce... **Take Judicial Notice, F.R.E. 102., 201., 301.** <u>**et seq**</u> **of U.C.C. § 1-103;** i.e., The law of principal and agent; **U.C.C. § 1-106;** The Plaintiff has "priority", Superior/paramount Claim; See, 28 U.S.C. § 2464, and Exhibit #5483-4, i.e., "Indemnity Bond"; attached and incorporated by reference.

3. The real party in interest (Creditor/Plaintiff herein) is first-in-line Creditor (H.D.C.) with priority Claim/superior security interest (11 U.S.C. § 101(51)).

4. Please provide (as a matter of law) "Truth-in-Lending Regulation - Z", within (3) three days... Notice of any superior claim of which you have Knowledge; [or] any defect in the plaintiff's claim in accord **Fed.R.Civ.P., Rule 8.(d)**, also see, **U.S. v. Tweel, 550 F.2d 297-300 (1977)**, i.e., "Silence can only be equated with fraud where there is a legal/moral duty to speak, where an inquiry left unanswered would be intentionally misleading, Id, supra. And same <u>shall</u> be Certified non-performance by NOTARY MCLA § 600.1440(1) as the United States (28 USC § 3002 (15)(A)) Confession that No such defect or superior claim exists... and Plaintiff's status as paramount creditor is [sic] by stipulation, conceded.

5. Creditor/Plaintiff, William-Frederick, sui juris, of the Kemp family, suae potestate esse, the real party in interest being first duly sworn in accord the laws of the United States... in the nature of 28 U.S.C. § 1746(1); Identified as a Sovereign "private" Christian <u>man</u> accord 28 C.F.R. § 16.41(d); by Notary public MCLA § 600.1440(1); with everything Sub and Supra based upon the real party in interest's firsthand knowledge, and belief as to the laws. And if Called as a witness (Plaintiff will by special visitation - as herein by special appearance; hereinafter only by special visitation) I am <u>One</u>, who can "Competently testify" to these and related matters... Notice MCLA § 440.1201(25)(26)(27), F.R.E. 102., 201., 301. <u>et seq</u> unless this is answered point-for-point and rebutted within ten days exclusive the three (3) days pursuant Regulation - Z; we have a settlement as to the uncontested facts. Plaintiff hereby authorizes and instructs defendant[s] <u>et</u> <u>al</u> to use My exemption in exchange/discharge of <u>all</u> obligations; **See, Exhibit 040606 @ No. 8, evincing the real party in interest's authority,** acceptance of the first account; requiring discharge of the Public Duty; Administrative Remedy.

<u>Affidavit by Special Visitation</u>

Comes now the real party in interest by special visitation pursuant 28 USC § 1746(1) administered accord 600.1440(1) of

MCLA; evincing everything herein is true, correct, complete, and certain in accord the laws of the United States; and executed this ___19th___ day of April, in the year of our Lord, Jesus, the Christ two-thousand seven; executed without the United States, and Saving to Suitor 28 U.S.C. § 1333 *et seq*, all other remedies to which He is otherwise entitled.

Attachments: Six Exhibits, attached and
incorporated by reference, under affidavit.

NOTARY PUBLIC:
Subscribed Before me
on 4/19/07
Michiel
Comm ex 7/28/13
Manistee County

by: _William Frederick Kemp_
The real party in interest, a flesh-
and-blood "private" Christian man,
with all Rights expressly reserved
MSA 19.1207 by Special Visitation,
without prejudice and without
recourse.