Dept of Commerce COPY
True & Correct Copy
2
Exhibit — 062806
Admissible Evidence
USDC, D.C. #1:06-01528JDB
Demand to the Alien Property Custodian for Property belonging to Plaintiff

F.O.I.A./P.A. REQUEST FOR DOCUMENTS

TO: DEPARTMENT OF COMMERCE
BUREAU OF THE CENSUS

C/O: EXECUTIVE OFFICE FOR U.S. ATTORNEYS (D.O.J.)
Freedom Of Information/Privacy Act Unit
600 E. Street, N.W., Room 7300
WASHINGTON, D.C. 20530

FROM: (Requester) The real party in interest William-Frederick, of the Kemp family, a flesh-and-blood "Private Christian" man of American Nationale, in propria persona, by "Special Visitation," all Power of Attorney expressly withheld unto "My-Self" and all Allodial Rights under state/State and Federal Constitution(s), National and/or International Treaties and ultimately issuing inherent/unalienable Rights from God Almighty are expressly reserved by jure divino, without prejudice.

Subject of Request: WILLIAM FREDERICK KEMP JR.
*[SSN 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=for informational purposes only]

Notice*: The real party in interest, has completed, finalized, and perfected, a "Security Interest" in: WILLIAM FREDERICK KEMP JR. [S.I.D. # 745436K], Debtor (herein-after, Debtor). And as Secured Party, I am the Holder-in-Due-Course (HDC), Record Owner and Trade-NAME Owner of Debtor WILLIAM FREDERICK KEMP JR.©1973 Common-Law Copyright, all rights reserved. As such I William-Frederick, sui juris, of the Kemp family have standing "in Law" to sustain this cause to secure My documents...I also have/can evidence My Resignation as Compelled Social[ist] Security Trustee for cause, i.e., [37 Am. Jur. 2d, FRAUD, Section 8]; in accord First Amendment proviso; and, [American Jurisprudence 2d, Constitutional Law, §546, FORCED AND PROHIBITED ASSOCIATIONS].

country of Michigan      )
American Republic         )  ss.   NOTICE AND PRAECIPE TO THE
Near COUNTY OF WAYNE      )        DIRECTOR' DEPARTMENT OF COMMERCE/
                                   F.O.I.A./P.A. Request for Documents:

Comes now the real party in interest William-Frederick, sui juris, of the Kemp family, a flesh-and-blood "Private Christian" man of American Nationale; <u>One</u> on Sojourn through the Republic Form of government (Michigan <u>s</u>tate/Republic, U.S.C.A. Const. Article(s) III; IV, §1, §4; Am. IX and X, and invoking the Vienna Convention [Diplomatic Relations] 23 U.S.T. 3227, TIAS 7502 of (18 April 1961)) and as a Minister thereof, I "Present" this Request for documents by Special Visitation and in accord/pursuant to 5 USC §552; and 5 USC §552a(d)(1) for full disclosure and release of <u>all</u> Records and/or Data contained in the files of the Department of Commerce and Bureau of Census under My Name and/or (any type of) identifier to My Name; If records and/or data requested, are placed, filed, secured, and/or held in a different, and/or separate, and/or another distinct file, and/or under another NAME, NUMBER, or Identifier to My Name, and/or under the Social Security [Number 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=information purposes only], I formally acknowledge and authorize and/or request/require "Your" DEPARTMENT/AGENCY/BUREAU to open and/or access said file(s) to secure My Documents.

**ADMINISTRATIVE NOTICE, UCC §1-201(25)(26)(27):** On or about 30 July 2002 (Commander-in-Chief) Bush signed into law the Sarbanes-Oxley Act, H.R. 3763 amendment to the 1934 Securities exchange act..."To enhance corporate responsibility, enhance financial "disclosures," and combat corporate and accounting fraud, and created the Public Company Accounting Oversight Board a/k/a the PCAOB in an oversight position"...And be advised that the Bonding and/or Bonds information, data, and reports in toto are "No Longer" accorded exempt status, except under specific exemption, and then only with express reference to specific citation of authority; I require <u>all</u> "indexed" Records/Documents/Data, not otherwise exempt By: 5 USC §552(a)(6)(C),(b)(7), 5 USC §552a(j)(2),(k)(2) or law; <u>Public Citizens</u> v <u>Department of Justice</u>, (1989) 491 U.S. 440; <u>Dept. of Justice</u> v <u>Reporters Comm.</u>, (1989) 489 U.S. 749; <u>Detroit Free Press</u> v <u>Dept. of Justice</u>, 73

F.3d 93 (1998); F.B.I. v Abramson, 465 U.S. 615; and including exemption--U.S.C. §552(b)(3); and presented/issuing from the country of Michigan to UNITED STATES, by "Special Visitation" in accord the Vienna Convention and the Hague Evidence Convention TIAS 7444, 23 U.S.T. 2555; in accord Hilton v Guyot, 159 U.S. 113, 16 S.Ct. 139 (1895); Societe Nationale Industrielle Aerospatiale v U.S. District Court for Southern Dist. of Iowa, 482 U.S. 522, 545, 107 S.Ct. 2542, 96 L.Ed.2d 461, 7 Fed.R. Serv. 3d. 1105 (1987).

**I hereby formally exercise My Sovereign Rights under the demands of comity in action involving a foreign state, and Claim, by jure divino, sovereign interest in My Documents/Records/Data, held by the United States, and/or Any STATE/state or any political subdivision/unit thereof,** and require the document(s) indexed infra to be released to Me in a timely manner...**Evidence** is enclosed/attached, incorporated by reference which you shall make part of your records...F.O.I.A./P.A. request was presented directly to the Department of Commerce/Bureau of Census...Who violated F.O.I.A./P.A. by failure to reply/Release demanded Document(s)/Records/Data under F.O.I.A./P.A. issued 15 May 2006 A.D. (Copy attached w/proof of service) which amounts to a distinct act of dominion contrary to My interest and intent...Wherefore I present to the Executive Office of the U.S. Attorneys (D.O.J.) F.O.I.A./P.A. Unit this request for documents as is indexed below:

INDEX OF F.O.I.A./P.A. RECORDS/DATA REQUESTED:

Index No.

#1. Certified "True & Correct" copy (original) Birth Records/Document/record of live birth/Original issue 11/25/1955/Original issue discount (certified copy true & correct of front & back of all documents; under My Name William Frederick Kemp Jr and/or identifier to My Name, e.g. WILLIAM FREDERICK KEMP JR. in any variation of spelling thereof; and/or Numerical

identifier, e.g., [S.I.D. # 745436K] or [SSN: 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] and/or under Any other identifier not listed sub and supra.

**#2. Certified** "True and Correct" copies of <u>All</u> Bonds/Bonding information issuing from the D.O.J. et al./Department of Commerce et al., through Surety Information Office (SIO), and/or The Surety Association of America, and/or the National Association of Surety Bond Producers (**NASBP**) and/or the Government Administration Office (**GAO**) and/or Office of Management and Budget (**OMB**) or Any other Department (Treasury) Agency/Unit (Certified Copies "front & back") issuing under My Name William Frederick Kemp Jr, and/or identifier to My Name, e.g. WILLIAM FREDERICK KEMP JR., in any variation of the spelling thereof, or under Any Numerical identifier, e.g., (**121**), or [**S.I.D. # 745436K**], or [**SSN: 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**], and/or Any Other identifier not listed sub or supra.

**#3. Certified** "True & Correct" copies of <u>All</u> Census Records/Data Contained in the (D.O.J. et al.) Department of Commerce/BUREAU OF CENSUS, et al., files/data storage under My Name William Frederick Kemp Jr, and/or identifier to My Name, e.g., WILLIAM FREDERICK KEMP JR., in Any variation in the spelling thereof, and/or under Any identifier Numerical or otherwise, e.g., (**121**), or [**S.I.D. # 745436K**], or [**SSN: 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**]; or Any other identifier not listed sub, or supra.

**#4. Certified** "True & Correct" copies (**Original(s)**) of <u>All</u> Stock(s), Bond(s), Note(s), Certificate(s), Insurance/Reinsurance policies and underwritings contained in the (D.O.J., et at.) Department of Commerce/Bureau of Census/Department of Treasury/I.R.S. or any other Department/Agency/BUREAU Records/Files/Data Storage and/or Any Other medium of storage of data which are under My Name William Frederick Kemp Jr, and/or identifier to My NAME, e.g., WILLIAM FREDERICK KEMP JR., and in Any variation in the spelling thereof, and/or under Any other Numerical identifier, e.g., (**121**), or [**S.I.D. # 745436K**], or [**SSN: 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**]; or Any other identifier not listed sub, or supra.

**#5. Certified** "True & Correct" **Fiduciary Tax estimate**, and the **fiduciary Tax Return**, [as a Charge-back and Bill of Exchange with accompanying Birth Certificate (121)1201910-49866 was presented to the Secretary of The Treasury (John Snow) via **"insured" Postal RA256341385US**; **evidence** upon the Commercial Registry Michigan Department of state UCC Unit @ 2003000669-4 et seq.] **this estimate and return are necessary in determining who is delinquent and/or making claims upon the Account.**

```
country of Michigan    )
American Republic      )   ss.   NOTICE AND PRAECIPE TO THE
Near COUNTY OF WAYNE   )         F.O.I.A./P.A. Request for Documents:
```

Comes now the real party in interest, William-Frederick, sui juris, of the Kemp family, a flesh-and-blood "Private Christian" man of American Nationale, by "**Special Visitation**"...One of sound mind, and over the age of twenty-one, and of capacity to depose and witness; being first duly sworn in accord the substantive Laws of Michigan state/Republic, under the pains and penalties of perjury, in the general Nature of [28 USC §1746(1)] and My Lawful bona-fied signature, and private seal over a Red "L.S." shall operate as Certification of My knowledge of the contents of the herein F.O.I.A./P.A. Request for documents/records/data; I hereby duly depose and say:

The foregoing is true, correct, complete, **certain**, and not intended to hinder, delay, obstruct, intimidate, or in any way threaten anyOne but is simply a means of invoking recipient's duty to act in accordance with "its" own public policy/law, which apply to recipients in their official Capacities, for Lawful disclosure and release of vitally needed documents/information; and the fact that I am "One Lawfully entitled" to said documents/information/data, Ambassador in Ministerial Capacity Lex loci, Lex fori, Lex non scripta Michigan state/Republic, F.R.E. 902.(3) **identified** by an Agent of MI./U.S.A. accord 28 CFR Section 16.41(d) and F.R.E. 902.(8) as One of inherent Right to disclosure of the herein requested documents/information/data, **presented in**

Special Visitation, and in good-faith:

by Secured Party of Record
@ 2003000669-4 et seq., &
@ 2003195483-4 et seq., &
@ 2006061846-9 (enclosed)
Holder-in-Due-Course,
Record Owner, Owner of
the Trade Name WILLIAM
FREDERICK KEMP JR.(c)1973: *William-Frederick:Kemp*

Affiant/A natural flesh-and-blood free-born **man** of American Nationale, sui juris, De jure Soli, by Jure divino, Michigan Republic, Ambassador thereof, in Ministerial Capacity by special visitation, without prejudice.

Enclosures; ADMISSIBLE EVIDENCE.

**NOTARY AGENT**, by My seal and signature I acknowledge this document in accord F.R.E. 902.(8) as issuing from the Michigan state/Republic 902.(3), The **man** executing this document is personally known to Me, and is in fact, William-Frederick, of the Kemp family, and identified by Me **in accord 28 CFR §16.41(d)**, I do so swear under penalty of perjury...furthermore I am accepting and personally placing/sealing this and attaching **evidence**, documents, and placing same in the U.S. Mail, to insure the integrity of the Chain of Evidence, I evidence no more.

*Barbara S. Lane*                                    Date  6-28-06
NOTARY AGENT MI./U.S.A. accord
F.R.E. 902.(8)

11-08-11
My commission expires on:

BARBARA S. LANE
NOTARY PUBLIC, CHIPPEWA CO., MI
MY COMMISSION EXPIRES

11-08-11

cc: D.O.J. Ex. Off. U.S. Atty.;
  : Dept. of Commerce/Bureau of Census;
  : U.S. Supreme Ct.;
  : file.

                                    Michigan Republic
                              --26 U.S.C. §7701(b)(2)(C)(i)--

MICHIGAN DEPARTMENT OF CORRECTIONS *Without Prejudice MCLS §440.1207   4835-3318 5/02
DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL ~~PRISONER~~)   CSJ-318

Please PRINT clearly illegible and/or incomplete forms will not be processed.

*C/O: N-109 _____    URF _____
Lock                    Institution

| 177395 | (TU) 2003195483-4 WILLIAM F. KEMP JR. ©1973 |
| MDOC's Number | ~~Prisoner~~ Name (Print Clearly) |

☒ Legal Postage    ☐ Filing Fee $_____    ☐ Certified Mail (Must Be a Court Ordered Requirement)
                                                                       Proof of service
☐ New Case         ☐ Case Number 2006-061846-1

Pay To: URF

Mailing Address:  DEPARTMENT OF JUSTICE
Dept of Corr      EOUSA/FOIA/P.A. UNIT
F.O.I.A./P.A.     600 E. Street, N.W. Room 7300
EOUSA/DOJ         WASHINGTON, D.C. 20530
PRESENTMENT

The following section must be completed in Authorizing Staff Member's presence.

*Auth Rep
~~Prisoner~~ Signature: William-Freeland:Kemp ©1973    Date & Time Submitted: 28 June 2006 A.D. @ 14:15 hrs
~~26 USC §7701(b)(1)(B)~~

Received By (Print Name & Title): B.S. LANE, ARUS    Staff Signature: 6-29-06  08:00 AM

Date & Time Received by Authorizing Staff: _____

**Authorization Denied:**

☐ Does not meet definition of legal mail or court filing fee as identified in CFA OP 05.03.118.

☐ Not hand delivered to authorizing staff member.    ☐ New case or case number not on form.

☐ Does not include court order for handling as certified mail.    ☐ Other _____

☐ Prisoner refused to sign & date in staff member's presence.

Section below to be completed by Mail Room Staff

Placed in Mail by (Print Name & Title): Bawyer Dept Tech    Signature: Baw
Postage Amount: $ 1.83    Date & Time Placed in Outgoing Mail: 6/29/06 1310

Only Business Office Staff Are to Write in the Section Below

| Obligation Amount | Actual Expense |
|---|---|
|   | 1.53 |
|   |   |

☐ Court Filing Fee Denied due to NSF.

APPROVED JUN 3 0 2006

Date Posted: _____
Date & Time Copy Sent to Prisoner: _____

Processed By (Print Name & Title): _____    Signature: _____

# UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

William-Frederick: Kemp, Jr ©1973
26 USC § 7701 (b)(1)(B)
Non-Domestic / Non-assumpsit
C/o: Tempory Post Location (without prejudice)
P.O. Box 150, Gregory, Michigan Republic
Zip exempt per D.M.M. 122.32

UCC-1 Form #, a "lien" upon the IDEM SONANS Vessel 18 USC§9, i.e. WILLIAM F. KEMP JR.

Michigan Department of State - Uniform Commercial Code
2006061846-9    04/06/06  10:58 AM
MDOS 2608988-1 04/06/2006
95016 12016 1032
AY 2006 $15.00
UCC    NEW YEAR

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #** UCC-1 # 2003000669-4

**1b.** This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2. [ ] TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3. [ ] CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4. [ ] ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects [ ] Debtor or [ ] Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address
[ ] DELETE name
[ ] ADD name

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral [ ] deleted or [ ] added, or give entire [ ] restated collateral description, or describe collateral [X] assigned.

*(ADMISSIBLE EVIDENCE 50-fifty Pages Infra)

Non-negotiable Letter; evidence, of Secured Party's interest/real party in interest's "Acceptance-for-value" (B.A.) of certain customer name securities/birth certificate(s), and Social Security No. 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; My acceptance of the first-account is exempt from levy, pre-paid, and non-negotiable; Therefore, the escrow is closed by the application of Public Policy HJR-192 of June 5, 1933 requiring discharge of the public duty dollar-for-dollar, conveyed via (Registered) "Bill of Exchange" to the Secretary (John Snow) for charge-back of all "presumed" charges brought against My [PERSON] since the birth certificate was issued...This instrument also reserves a "Non-cash" Federal Reserve routing Number and and Non-cash Instrument Numbers ad infinitum without prejudice. Trade Mark-®

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here [ ] and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| William-Frederick: Kemp, Jr ©1973 | William-Frederick | Kemp | Jr ©1973 |

**10. OPTIONAL FILER REFERENCE DATA**
Public Notice UCC §1-201 (25)(26)(27), Admissible (non-prima facie) evidence. ®

**FILE NO. 200319548 3-4**



## Non-negotiable "INDEMNITY BOND"

**$ 100,000,000.00**

The Debtor: WILLIAM FREDERICK KEMP JR. ©1973 Duly deposes and says, under oath (28 USC § 1746(1), under penalty of perjury, that the Debtor: WILLIAM F. KEMP JR. the one hereby agrees, consents, pledges, and covenants that;

(A). The Creditor: William-Frederick:Kemp,Jr. ©1973, suae potestate esse, is neither a surety nor accommodation party (Nor alter ego) for the Debtor: WILLIAM F. KEMP JR.; (or any other alphabetical variant in the "all-caps" spelling thereof);

(B). The Debtor Holds Harmless and Indemnifies the Creditor: William-Frederick:Kemp,Jr. suae potestate esse, to the sum certain "Penal sum" of ONE HUNDRED MILLION DOLLARS ($100,000,000.00) for forfeiture pro rata as consequence of violating laws and/or Public Policy, to Hold Harmless and Indemnify the Creditor: William-Frederick:Kemp,Jr., suae potestate esse; from and against all claims, legal actions, orders, warrants, judgements, demands, liabilities, losses, penalties, damages, interests, and expenses, tickets, costs, fines, liens, levies, depositions, summonses, lawsuits, both issued in, and associated with the "Debtor's" Trade-Name/Trade Mark®:

William Frederick Kemp Jr., all rights reserved.

NOTICE: UCC § 1-201(25)(26)(27), the Creditor withdraws all "Power of Attorney" from the de facto legislative Democracy/Stratocracy withholding same unto himself ab initio ad infinitum, as One domiciled in the country of Michigan (Republic) with express, and explicit NON WAIVER OF EXTRADITION into the jurisdiction UCC § 9-307(h) of the [statutorily] created foreign de facto corporation known as the UNITED STATES OF AMERICA 28 USC §3002(15)(A); 28 USC § 581(a)(9), or it's acting "Alien Enemy" agency the STATE OF MICIGAN INC.; Ita est, Adieu.

---

Accepted for Value HJR (BA) in accord 192 (1933) brought via UCC §10-104 And I Privately Accept all Indorsements and UCC §1-104 for value (front & back) Id. Acc, et al UCC §3-419 and nuc pro tunc

**Memorandum**

### STATEMENT OF ENTITLEMENT:

❋ ; "My acceptance for value of the first account is exempt from levy, non-negotiable and pre-paid. Therefore, the escrow is closed by the application of public policy HJR-192, which requires the discharge of the public duty dollar for dollar for discharge with this Court. This authorization will remain in effect until the purpose for which it was given no longer exists.



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

OCT 11 2006

Request Number: __06-3127__     Date of Receipt: __July 13, 2006__

Requester: __William-Frederick Kemp__     Subject: __Self/Birth Certificate__

Dear Requester:

    In response to your Freedom of Information Act and/or Privacy Act request, the paragraph(s) checked below apply:

1. [ ] Your request has been forwarded to _____ for a direct response to you.

2. [ ] The records responsive to your request have been destroyed pursuant to Department of Justice guidelines.

3. [ ] Your request seeks public records which may be obtained from the clerk of the court.

4. [✓] Your request pertains to state or local matters, the records for which are maintained by state or local agencies and, therefore, are outside the scope of the Act. You should contact the pertinent state or local agency for a response to your request.

5. [ ] The Freedom of Information Act only applies to records already in existence and does not require an agency to conduct research, create new records, or answer questions disguised as FOIA requests.

6. [ ] Your request concerns material which is publicly available through the Government Printing Office. You can obtain/purchase a copy of the requested material by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402.

7. [✓] Please note that your original letter was split into separate files ("requests"), for processing purposes, depending on the nature of what you sought. Each file was given a separate Request Number (listed below), for which you will receive a separate response:
    __06-3126__

    This is our final action on this above-numbered Request. You may appeal my decision on this request by writing to the **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite, 11050, Washington, D.C. 20530-0001**, within 60 days from the date of this letter. Both the letter and envelope should be marked "FOIA Appeal." If you are dissatisfied with the results of any such administrative, appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

    Sincerely,

    *William G. Stewart*

    William G. Stewart II
    Acting Assistant Director      Form No. 005A - 2/06

*Exhibit 101106-2*

6



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Staff
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

---

Requester: <u>William-Frederick Kemp</u>          Request Number: <u>06-3147</u>

Subject: <u>Self (SSN Information)</u>

Dear Requester:

    The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act and/or Privacy Act request. The EOUSA is the official record keeper for all records located in this office and the various United States Attorney's offices.

    You requested information which is not information maintained by the EOUSA or by the individual United States Attorney's Offices, but is maintained by the Social Security Administration. Please contact the office directly at the following address.

> Social Security Administration
> FOIA Office, Room 3-A-6 Operations
> 6401 Security Boulevard
> Baltimore, MD 21235

[✓]    Please note that your original letter was split into separate files ("requests'), for processing purposes, based on the nature of what you sought. Each file will have a separate Request Number (listed below), for which you will receive a separate response:
**NOT SPLIT**

    This is a final action on this above-numbered Request. You may appeal my decision on this request by writing within 60 days from the date of this letter, to **Office of Information and Privacy, Department of Justice, 1425 New York Avenue, Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and letter of appeal should be marked "FOIA Appeal." If you are dissatisfied with the result s of any such administrative appeal, judicial review may thereafter be available in U.S. District Court. 28 C.F.R. §16.9.

Sincerely,

*William G. Stewart*

William G. Stewart II
Acting Assistant Director

Form No. 042 - 2/06

7

Exhibit 090106


UNITED STATES
POSTAL SERVICE

September 1, 2006

Mr William Frederick Kemp Jr ©1973
4269 W M80
Kincheloe MI 49784

Mr Kemp

This office received your request for copies of documents pertaining to a registered letter RR256341385US that you sent in the year 2003. An on-line extensive search through track/confirm internet for item # RR256341385US shows an invalid tracking number or not found. Unfortunately, the retention period for our manual documentation, PS 3854, Manifold Registry Dispatch Book is only two years. Therefore the records you have requested were destroyed end of year 2005.

Please find the enclosed information concerning General Delivery Services that you requested.

I apologize that we were unable to provide you with all the information that you requested.

Postmaster
Sault Ste Marie

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260-

FAX:

*Documents sent to (John Snow) the Secretary of Treasury i.e., UCC Trust Contract, etc. See, Document 1-2 et seq, and 2003000669-4 et seq; 2003195483-4 et seq; and 200606 1846-9 upon the Commercial Registry -- "Public Notice" accord UCC §1-201(25)(26)(27). F.R.E.*