*Leave to file GRANTED*

*John D. Bates — 5/14/07*
*John D. Bates*
*United States District Judge*

UNITED STATES COURT
FOR DISTRICT OF COLUMBIA

William-Frederick:Kemp, Jr, )
a Lawful "private" Christian man )   Equity/Admiralty Action
    Creditor/Plaintiff, )   No: 1:06-01528JDB
   )
v )
   )
CONDOLEEZZA RICE, "et al" )
    Defendant(s). )
_____/

**RECEIVED**
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

REBUTTAL OF DEFENDANT'S REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR DISMISSAL OF COMPLAINT

    Plaintiff, by "special visitation" in his "private capacity" as a Self-governing Dominion (as defined in the Color of law @ 8 U.S.C. §1101(a)(14) cited without prejudice, strictly to help the attorneys understand as they only act under Color of Law) with all unalienable Rights expressly reserved by jure divino; and reserved again by necessity under Color of law @ U.C.C. §1-207, U.C.C. §1-308 without prejudice. Plaintiff herein incorporates by reference <u>all</u> arguments presented in plaintiff's 23 page opposition to defendant's motion to dismiss, and <u>all</u> exhibits/evidence presented to date.

    Defendant's reply to plaintiff's rebuttal (23-page Opposition to defendant's Motion to Dismiss) is rife with Treasonous Color of Law (Corporate by-law) citations and regulations which "<u>do not</u>" pertain to the "<u>Man</u>" who filed the Complaint @ 1:06-01528JDB and is wholly irrelevant to this litigation.

Plaintiff "Never" asked permission of any de facto entity to expatriate, or anything else... Plaintiff needs No permission as he is the source of Law (See, Yick Wo v. Hopkins, 118 U.S. 356 @ 370 (1886); chisholm v. Georgia, 2 U.S. 419 (Dall.) 1793; Milvaine v. Coxe's Lessee, 8 U.S. 598 (1808); Hale v Henkel, 201 U.S. 43 (1906); Olmstead v. U.S., 277 U.S. 438 (1928) and Am. Jur. 2d, Constitutional law §546: Forced and Prohibited Associations) Plaintiff has already expatriated him-"Self" from de facto U.S. citizenship with Lawful standing as a Sovereign state [citizen] also known as a non-resident alien regards UNITED STATES INC. (as defined in the U.S.'s Color of Law @ 26 USC §7701(b)(1) (B); 26 U.S.C. §7701(a)(31); and 8 U.S.C. §1101(a)(14)) CONDOLEEZZA RICE "et al" are public "servants"; Plaintiff asks nothing from her/them but Commands that they do their Ministerial duty and adjust their Records accordingly to "MANDAMUS", and the Proviso of CHEVRON U.S.A. Inc v. Natural resources Defense Counsel 467 U.S. 837; 104 S.Ct. 2778; 81 LEd2d 694 (1984), i.e., [W]hen a court reviews an agency(s) Construction of a Statute (at Large) which it administers... **First, always is the question of whether Congress has directly spoken to the precise question at issue [sic] if the intent of Congress is Clear... that is the end of the matter."** See, United States Statutes at Large, Vol. 15, Ch. 249, pp 223-224 Fortieth Congress 27 July 1868. **Which unequivocally specifies American citizens in foreign States.** (Bold, underline, and emphasis added).

UNITED STATES Inc. officers, departments, agencies, entities and instrumentalities operate within a de facto status, in name only, under the Emergency War Powers Act (See, e.g, inter alia, <u>Luther</u> v <u>Borden</u>, 48 U.S. 1 (1849); <u>Prize Cases</u> 67 U.S. 635, 668 (1863)) and citing of the Trading With the Enemy Act (TWEA); Uniform Commercial Code, California Tax Codes are <u>all</u> relevant... Unless it is "Not true" that:

(a): The American People are under Martial Rule (Since the Civil War)

(b): The American People are in a "Mixed-war" under Trading With the Enemy Act as Amended (48 Stat. 1).

(c): The California Tax Codes cited reflect the fictitious federal States within the States [INC], e.g., MI.; TX.; C.A., and the like, sans Michigan; Texas and California as several states (non-Corporate) republics.

The other document(s) presented were in rebuttal of the defendant's Colorable attempt to muddy the issues, i.e., PRISONER/PERSON status - <u>rebutted</u>; And Holder in Due Course status admitted by defendants as <u>Not</u> rebutted in their first responsive pleading.

Again Plaintiff "does Not" rely on Color of law [INA] or other Color of law cited by defendants again plaintiff

incorporates by reference <u>All</u> arguments presented to date; and only requires the Secretary "<u>et al</u>" to adjust their books and Close/Settle the accounts, i.e., accord & Satisfaction the instant action @ 1:06-01528JDB; *Plaintiff has always contended that [C.RICE] is a proper party hereto (See, "8 USC §1101(a)(14)--Color of law") and 23 page plaintiff's Opposition brief:*

Accordingly the defendant's Motion to Dismiss <u>Must</u> be dismissed as a Matter of Law and the Constitutional issues/questions adjudicated or Manifest Injustice occurs.

(In the Alternative if Dismissed)

De novo Review of Constitutional Issues/questions is Mandated, and requested; i.e., Appeal of all issue(s)/Certiorari delivery of the entire record for review where the real party in interest is entitled to remedy.

*The foregoing is true, <u>Affidavit</u> correct, complete and <u>Certain</u> the truth, the whole truth, and nothing but the truth accord (28 USC §1746(1)) used without prejudice.*

Respectfully Presented,

*William-Frederick: Kerr, h* ©1973
*all unlienable/unalienable Rights expressly reserved without prejudice and without recourse.*

cc: All Parties;
  : files.

*USCA Const. Art. IV, § 4*
*Michigan republic*
*26 USC §7701(b)(2)(C)(i)*

## PROOF OF SERVICE

Plaintiff did cause copies of:

(1) Rebuttal of Defendant's Reply (by special visitation) with _all_ Rights reserved.

(2) Proof of Service (instant document).

to be sent (via disbursement) first class mail, (Used without prejudice to Rights - for cause - 37 Am. Jur. 2d, Fraud §8 - Compelled benefit) on this the eighth day of May, in the year of our Lord two-thousand, six A.D. without recourse, and served,

Upon: The Clerk of the Court
United States District Court, D.C.; and,

Condoleezza Rice "_et al_"

William-Frederick:Keyph ©1973
_all_ Rights expressly
reserved without
prejudice jure divino

CC: All parties;
: file.

Michigan Republic
USCA Const. Art. IV, §4