## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**William-Frederick Kemp, Jr.,**

    **Petitioner,**

        **v.**                            **Civil Action No.  06-1528 (JDB)**

**Condoleezza Rice,**

    **Respondent.**

## ORDER

       For the reasons stated in the accompanying Memorandum Opinion, it is

    **ORDERED** that the Order to Show Cause [Dkt. No. 5] is **DISCHARGED**; it is

    **FURTHER ORDERED** that respondent's motion to dismiss [Dkt. No. 21] is

**GRANTED**; and it is

    **FURTHER ORDERED** that this case is **DISMISSED**.  This is a final appealable Order.

                             s/
                          JOHN D. BATES
                  United States District Judge

Dated: May 17, 2007