To: Clerk of the Court
United States District, D.C.

RECEIVED
JUN 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

22 MAY 2007 AD

From: William-Frederick: Kemp, Jr ©1973 suae potestate esse the real party in interest; Non-ens legis; with all "Rights" expressly reserved-without prejudice and all Power of Attorney withheld unto him-"Self"

Creditor/Plaintiff

Reason: 1:06-01528 JDB *"NOTICE OF APPEAL"
UCC §1-201(25)(26)(27); F.R.Civ.P. 10.(c);
F.R.Civ.P. 11.(a)(b).        06-1528-JDB
                *ACKNOWLEDGEMENT REQUESTED

Greetings:

Please take "NOTICE" of appeal of final order dated May 17, 2007 and received by the real party in interest on the 21st day of May 2007 A.D.

Also, I require a copy of the final docket summary and a copy of appellate (local) Rules for D.C. Court of Appeals/U.S. Supreme Court.

This instrument is executed this 22 day of May 2007 A.D. by:

Creditor/Plaintiff William-Frederick: Kemp, Jr ©1973
without prejudice & without recourse

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

In re: Kemp v. RICE et al
1:06-01528 JDB

PROOF OF SERVICE

Michigan Republic ) 
Wayne county ) ss.

The real party in interest William-Frederick: Kemp, Jr ©1973 being first duly sworn in accord Commercial Standards based upon his first-hand knowledge and unlimited Commercial liability... Says he mailed-("without prejudice" to rights for the Compelled benefit of U.S. Mails, for Cause 37 Am. Jur. 2d, Fraud, §8; and Constitutional law, §546 Forced and Prohibited Associations.)-two (2) Copies of "NOTICE OF APPEAL" which are duly presented to the Clerk of the Court USDC, D.C. in accord Public Policy, via disbursement, executed this the twenty-second (22nd) day of May, in the year of Our Lord Jesus, the Christ, two thousand seven, C.E., by:

Certified
L.S.
Copy
True & Correct
©1973

: William-Frederick: Kemp, Jr ©1973
Sovereign arrêt; All rights expressly reserved without prejudice and without recourse... All Power of Attorney withheld; Non-assumpsit to all de facto Corporate Democracy/stratocracy doctrines e.g. inter alia, Public Debt, Seditious 14th AM citizenship/quasi contract Person, and the like.

cc: clerk, USDC, D.C.;
: file.