# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5194**                                **September Term, 2007**

06cv01528

Filed On: January 4, 2008 [1090121]

William Frederick Kemp, Jr.,
      Appellant

v.

Condoleezza Rice,
      Appellee



MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED:
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**BEFORE:**   Ginsburg, Chief Judge, and Rogers and Griffith, Circuit Judge

### ORDER

Upon consideration of the order dated October 23, 2007, and the response thereto, it is

**ORDERED**, on the court's own motion, that this appeal be dismissed for lack of prosecution. See D.C. Cir. Rule 38. Appellant has not paid the filing and docketing fees despite this court's order warning him that failure to do so would result in dismissal of the case.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk